| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 25 M | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Karen Hom | | REPORTER/LIBERTY RECORDING:<br>11:00-11:05; 11:44-12:03 | |
| MAGISTRATE JUDGE<br>KANDIS A. WESTMORE | | DATE<br>January 17, 2025 | | NEW CASE ☐ | CASE NUMBER<br>25-cr-0003-YGR-3 |

## APPEARANCES

| DEFENDANT<br>David Trung Duong | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>August Gugelmann | PD. ☐ RET. ☒<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Molly Priedeman, Abe Fine | | INTERPRETER<br>NA | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Ana Mendoza | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL ☐ | PARTIAL PAYMENT<br>OF CJA FEES ☐ | |

## PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>Held 4 M | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ STATUS TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL<br>Held 1 M | ☒ ARRAIGNMENT<br>Held 3 M | ☒ BOND HEARING<br>Held - 17 M | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

## INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 100,000 | SPECIAL NOTES<br>post prop by 1/31/25 | ☒ PASSPORT SURRENDERED<br>DATE:1/17/2025 |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☒<br>12568 Skyline Blvd. Oakland,CA |
| ☐ MOTION FOR DETENTION | ☒ ~~PRETRIAL SERVICES~~ Post-Bail REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO:<br>02/06/2025 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON.<br>Gonzalez-Rogers | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

DPPA. Motion to Unseal Entire Case, except with minor redaction - Granted. Dft shall report to USM for processing. Motion to Quash Arrest Warrant - Granted. Stipulated protective order will be filed.
cc: Edwin

DOCUMENT NUMBER: