1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ABRAHAM FINE (CABN 292647)
   MOLLY PRIEDEMAN (CABN 302096)
5  LLOYD FARNHAM (CABN 202231)
   Assistant United States Attorneys
6
        1301 Clay Street, Suite 340S
7       Oakland, California 94612
        Telephone: (510) 637-3717
8       FAX: (510) 637-3724
        Abraham.fine@usdoj.gov
9       Molly.priedeman@usdoj.gov
        Lloyd.farnham@usdoj.gov
10
   Attorneys for United States of America
11
                       UNITED STATES DISTRICT COURT
12
                      NORTHERN DISTRICT OF CALIFORNIA
13
                              OAKLAND DIVISION
14

15
   UNITED STATES OF AMERICA,              ) Case No. 25-CR-0003-YGR
16                                        )
           Plaintiff,                     )
17                                        ) STIPULATION RE BRIEFING SCHEDULE ON
                                          ) MOTION TO MODIFY FILTER PROTOCOL AND
18    v.                                  ) [PROPOSED] ORDER
                                          )
19 DAVID TRUNG DUONG,                     )
                                          )
20         Defendant.                     )
21                                        )

STIPULATION AND [PROPOSED] ORDER
25-CR-0003 YGR                                                                    1

On March 19, 2025, Defendant David Duong filed a motion to modify the government's filter protocol (Dkt. No. 49). Counsel for Defendant and the government have conferred and agree to the following briefing schedule on the pending motion:

- April 3, 2025 – Government's response due
- April 10, 2025 – Defendant's reply due
- April 24 at 10:30am – Motion hearing

| | |
|---|---|
| **IT IS SO STIPULATED.** | PATRICK D. ROBBINS<br>Acting United States Attorney |
| Dated: March 20, 2025 | ___/s/_____<br>ABRAHAM FINE<br>MOLLY K. PRIEDEMAN<br>LLOYD FARNHAM<br>Assistant United States Attorneys |
| | ___/s/_____<br>NEAL STEPHENS<br>JEFFREY SCHENK<br>ED SWANSON<br>AUGUST GUGELMANN<br>Counsel for Defendant David Duong |

**IT IS SO ORDERED.**

Dated: _____

YVONNE GONZALEZ ROGERS
United States District Judge