# EXHIBIT A

Legend    124 Embarcadero, Oakland, CA Suite 300
SA Peter Kolokotronis

| Room | | Description |
|---|---|---|
| ROOM A | - | RECEPTION AREA |
| ROOM B | - | SERVER ROOM |
| ROOM C | - | TV ROOM |
| ROOM D | - | SNACK AREA |
| ROOM E | - | CONFERENCE ROOM 2 |
| ROOM F | - | CONFERENCE ROOM 1 |
| ROOM G | - | DAVID DUONG |
| ROOM H | - | STORAGE ROOM |
| ROOM I | - | JOHNNY DUONG |
| ROOM J | - | SMALL MEETING ROOM |
| ROOM K | - | BATHROOM |
| ROOM L | - | ANDY DUONG |
| ROOM M | - | STORAGE |
| ROOM N | - | Bathroom |
| ROOM O | - | Hallway |
| ROOM P | - | BATHROOM |
| ROOM Q | - | BATHROOM |
| ROOM R | - | MASSAGE CHAIR ROOM |
| ROOM S | - | KITCHEN |
| ROOM T | - | CUBICLES |
| ROOM T1 | - | ISIS CHOTO DESK |
| ROOM T2 | - | ISIS CHOTO DESK |
| ROOM T3 | - | JAYLIA RICHARDSON DESK |
| ROOM T4 | - | PHUONG TRAN'S DESK |
| ROOM T5 | - | ANA TRINH'S DESK |
| ROOM T6 | - | BASIC DESK |
| ROOM T7-12 | - | FILE CABINETS |
| ROOM U | - | KRISTINA DUONG'S ~~DESK~~ office |
| ROOM V | - | SOOJAH SOHR'S OFFICE |
| ROOM W | - | DAVID KENNEDY'S OFFICE |

ROOM X   - JOEL CORONA (BUS. DEVELOPMENT)
ROOM Y   - MICHAEL DUONG
ROOM Z   - MI NGUYEN?
ROOM AA  - Controller's office