Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email: ed@smllp.law
Email: august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: nstephens@jonesday.com
Email: jbschenk@jonesday.com
Email: tdonnelly@jonesday.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>vs.<br>DAVID DUONG,<br><br>                        Defendant. | Case No. 4:25-cr-00003-YGR-3 (KAW)<br><br>**STIPULATION AND ORDER TO TEMPORARILY MODIFY CONDITIONS OF RELEASE** |

Defendant David Duong and the United States hereby stipulate and agree as follows:

1) Mr. Duong made his initial appearance on January 17, 2025. The Court set conditions of release, including that Mr. Duong not travel outside the Northern and Eastern Districts of California.

2) The parties stipulate and agree that those conditions should be temporarily modified to permit Mr. Duong to travel out of the district to Westminster, California from May 9 - May 10, 2025.

3) Pretrial Services Officer Vanessa Vargas has no objection to the proposed travel.

IT IS SO STIPULATED.

Dated: May 8, 2025

>August Gugelmann
>SWANSON & McNAMARA LLP
>Attorneys for David Duong

>/s/
>Abraham Fine
>Assistant United States Attorney

## ORDER

Pursuant to stipulation, Mr. Duong's conditions of release are temporarily modified to permit travel to Westminster, California, from May 9 to May 10, 2025.

IT IS SO ORDERED.

Dated: May 8, 2025

>Hon. Kandis A. Westmore
>United States Magistrate Judge