IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, ANDY HUNG DUONG,<br><br>Defendants | Case No. 4:25-CR-00003-YGR |

**DECLARATION OF NEAL J. STEPHENS IN SUPPORT OF MOTION FOR *FRANKS* HEARING AND SUPPRESSION OF EVIDENCE**

I, Neal J. Stephens, hereby declare as follows:

1. I am a partner in the law firm Jones Day and serve as counsel of record for David Trung Duong in *United States v. David Duong, et al.*, Case No. 4:25-CR-00003-YGR. I am a member of the Bar of the State of California. I submit this declaration in support of the Motion for a *Franks* Hearing. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached as Exhibit 1 is a true and correct copy of the warrant affidavit that FBI Agent Duncan Haunold presented to Magistrate Judge Kandis A. Westmore on June 14, 2024.

3. Attached as Exhibit 2 is a true and correct copy of the warrant affidavit that FBI Agent Ethan Quinn presented to Magistrate Judge Donna M. Ryu on June 20, 2024.

4. Attached as Exhibit 3 is a true and correct copy of the warrant affidavit that FBI Agent Duncan Haunold presented to Magistrate Judge Donna M. Ryu on March 22, 2024.

5. Attached as Exhibit 4 is a copy of Co-Conspirator 1's litigation records in Alameda County. These records were obtained by running a name search on the County of Alameda Superior Court Records website at: https://eportal.alameda.courts.ca.gov/.

6. Attached as Exhibit 5 is a true and correct copy of a complaint filed by M.B. and H.B. against Co-Conspirator 1 regarding a $210,000 loan that Co-Conspirator 1 never repaid.

7. Attached as Exhibit 6 is an article entitled ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ published by CBS News in September 2012. The article is available at: https://www.cbsnews.com/sanfrancisco/news▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

8. Attached as Exhibit 7 is a true and correct copy of the judgment in ▮▮▮ v. ▮▮▮ showing that Co-Conspirator 1 must pay the plaintiff $338,040.

9. Attached as <u>Exhibit 8</u> is a true and correct copy of the complaint filed by ▇▇▇▇ against Co-Conspirator 1 regarding a $50,000 loan that Co-Conspirator 1 never repaid.

10. Attached as <u>Exhibit 9</u> is a true and correct copy of a notice of stay of proceedings in ▇▇ v. ▇▇ due to Co-Conspirator 1's bankruptcy filing on ▇▇▇▇.

11. Attached as <u>Exhibit 10</u> is a true and correct copy of the complaint filed by ▇▇▇▇ against Co-Conspirator 1 for fraud and deceit.

12. Attached as <u>Exhibit 11</u> is a copy of the opinion in ▇▇ v. ▇▇, ▇▇▇▇.

13. Attached as <u>Exhibit 12</u> is a true and correct copy of the complaint filed by A.C. and L.T. alleging that Co-Conspirator 1 fraudulently pocketed the money that he was contracted to collect for plaintiffs.

14. Attached as <u>Exhibit 13</u> is a true and correct copy of the judgment in ▇▇▇▇ v. ▇▇▇▇ showing that Co-Conspirator 1 must pay plaintiffs $164,100.54.

15. Attached as <u>Exhibit 14</u> is a true and correct copy of the complaint filed by the City of Oakland against Co-Conspirator 1 to recover $30,000 that Co-Conspirator 1 illegally withheld from collection of unpaid judgments.

16. Attached as <u>Exhibit 15</u> is a true and correct copy of an FBI report containing information on the 2016 money laundering probe into Co-Conspirator 1.

17. Attached as <u>Exhibit 16</u> is a true and correct copy of a complaint filed by the California Department of Real Estate ("DRE") against Co-Conspirator 1 for conversion of funds for his own use and benefit or for purposes not authorized by the rightful owners of said funds.

This complaint (███████████████) is available at DRE Public License Search:

https://www2.dre.ca.gov/PublicASP/pplinfo.asp?License_id=███████.

18. Attached as Exhibit 17 is a true and correct copy of the Order Accepting Voluntary Surrender of Real Estate License issued by the California Bureau of Real Estate. Attached to the Order is Co-Conspirator 1's declaration that he voluntarily surrendered his real estate license in lieu of proceeding in the disciplinary matter. This Order (███████████████) is available at DRE Public License Search:

https://www2.dre.ca.gov/PublicASP/pplinfo.asp?License_id=███████.

19. Attached as Exhibit 18 is a true and correct copy of a report prepared by Oakland Police Department Ofc. Mercado to document investigative activities related to ███████ ███████ at Co-Conspirator 1's residence.

20. Attached as Exhibit 19 is a true and correct copy of a canvass report prepared by the FBI to record statements of Co-Conspirator 1's neighbors regarding ███████████.

21. Attached as Exhibit 20 is a true and correct copy a report prepared by Oakland Police Department Ofc. Jaeger to document investigative activities related to ███████████ at Co-Conspirator 1's residence.

22. Attached as Exhibit 21 is a true and correct of a report prepared by FBI Special Agents Katherine Barclay and Duncan Haunold documenting their meeting with Co-Conspirator 1 on June 10, 2024.

23. Attached as Exhibit 22 is a true and correct copy of the search warrant affidavit that FBI Agent Duncan Haunold presented to the Magistrate Judge Donna M. Ryu on June 18, 2024.

24. Attached as <u>Exhibit 23</u> is a true and correct copy of a Crime Report prepared by Oakland Police Department officers to document investigative activities conducted on the night of ▮▮▮▮▮▮▮▮ at Co-Conspirator 1's residence.

I declare under penalty of perjury that the foregoing is true and correct. Executed this <u>31st</u> day of October 2025, in Palo Alto, California.

_____

Neal J. Stephens