# EXHIBIT 13
# (redacted)

EJ-190

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*<br>After recording, return to:<br><br>TEL NO.:   FAX NO. *(optional):*<br>E-MAIL ADDRESS *(Optional):*<br>[X] ATTORNEY FOR   [✓] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | FOR RECORDER'S USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 24405 Amador Street
MAILING ADDRESS:
CITY AND ZIP CODE: Hayward   94544
BRANCH NAME: Hayward Hall of Justice

PLAINTIFF:
DEFENDANT:

**APPLICATION FOR AND RENEWAL OF JUDGMENT**

CASE NUMBER:
RG06-275774

FILED
ALAMEDA COUNTY
MAY 1 1 2020
CLERK OF THE SUPERIOR COURT
By _____
JAMIE THOMAS, Deputy

[X] Judgment creditor
[ ] Assignee of record
    applies for renewal of the judgment as follows:

1. Applicant *(name and address):*

2. Judgment debtor *(name and last known address):*

3. Original judgment
   a. Case number *(specify):*
   b. Entered on *(date):* July 21, 2010
   c. Recorded:
      (1) Date:
      (2) County:
      (3) Instrument No.:

4. [ ] Judgment previously renewed *(specify each case number and date):*

5. [X] Renewal of money judgment
   a. Total judgment . . . . . . . . . . . . . . . . . . . . . . . $95,218.65
   b. Costs after judgment . . . . . . . . . . . . . . . . . . . $0
   c. Subtotal *(add a and b)* . . . . . . . . . . . . . . . . . $95,218.65
   d. Credits after judgment . . . . . . . . . . . . . . . . . $11,387.89
   e. Subtotal *(subtract d from c)* . . . . . . . . . . . . . $83,830.76
   f. Interest after judgment . . . . . . . . . . . . . . . . . $80,224.78
   g. Fee for filing renewal application . . . . . . . . . $45.00
   h. **Total renewed judgment** *(add e, f, and g)*  $164,100.54
   i. [ ] The amounts called for in items a–h are different for each debtor.
         These amounts are stated for each debtor on Attachment 5.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-190 [Rev. July 1, 2014]

**APPLICATION FOR AND RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.140

Case 4:25-cr-00003-YGR   Document 120-13   Filed 10/31/25   Page 3 of 3

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ |

6. ☐ Renewal of judgment for ☐ possession.
☐ sale.

   a. ☐ If judgment was not previously renewed, terms of judgment as entered:

   b. ☐ If judgment was previously renewed, terms of judgment as last renewed:

   c. ☐ Terms of judgment remaining unsatisfied:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 24, 2020

▓▓▓▓▓▓▓▓▓▓ ▶ ▓▓▓▓▓▓▓▓▓▓
(TYPE OR PRINT NAME)      (SIGNATURE OF DECLARANT)

EJ-190 [Rev. July 1, 2014]     **APPLICATION FOR AND RENEWAL OF JUDGMENT**     Page 2 of 2

