# EXHIBIT 16
# (submitted under seal)