Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email: ed@smllp.law
Email: august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: nstephens@jonesday.com
Email: jbschenk@jonesday.com
Email: tdonnelly@jonesday.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID DUONG, <br><br> Defendant. | Case No. CR 25-0003 YGR (KAW) <br><br> **[PROPOSED] ORDER TEMPORARILY MODIFYING RELEASE CONDITIONS** |

Mr. Duong's conditions of release are modified to permit travel to Vietnam from November 29, 2025 through December 20, 2025. Mr. Duong may retrieve his passport from pretrial services on November 28, 2025, and he must surrender it to pretrial within 48 hours of return. Mr. Duong is ordered to provide flight and hotel information to his assigned pretrial officer prior to departure.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Kandis A. Westmore
United States Magistrate Court