1  CRAIG MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ABRAHAM FINE (CABN 292647)
   MOLLY PRIEDEMAN (CABN 302096)
5  LLOYD FARNHAM (CABN 202231)
   Assistant United States Attorneys
6
        1301 Clay Street, Suite 340S
7       Oakland, California 94612
        Telephone: (510) 637-3717
8       FAX: (510) 637-3724
        Abraham.fine@usdoj.gov
9       Molly.priedeman@usdoj.gov
        Lloyd.farnham@usdoj.gov
10
   Attorneys for United States of America
11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                               OAKLAND DIVISION
14

15 | UNITED STATES OF AMERICA,           ) CASE NO. CR 25-CR-0003-YGR
                                         )
16 |         Plaintiff,                  ) UNITED STATES' OPPOSITION TO
                                         ) DEFENDANT DAVID DUONG'S MOTION TO
17 |    v.                               ) TRAVEL TO VIETNAM
                                         )
18 | DAVID TRUNG DUONG,                  )
                                         )
19 |         Defendant.                  )
                                         )
20                                       )

OPPOSITION TO MOTION TO TRAVEL         1
CR 25-CR-0003-YGR

1  The government respectfully opposes Defendant David Duong's motion to modify his conditions
2  of pretrial release to travel to Vietnam for the reasons the government set forth on the record during the
3  September 22, 2025, hearing before the Honorable Kandis A. Westmore.

5  DATED: November 21, 2025                    Respectfully submitted,

                                               CRAIG H. MISSAKIAN
                                               United States Attorney

                                               __/s/_____
                                               ABRAHAM FINE
                                               MOLLY K. PRIEDEMAN
                                               LLOYD FARNHAM
                                               Assistant United States Attorneys