CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3717
    FAX: (510) 637-3724
    Abraham.fine@usdoj.gov
    Molly.priedeman@usdoj.gov
    Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-CR-0003-YGR |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE FROM JANUARY 28, 2026, TO FEBRUARY 4, 2026, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT THROUGH OCTOBER 19, 2026 |
|     v. | |
| SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG, | |
|     Defendants. | |

1     At the status conference held on November 20, 2025, the Court set a trial date in the above-
2 captioned case for October 19, 2026, with jury selection to commence the week before.  The Court also
3 set a scheduling conference for January 28, 2026, and ordered the parties to file proposed case schedules
4 by January 14, 2026.  Two of government counsel, however, are unavailable on January 28, 2026.
5 Accordingly, all parties hereby stipulate and agree to continue the scheduling conference to February 4,
6 2026, at 10:00am and to file proposed case schedules by January 21, 2026.

7     At the November 20, 2025, status conference the Court also excluded time under the Speedy
8 Trial Act through January 28, 2026, and requested that the parties file a written stipulation and proposed
9 order excluding time through the trial date based on the need for effective preparation as well as the
10 complexity of the case.  Accordingly, the government and counsel for all defendants agree that time be
11 excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by
12 reviewing significant amount of discovery already produced. For this reason and as further stated on the
13 record at the status conference, the parties stipulate and agree that excluding time until October 19,
14 2026, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The
15 parties further stipulate and agree that this case is complex within the meaning of the Speedy Trial Act
16 due to the number of defendants and the significant amount of discovery in the case.  *See* 18 U.S.C.
17 § 3161(h)(7)(B)(ii).  The parties further stipulate and agree that the ends of justice served by excluding
18 the time from January 28, 2026, through October 19, 2026, from computation under the Speedy Trial
19 Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §
20 3161(h)(7)(A), (B)(iv).

21     The undersigned Assistant United States Attorneys certify that they have obtained approval from
22 counsel for the defendants to file this stipulation and proposed order.

23

24     **IT IS SO STIPULATED**                                    CRAIG H. MISSAKIAN
                                                                   United States Attorney
25

26     Dated: January 12, 2026                          _____/s/_____
                                                                   ABRAHAM FINE
27                                                                 MOLLY K. PRIEDEMAN
                                                                   LLOYD FARNHAM
28                                                                 Assistant United States Attorneys

1

2                ___/s/_____

3                JEFFREY TSAI
               DARRYL TARVER

4                Counsel for Defendant Sheng Thao

5

6                ___/s/_____
               MARK GOLDROSEN

7                SHAWN HALBERT
               Counsel for Defendant Andre Jones

8

9                ___/s/_____

10               ED SWANSON
              AUGUST GUGELMANN

11               NEAL STEPHENS
              JEFFREY SCHENK

12               Counsel for Defendant David Duong

13               ___/s/_____

14               WINSTON CHAN
              DOGULAS SPRAGUE

15               ERIK BABCOCK
              Counsel for Defendant Andy Duong

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2      The January 28, 2026, scheduling conference is hereby continued to February 4, 2026, at

3   10:00am.  The parties shall file proposed case schedules by January 21, 2026.

4      Furthermore, based upon the facts set forth in the stipulation of the parties and the

5   representations made to the Court on November 20, 2025, and for good cause shown, the Court finds

6   that failing to exclude the time from January 28, 2026, through October 19, 2026, would unreasonably

7   deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking

8   into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that

9   this case is complex within the meaning of the Speedy Trial Act due to the number of defendants and the

10  significant amount of discovery in the case.  *See* 18 U.S.C. § 3161(h)(7)(B)(ii).  The Court further finds

11  that the ends of justice served by excluding the time from January 28, 2026, to October 19, 2026, from

12  computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a

13  speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time

14  from January 28, 2026, through October 19, 2026, shall be excluded from computation under the Speedy

15  Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(ii), (B)(iv).

16

17      IT IS SO ORDERED.

18

19  DATED: **_____**

20                                                                    _____
                                                                         YVONNE GONZALEZ ROGERS
                                                                         United States District Judge

21

22

23

24

25

26

27

28