CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

      1301 Clay Street, Suite 340S
      Oakland, California 94612
      Telephone: (510) 637-3717
      FAX: (510) 637-3724
      Abraham.fine@usdoj.gov
      Molly.priedeman@usdoj.gov
      Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 25-CR-0003-YGR |
| | ) |
|     Plaintiff, | ) **UNITED STATES' MOTION FOR LEAVE TO** |
| | ) **FILE OPPOSITION BRIEF WITH EXCESS** |
|   v. | ) **PAGES AND [PROPOSED] ORDER** |
| | ) |
| SHENG THAO, | ) |
| ANDRE JONES, | ) |
| DAVID TRUNG DUONG, AND | ) |
| ANDY HUNG DUONG, | ) |
| | ) |
| | ) |
|     Defendants. | |

1    Defendants Sheng Thao, Andre Jones, Andy Duong, and David Duong ("Defendants") have filed

2  four separate motions to a *Franks* hearing suppress the fruits of four different search warrants.  *See* Dkt.

3  Nos. 119, 136, 138, 141.  Specifically, Defendants move for a *Franks* hearing and to suppress the fruits

4  of the June 2024 search warrant executed on their residences and also seek to partially suppress the

5  fruits of three separate electronic data warrants issued in February, March, and May of 2024 related to

6  cell phone data and iCloud and email accounts.  *Id*.  While many of Defendants' arguments overlap,

7  some assertions are unique to individual Defendants.  In total, Defendants' four sets of motions

8  comprise 86 pages of briefing, along with hundreds of pages of exhibits and declarations.

9    The government submits that the most efficient and coherent way to respond Defendants'

10  various motions is to file one comprehensive opposition brief.  Given the length of Defendants' briefing,

11  the various individual arguments they make, and the number of warrants Defendants are challenging, the

12  government needs additional pages to adequately respond to Defendants' motions to suppress and to

13  partially suppress the fruits of those warrants.  Accordingly, the government respectfully requests,

14  pursuant to Criminal Local Rule 47-2 and Civil Local Rules 7-4 and 7-11, that it be permitted to submit

15  a comprehensive opposition brief of 40 pages in response to Defendants' various motions to suppress

16  the fruits of the June 2024 residential search warrants and for partial suppression relating to the

17  February, March, and May of 2024 warrants for Defendants' iCloud accounts, cell phone data, and

18  email accounts.

19

20  DATED: January 14, 2026                              Respectfully submitted,

21                                                       CRAIG H. MISSAKIAN
                                                         United States Attorney
22

23                                                       /s/_____
                                                         ABRAHAM FINE
24                                                       MOLLY K. PRIEDEMAN
                                                         LLOYD FARNHAM
25                                                       Assistant United States Attorneys

26

27

28

1

**[PROPOSED] ORDER**

2     Good cause shown, the government's motion for excess pages to respond to Defendants' motions

3 to suppress is GRANTED.

4

5     IT IS SO ORDERED.

6

DATED: _____

7                                                    _____
                                                     HON. YVONNE GONZALEZ ROGERS
8                                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. MOTION FOR EXCESS PAGES          3
25-CR-0003-YGR