Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email: ed@smllp.law
Email: august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: nstephens@jonesday.com
Email: jbschenk@jonesday.com
Email: tdonnelly@jonesday.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>   vs.<br><br>DAVID DUONG,<br><br>                      Defendant. | Case No. 25-cr-00003-YGR-3 (KAW)<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |

Defendant David Duong and the United States hereby stipulate and agree as follows:

Mr. Duong made his initial appearance on January 17, 2025. The Court set conditions of release, including that Mr. Duong not travel outside the Northern and Eastern Districts of California. By stipulation, the Court subsequently increased the amount of Mr. Duong's bond to $1,000,000.

/ / /

1     The parties now stipulate and agree that Mr. Duong's release conditions should be

2  modified to permit travel to Irvine, CA from January 23-25, 2026 for a screening of a

3  documentary about Mr. Duong and his family.

4     The parties agree that Mr. Duong is to provide flight and hotel information to his

5  assigned pretrial services officer prior to departure.

6     Pretrial Services Officer Jessica Portillo has no objection to the proposed modifications to

7  Mr. Duong's release conditions.

8     IT IS SO STIPULATED.

9  Dated: January 13, 2026                     _____/s/_____
                                            August Gugelmann
10                                          SWANSON & McNAMARA LLP
                                            Attorneys for David Duong
11

12                                          _____/s/_____
                                            Abraham Fine
13                                          Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation and Order to Modify Conditions of Release**
*United States v. Duong*, CR 25-0003 YGR (KAW)

**ORDER**

Pursuant to stipulation, Mr. Duong's conditions of release are modified to permit travel to Irvine, California from January 23-25, 2026. Mr. Duong is ordered to provide hotel and flight information to his assigned pretrial officer prior to departure.

IT IS SO ORDERED.

Dated: _January 14, 2026_

Hon. Kandis A. Westmore
United States Magistrate Court

3