1 CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
2
JEFF MITCHELL (CABN 236225)
3 Chief, Criminal Division

4 ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
5 LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys
6
    1301 Clay Street, Suite 340S
7     Oakland, California 94612
    Telephone: (510) 637-3717
8     FAX: (510) 637-3724
    Abraham.fine@usdoj.gov
9     Molly.priedeman@usdoj.gov
    Lloyd.farnham@usdoj.gov
10
Attorneys for United States of America

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-CR-0003-YGR |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR EXCHANGING TRANSCRIPTS AND FOR DAUBERT OPPOSITIONS |
| v. | |
| SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG, | |
| Defendants. | |

At the status conference held on February 20, 2026, the Court instructed the parties to meet-and-confer and file a stipulation regarding a schedule for exchanging proposed transcripts of recordings to be used at trial as well as for *Daubert* opposition briefs. Accordingly, the parties hereby stipulate as follows:

- The parties have conferred regarding the production of transcripts of relevant audio and video files. The parties will compile a joint list of files to be transcribed and will share the costs of making such transcripts. Once the transcripts have been made, the parties will meet and confer to resolve any objections to the accuracy of the transcripts. If the parties are unable to resolve objections to the accuracy of any portions the transcripts through a meet-and-confer process, the parties shall file their objections by September 2, 2026, with those issues to be addressed at the pretrial conference set for September 11, 2026.
- Oppositions to any *Daubert* motions are due by August 4, 2026.

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendants to file this stipulation and proposed order.

**IT IS SO STIPULATED**

Dated: March 9, 2026

CRAIG H. MISSAKIAN
United States Attorney

__/s/_____
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys


__/s/_____
JEFFREY TSAI
DARRYL TARVER
Counsel for Defendant Sheng Thao

| | |
|---|---|
| 1 | /s/_____ |
| 2 | MARK GOLDROSEN |
|   | SHAWN HALBERT |
| 3 | Counsel for Defendant Andre Jones |
| 4 | |
| 5 | /s/_____ |
|   | ED SWANSON |
| 6 | AUGUST GUGELMANN |
|   | NEAL STEPHENS |
| 7 | JEFFREY SCHENK |
|   | Counsel for Defendant David Duong |
| 8 | /s/_____ |
| 9 | WINSTON CHAN |
|   | DOGULAS SPRAGUE |
| 10 | ERIK BABCOCK |
|    | Counsel for Defendant Andy Duong |

STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR EXCHANGING TRANSCRIPTS AND FOR DAUBERT OPPOSITIONS
25-CR-0003 YGR

3

# [PROPOSED] ORDER

The parties shall engage in the meet-and-confer process regarding production of transcripts outlined in the above stipulation. If the parties are unable to resolve objections to the accuracy of any portions of the transcripts through a meet-and-confer process, the parties shall file their specific objections on the docket by September 2, 2026, with those issues to be addressed at the pretrial conference set for September 11, 2026.

Oppositions to any *Daubert* motions are due by August 4, 2026.

IT IS SO ORDERED.

DATED: March 10, 2026

YVONNE GONZALEZ ROGERS
United States District Judge