CRAIG MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

>  1301 Clay Street, Suite 340S
>  Oakland, California 94612
>  Telephone: (510) 637-3717
>  FAX: (510) 637-3724
>  Abraham.fine@usdoj.gov
>  Molly.priedeman@usdoj.gov
>  Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 25-CR-0003-YGR |
| Plaintiff, | UNITED STATES' OPPOSITION TO DEFENDANT DAVID DUONG'S MOTION TO TRAVEL TO VIETNAM |
| v. | |
| DAVID TRUNG DUONG, | |
| Defendant. | |

OPPOSITION TO MOTION TO TRAVEL                    1
CR 25-CR-0003-YGR

The government respectfully opposes Defendant David Duong's motion to modify his conditions of pretrial release to travel to Vietnam for the reasons the government set forth on the record during the September 22, 2025, hearing before the Honorable Kandis A. Westmore.

DATED:  March 25, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

\_\_/s/_____
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys

OPPOSITION TO MOTION TO TRAVEL
CR 25-CR-0003-YGR

2