Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email: ed@smllp.law
Email: august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: nstephens@jonesday.com
Email: jbschenk@jonesday.com
Email: tdonnelly@jonesday.com

Attorneys for Defendant
DAVID TRUNG DUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHENG THAO, et al.,

Defendant.

Case No. CR 25-0003 YGR (KAW)

**UNOPPOSED MOTION TO SHORTEN TIME AND FOR EXPEDITED HEARING ON MOTION FOR PRODUCTION OF MARIO JUAREZ'S TAX RECORDS**

Pursuant to Criminal Local Rule 47-2, Defendant David Trung Duong ("Defendant") respectfully moves this Court for an order shortening time on the briefing schedule and setting an expedited hearing on Defendant's concurrently filed Motion for Production of Mario Juarez's Tax Records.

Because trial is set to begin on October 13, 2026, a ruling is necessary to preserve Defendant's Fifth and Sixth Amendment rights and to compel the government to meet its discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963). The default briefing deadlines under Criminal Local Rules 47-2(a) and (d) would not permit the Court to hear and rule on this motion before trial begins. Prior to filing this motion and consistent with Criminal Local Rules 16-1(a) and (b), defense counsel met and conferred with the government to attempt to resolve the underlying issue, but the parties were not able to reach agreement.

The parties also met and conferred on an expedited briefing schedule and agreed to propose the following dates to the Court: (1) Friday, October 2, 2026 for the Government's opposition brief; (2) Monday, October 5, 2026 by 11:00 a.m. for Defendant's reply brief; and (3) October 8, 2026 for a hearing by this Court.

Dated: September 28, 2026

JONES DAY

By: *<u>/s/ Neal J. Stephens</u>*
Edward W. Swanson
August Gugelmann
SWANSON & McNAMARA LLP

Neal J. Stephens
Jeffrey B. Schenk
Thao Donnelly
JONES DAY

Attorneys for David Trung Duong