IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, ANDY HUNG DUONG,<br><br>Defendants | Case No. 4:25-CR-00003-YGR |

**DECLARATION OF NEAL J. STEPHENS IN SUPPORT OF MOTION FOR PRODUCTION OF MARIO JUAREZ'S TAX RECORDS**

I, Neal J. Stephens, hereby declare as follows:

1. I am a partner in the law firm Jones Day and serve as counsel of record for David Trung Duong in *United States v. David Duong, et al.*, Case No. 4:25-CR-00003-YGR. I am a member of the Bar of the State of California. I submit this declaration in support of the Motion for Production of Mario Juarez's tax records. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached as Exhibit 1 is a true and correct copy of the relevant pages of the transcript of the pre-trial conference on September 11, 2026 where the Court described Mario Juarez as the government's main witness. Government counsel did not contest that characterization.

3. Attached as Exhibit 2 is a true and correct copy of discovery received from the government related to monies that the FBI paid Mario Juarez in June and July 2024.

4. To prepare for trial, I have reviewed Juarez's plea agreement with the government. As part of his plea agreement, Juarez agreed to provide all documents and other material asked for by the government. Juarez also agreed to not commit any crimes before his sentencing hearing. The government excluded any criminal tax violations from the plea agreement.

5. Attached as Exhibit 3 is a true and correct copy of Section 6.4-110 of the Justice Manual, located at www.justice.gov.

6. Based on my experience as a former Assistant United States Attorney and criminal defense attorney, I am informed and believe that the IRS maintains tax records in a database knows as the Integrated Data Retrieval System ("IDRS"). In tax investigations that IRS-CI works with federal prosecutors, IRS-CI agents can directly access the IDRS database to

review tax return information of subjects of an investigation after obtaining approval from a supervisor.

7. Attached as Exhibit 4 is a true and correct copy of the email communications between defense counsel and government counsel regarding the meet and confer on this discovery matter.

8. Attached as Exhibit 5 is a true and correct copy of David Duong's initial discovery letter dated January 21, 2025. In paragraph 4 on page 23, Mr. Duong requested all exculpatory information including all information relating adversely to the character or reputation of any government witness.

9. Attached as Exhibit 6, is a true and correct copy of a discovery letter seeking Mario Juarez's financial records sent by counsel for Andy Duong to government counsel on May 26, 2025.

10. Attached as Exhibit 7 is a true and correct copy of Section 11.3.1.1.2 of Internal Revenue Manual, located at www.irs.gov.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of September 2026, in Palo Alto, California.

Neal J. Stephens