# EXHIBIT 2

**From:** Katherine Barclay <kbarclay@fbi.gov>
**To:** "Abraham.Fine@usdoj.gov" <Abraham.Fine@usdoj.gov>, "Molly.Priedeman@usdoj.gov" <Molly.Priedeman@usdoj.gov>, "Lloyd.Farnham@usdoj.gov" <Lloyd.Farnham@usdoj.gov>
**Cc:** Duncan Haunold <DHAUNOLD@FBI.GOV>
**Subject:** Juarez Payments
**Date:** Wed, 03 Sep 2025 11:14:00 -0700
**Importance:** Normal
**Attachments:** Juarez_Payments.xlsx

---

Team,

Here is the spreadsheet detailing the payments to Mario Juarez. The hotel's final cost was about $100 more than its estimated cost; the estimated cost was included in the residential warrants in June 2024. The hotel was paid on 7/10/2024. Let me know if you have any questions.

Thank you,
Kat

SA Katherine Barclay
FBI San Francisco
450 Golden Gate Ave.
San Francisco, CA 94102
(415) 553-7400
Pronouns: she/her/hers

# Document Produced in Native Format

Paid to Mario Juarez

| Payment | Amount | Date Paid |
|---|---|---|
| Hotel | $ 5,401.40 | 7/10/2024 |
| Cash | $ 3,267.07 | 6/10/2024 |
| Cash | $ 3,000.00 | 6/21/2024 |
| TOTAL | $ 11,668.47 | |