IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, ANDY HUNG DUONG,<br><br>Defendants | Case No. 4:25-CR-00003-YGR |

**DECLARATION OF NEAL J. STEPHENS IN SUPPORT OF REPLY TO MOTION FOR PRODUCTION OF MARIO JUAREZ'S TAX RECORDS**

I, Neal J. Stephens, hereby declare as follows:

1. I am a partner in the law firm Jones Day and serve as counsel of record for David Trung Duong in *United States v. David Duong, et al.*, Case No. 4:25-CR-00003-YGR. I am a member of the Bar of the State of California. I submit this declaration in support of the Reply to Defendants' Motion for Production of Mario Juarez's tax records. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached as Exhibit 1 is a true and correct copy of the government's brief in *United States v. Swenson,* No. 1:13-cr-00091, 2013 WL 4735591 (D. Idaho Sept. 3, 2013). The relevant discussion appears at ECF 87, pages 9-18 of 28.

3. Attached as Exhibit 2 is a true and correct copy of a Notice of State Tax Lien dated February 21, 2024 to Mario Juarez Real Estate, Inc. at 1241 High Street, Oakland, California in the amount of $3,233.32.

4. Attached as Exhibit 3 is a true and correct copy of a Notice of State Tax Lien dated September 26, 2023 to Villaone LLC at 1241 High Street, Oakland, California in the amount of $9,078.20.

5. Attached as Exhibit 4 is a true and correct copy of Villaone LLC's Statement of Information filed with the California Secretary of State on March 10, 2022 identifying Mario Juarez as its Chief Executive Officer.

6. Attached as Exhibit 5 is a true and correct copy of a series of State Tax Liens from 2017 and 2018 to Cartagena LLC at 1241 High Street, Oakland, California.

7. Attached as Exhibit 6 is a true and correct copy of the Articles of Incorporation for Cartagena LLC filed with the California Secretary of State on January 21, 2014 identifying Mario Juarez as the Organizer and Recipient of Service of Process.

8. Attached as Exhibit 7 is a true and correct copy of a Notice of Federal Tax Lien dated October 14, 2009 to Fruitvaleone, Inc. at 4030 International Blvd Suite A in Oakland, California in the amount of $52,982.18.

9. Attached as Exhibit 8 is a true and correct copy of the Statement of Information for Fruitvaleone, Inc. dated October 13, 2008 identifying Mario Juarez as the Chief Executive Officer.

10. I reviewed a FBI 302 report provided by the government to defense counsel in discovery summarizing an interview the government conducted of Mario Juarez on September 23, 2024, in which Juarez stated that he kept about $30,000 from a $75,000 check he received from CWS allegedly related to the negative mailers referenced in the indictment.

11. Attached as Exhibit 9 is a true and correct copy of two invoices from Ciudad Holdings to ABC Security indicating that Ciudad Holdings invoiced ABC Security for $50,000 on October 8, 2022 and $50,000 on October 26, 2022.

12. I reviewed a FBI 302 report provided by the government to defense counsel in discovery. The document summarizes an interview the government conducted of Mario Juarez on February 10, 2025, in which Juarez stated that he netted about $130,000 from the owner of ABC Security in 2022-23, about $100,000 of which was payment for unregistered lobbying. The document indicates that an agent from IRS attended the interview.

13. On September 28, 2026, Ed Swanson, defense counsel for Mr. Duong, met and conferred with government counsel regarding the government's position on Mr. Juarez's eligibility for CJA counsel because it appears that Mario Juarez may have received a wire for $600,000 on or about June 28, 2024. Government counsel stated that they have no reason to believe that Mr. Juarez has not complied with CJA and the government has not taken a position

on Mr. Juarez's eligibility at any time. Government counsel indicated that they do not have access to financial affidavits and typically do not have visibility into the decision to appoint counsel or continue the appointment. The government stated it did not have a position about how or whether the $600,000 wire would affect Juarez's eligibility for appointed counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of October 2026, in Palo Alto, California.

Neal J. Stephens