# EXHIBIT 2

*Recording Requested by*

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
Sacramento CA 95812-2952

*And When Recorded Mail to*

Special Procedures Section
PO BOX 2952
Sacramento CA 95812-2952

2024027372 02/21/2024 03:34 PM 1 PGS
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK, CLERK-RECORDER
RECORDING FEES: $0.00

# NOTICE OF STATE TAX LIEN

FILED WITH: ALAMEDA

CERTIFICATE NUMBER: 24037784669

The Franchise Tax Board of the State of California hereby certifies that the following named taxpayer(s) is liable under parts 10 or 11 of Division 2 of the Revenue and Taxation Code to the State of California for amount due and required to be paid by said taxpayer as follows:

Name of Taxpayer(s) : MARIO JUAREZ REAL ESTATE, INC.

FTB Account Number : 3455983000
Corporate Number : 3455983000
FEIN : 455385216000
SOS Number :

Last Known Address : 1241 HIGH ST
: OAKLAND CA 94601-4408

For Taxable Year(s) : 12/16

Amount Due : $3,233.32

Further interest and fees will accrue at the rate prescribed by law until paid; that the Franchise Tax Board of the State of California complied with all of the provisions of parts 10 or 11 of Division 2 of the Revenue and Taxation Code of the State of California in computing, levying, determining and assessing the tax; the said amounts are due and payable and have not been paid. Said lien attaches to all property and rights to such property now owned or later acquired by the taxpayer.

IN WITNESS WHEREOF, the Franchise Tax Board of the State of California has duly authorized the undersigned to execute this Notice in its name.

DATED: 02/09/24

FRANCHISE TAX BOARD
of the State of California

Collection Bureau
Telephone Number: (888) 635-0494

By: Jozel Brunett

Authorized facsimile signature.

FTB 2930 V1 BC ARCS (REV 06-2017)