# EXHIBIT 5

**RECORDING REQUESTED BY:**
**STATE OF CALIFORNIA**
EMPLOYMENT DEVELOPMENT DEPARTMENT
888-745-3886

**WHEN RECORDED MAIL TO:**
**STATE OF CALIFORNIA**
**EMPLOYMENT DEVELOPMENT DEPARTMENT**
**LIEN GROUP, MIC 92G**
**PO BOX 826880**
**SACRAMENTO, CA 94280-0001**

COUNTY OF ALAMEDA CALIFORNIA

2018119493 06/18/2018 09:55 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
STEVE MANNING
RECORDING FEE: 0.00

1 PG

# NOTICE OF STATE TAX LIEN

(Filed pursuant to Section 7171 of the Government Code)

CARTAGENA, LLC
1241 HIGH ST
OAKLAND CA 94601-4408

XX-XXX0433

ALAMEDA

Letter ID. L0393720736

Certificate No. G002158052

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 04/01/2017 to 06/30/2017 | $3,880.18 | $1,849.06 | $177.43 | $5,906.67 |

Interest calculated through 06/05/2018

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: 06/05/2018

At Sacramento, California

The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

Teresa Gage

By ______________________
Authorized Representative
This agency has adopted the use of a facsimile signature as affixed above.

**RECORDING REQUESTED BY:**
**STATE OF CALIFORNIA**
EMPLOYMENT DEVELOPMENT DEPARTMENT
888-745-3886

**WHEN RECORDED MAIL TO:**
**STATE OF CALIFORNIA**
**EMPLOYMENT DEVELOPMENT DEPARTMENT**
**LIEN GROUP, MIC 92G**
**PO BOX 826880**
**SACRAMENTO, CA 94280-0001**

2018081579 04/24/2018 02:19 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
STEVE MANNING
RECORDING FEE: 0.00

1 PG

# NOTICE OF STATE TAX LIEN

(Filed pursuant to Section 7171 of the Government Code)

CARTAGENA, LLC
1241 HIGH ST
OAKLAND CA 94601-4408

XX-XXX0433

ALAMEDA

Letter ID. L0628354336

Certificate No. G001961549

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 01/01/2017 to 03/31/2017 | $3,880.18 | $1,849.06 | $201.46 | $5,930.70 |

Interest calculated through 04/13/2018

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: 04/13/2018
At Sacramento, California

The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

Teresa Gage

By ___
Authorized Representative
This agency has adopted the use of a facsimile signature as affixed above.

**RECORDING REQUESTED BY:**
**STATE OF CALIFORNIA**
EMPLOYMENT DEVELOPMENT DEPARTMENT
888-745-3886

**WHEN RECORDED MAIL TO:**
**STATE OF CALIFORNIA**
**EMPLOYMENT DEVELOPMENT DEPARTMENT**
**LIEN GROUP, MIC 92G**
**PO BOX 826880**
**SACRAMENTO, CA 94280-0001**

COUNTY OF ALAMEDA CALIFORNIA

2018162782 08/20/2018 02:44 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
STEVE MANNING
RECORDING FEE: 0.00

1 PG

# NOTICE OF STATE TAX LIEN

(Filed pursuant to Section 7171 of the Government Code)

CARTAGENA, LLC
1241 HIGH ST
OAKLAND CA 94601-4408

XX-XXX0433

ALAMEDA

Letter ID. L2137123232

Certificate No. G002130249

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 07/01/2017 to 09/30/2017 | $3,880.18 | $1,848.06 | $158.11 | $5,886.35 |

Interest calculated through 08/06/2018

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: 08/06/2018

At Sacramento, California

The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

Teresa Gage

By ______________________

Authorized Representative

This agency has adopted the use of a facsimile signature as affixed above.

**RECORDING REQUESTED BY:**
**STATE OF CALIFORNIA**
EMPLOYMENT DEVELOPMENT DEPARTMENT
888-745-3886

**WHEN RECORDED MAIL TO:**
**STATE OF CALIFORNIA**
**EMPLOYMENT DEVELOPMENT DEPARTMENT**
**LIEN GROUP, MIC 92G**
**PO BOX 826880**
**SACRAMENTO, CA 94280-0001**

COUNTY OF ALAMEDA CALIFORNIA
2018224935 11/27/2018 11:19 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
STEVE MANNING
RECORDING FEE: 0.00
1 PG

# NOTICE OF STATE TAX LIEN

(Filed pursuant to Section 7171 of the Government Code)

CARTAGENA, LLC
1241 HIGH ST
OAKLAND CA 94601-4408

XX-XXX0433

ALAMEDA

Letter ID. L0084982368

Certificate No. G002368275

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 10/01/2017 to 12/31/2017 | $3,880.18 | $1,848.06 | $159.84 | $5,888.08 |

Interest calculated through 11/09/2018

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date 11/09/2018

At Sacramento, California

The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

By O Dumanska

Authorized Representative

This agency has adopted the use of a facsimile signature as affixed above.

