# EXHIBIT 7

Recording Requested By Internal Revenue Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145585, STOP 8420G
CINCINNATI, OH 45250-5585

2009323616 10/14/2009 02:19 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE: 9.00

1 PG

JM

For Optional Use by Recording Office

**Form 668 (Y)(c)**
(Rev. February 2004)

1018 Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Area: SMALL BUSINESS/SELF EMPLOYED AREA #7
Lien Unit Phone: (800) 829-3903

Serial Number
586519909

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer FRUITVALEONE INC

Residence 4030 INTERNATIONAL BLVD STE A
OAKLAND, CA 94601-4044

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2008 | 26-1654151 | 04/06/2009 | 05/06/2019 | 757.48 |
| 941 | 03/31/2008 | 26-1654151 | 03/23/2009 | 04/22/2019 | 8368.81 |
| 941 | 06/30/2008 | 26-1654151 | 03/23/2009 | 04/22/2019 | 16246.33 |
| 941 | 09/30/2008 | 26-1654151 | 04/13/2009 | 05/13/2019 | 9055.35 |
| 941 | 12/31/2008 | 26-1654151 | 04/06/2009 | 05/06/2019 | 18554.21 |

Place of Filing
COUNTY RECORDER
Alameda County
OAKLAND, CA 94612

Total $ 52982.18

This notice was prepared and signed at OAKLAND, CA, on this, the 30th day of September, 2009.

Signature R. A. Mitchell
for MICHAEL W. COX

Title
ACS 27-00-0008
(800) 829-3903

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X