# EXHIBIT 8

# State of California
## Secretary of State

**E-638922**

**FILED**

In the office of the Secretary of State of the State of California

**Oct - 13 2008**

This Space For Filing Use Only

**STATEMENT OF INFORMATION**
**(Domestic Stock and Agricultural Cooperative Corporations)**

**FEES (Filing and Disclosure): $25.00. If amendment, see instructions.**
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**S**

1. **CORPORATE NAME** (Please do not alter if name is preprinted.)

C2952044
FRUITVALEONE, INC.

4030A INTERNATIONAL BLVD
OAKLAND CA 94601

**DUE DATE:**

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE — CITY — STATE — ZIP CODE
4030A INTERNATIONAL BLVD OAKLAND CA 94601

3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY — CITY — STATE — ZIP CODE
4030A INTERNATIONAL BLVD OAKLAND CA 94601

4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 — CITY — STATE — ZIP CODE
4030A INTERNATIONAL BLVD OAKLAND CA 94601

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

5. CHIEF EXECUTIVE OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
MARIO JUAREZ 4030A INTERNATIONAL BLVD OAKLAND, CA 94601

6. SECRETARY/ — ADDRESS — CITY — STATE — ZIP CODE
MARIO JUAREZ 4030A INTERNATIONAL BLVD OAKLAND, CA 94601

7. CHIEF FINANCIAL OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
MARIO JUAREZ 4030A INTERNATIONAL BLVD OAKLAND CA 94601

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

8. NAME — ADDRESS — CITY — STATE — ZIP CODE
MARIO JUAREZ 4030A INTERNATIONAL BLVD OAKLAND, CA 94601

9. NAME — ADDRESS — CITY — STATE — ZIP CODE

10. NAME — ADDRESS — CITY — STATE — ZIP CODE

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTIONS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS
MARIO JUAREZ

13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** — CITY — STATE — ZIP CODE
1300 CLAY STREET, SUITE 600 OAKLAND, CA 94612

**TYPE OF BUSINESS**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
REAL ESTATE ENTERPRISES

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 10/13/2008 | MARIO JUAREZ | CEO | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

SI-200 C (REV 01/2008) APPROVED BY SECRETARY OF STATE