DE 2181 Rev 5 (7-12)

2037995520_P2_E1

**RECORDING REQUESTED BY:**
**STATE OF CALIFORNIA**
EMPLOYMENT DEVELOPMENT DEPARTMENT
888-745-3886

**WHEN RECORDED MAIL TO:**
**STATE OF CALIFORNIA**
**EMPLOYMENT DEVELOPMENT DEPARTMENT**
**LIEN GROUP, MIC 92G**
**PO BOX 826880**
**SACRAMENTO, CA 94280-0001**

COUNTY OF ALAMEDA CALIFORNIA

2019006912 01/15/2019 11:23 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE: 0.00

1 PG

HT

# NOTICE OF STATE TAX LIEN

(Filed pursuant to Section 7171 of the Government Code)

CARTAGENA, LLC
1241 HIGH ST
OAKLAND CA 94601-4408

XX-XXX0433

ALAMEDA

Letter ID. L1334750624

Certificate No. G002165210

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 01/01/2018 to 03/31/2018 | $3,922.22 | $1,866.99 | $122.11 | $5,911.32 |

Interest calculated through 12/26/2018

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: 12/26/2018

At Sacramento, California

THE GREAT SEAL OF THE STATE OF CALIFORNIA

The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

By O Dumanska

Authorized Representative

This agency has adopted the use of a facsimile signature as affixed above.

DE 2181 Rev. 5 (7-12)

1262213120_P4_E1

**RECORDING REQUESTED BY:**
**STATE OF CALIFORNIA**
EMPLOYMENT DEVELOPMENT DEPARTMENT
888-745-3886

**WHEN RECORDED MAIL TO:**
**STATE OF CALIFORNIA**
**EMPLOYMENT DEVELOPMENT DEPARTMENT**
**LIEN GROUP, MIC 92G**
**PO BOX 826880**
**SACRAMENTO, CA 94280-0001**

COUNTY OF ALAMEDA CALIFORNIA

2019076121 04/26/2019 08:30 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE: 0.00

1 PG

# NOTICE OF STATE TAX LIEN

(Filed pursuant to Section 7171 of the Government Code)

CARTAGENA, LLC
1241 HIGH ST
OAKLAND CA 94601-4408

XX-XXX0433

ALAMEDA

Letter ID. L1359844448

Certificate No. G002161484

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 04/01/2018 to 06/30/2018 | $3,922.22 | $1,866.99 | $152.43 | $5,941.64 |

Interest calculated through 04/16/2019

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: 04/16/2019
At Sacramento, California

The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

By O Dumanska
Authorized Representative
This agency has adopted the use of a facsimile signature as affixed above.

DE 2181 Rev. 5 (7-12)

1574803456_P9_E1

RECORDING REQUESTED BY:
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
1-888-745-3886

WHEN RECORDED MAIL TO:
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
LIEN GROUP, MIC 92G
PO BOX 826880
SACRAMENTO, CA 94280-0001

2019187103 09/18/2019 02:55 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE: 0.00

1 PG

# NOTICE OF STATE TAX LIEN

(Filed pursuant to Section 7171 of the Government Code)

CARTAGENA, LLC
1241 HIGH ST
OAKLAND CA 94601-4408

XX-XXX0433

ALAMEDA

Letter ID. L0209083232

Certificate No. G002377507

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 07/01/2018 to 09/30/2018 | $4,158.42 | $1,973.28 | $245.70 | $6,377.40 |

Interest calculated through 09/09/2019

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: 09/09/2019

At Sacramento, California

The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

By O Dumanska

Authorized Representative

This agency has adopted the use of a facsimile signature as affixed above.

DE 2181 Rev. 5 (7-12)

22042624_P8_E1

*Recording Requested by*

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
Sacramento CA 95812-2952

*And When Recorded Mail to*

Special Procedures Section
PO BOX 2952
Sacramento CA 95812-2952

2022180757 11/02/2022 02:04 PM 1 PGS
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK, CLERK-RECORDER
RECORDING FEES: $0.00

# NOTICE OF STATE TAX LIEN

FILED WITH: ALAMEDA

CERTIFICATE NUMBER: 22298606114

The Franchise Tax Board of the State of California hereby certifies that the following named taxpayer(s) is liable under parts 10 or 11 of Division 2 of the Revenue and Taxation Code to the State of California for amount due and required to be paid by said taxpayer as follows:

Name of Taxpayer(s) : CARTAGENA, LLC

FTB Account Number : 201402310340000
Corporate Number :
FEIN :
SOS Number : 201402310340000

Last Known Address : 1241 HIGH ST
: OAKLAND CA 94601-4408

For Taxable Year(s) : 12/18,12/17

Amount Due : $5,522.09

Further interest and fees will accrue at the rate prescribed by law until paid; that the Franchise Tax Board of the State of California complied with all of the provisions of parts 10 or 11 of Division 2 of the Revenue and Taxation Code of the State of California in computing, levying, determining and assessing the tax; the said amounts are due and payable and have not been paid. Said lien attaches to all property and rights to such property now owned or later acquired by the taxpayer.

IN WITNESS WHEREOF, the Franchise Tax Board of the State of California has duly authorized the undersigned to execute this Notice in its name.

DATED: 10/28/22

FRANCHISE TAX BOARD
of the State of California

Collection Bureau
Telephone Number: (888) 635-0494

By: Jozel Brunett

Authorized facsimile signature.