# EXHIBIT 9

# CIUDAD HOLDINGS, LLC

# INVOICE

**1241 HIGH STREET**

**OAKLAND, CALIFORNIA 94601**

| INVOICE # | DATE |
|---|---|
| 1008202201 | 10/8/2022 |

**BILL TO**

Ana Chretien
ABC SECURITY
1840 EMBARCADERO
OAKLAND, CA 94606
510-436-8057
ana@abcsecurityservice.com

| CUSTOMER ID | TERMS |
|---|---|
| 564 | DUE ON 10/21/2022 |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Report on Process Improvements and Controls (50% on Due Date 50% on D | 1 | 50,000.00 | 50,000.00 |
| (50% on Due Date 50% on Delivery Date) | | | |
| Service Total Cost is $100,000 of which 50% is paid on this invoice due | | | |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 50,000.00 |
| | 0.000% |
| TAX | - |
| **TOTAL** | **$ 50,000.00** |

Wire Instructions:

J.P. Morgan Chase Bank, NA of Alameda, California

CIUDAD HOLDINGS, LLC

ACCOUNT # 123 715 267
ROUTING # 0210 000 21

If you have any questions about this invoice, please contact
**Ciudad Holdings, LLC / 510-532-1111**

# CIUDAD HOLDINGS, LLC

# INVOICE

**1241 HIGH STREET**

**OAKLAND, CALIFORNIA 94601**

| INVOICE # | DATE |
|---|---|
| 1026202201 | 10/26/2022 |

**BILL TO**

Ana Chretien
ABC SECURITY
1840 EMBARCADERO
OAKLAND, CA 94606
510-436-8057
ana@abcsecurityservice.com

| CUSTOMER ID | TERMS |
|---|---|
| 564 | 10/26/2022 |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Report on Process Improvements and Controls (50% on Due Date 50% on D | 1 | 30,000.00 | 30,000.00 |
| | | | |
| | | | |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |

*Thank you for your business!*

Wire Instructions:

J.P. Morgan Chase Bank, NA of Alameda, California

CIUDAD HOLDINGS, LLC

ACCOUNT # 123 715 267
ROUTING # 0210 000 21

| | |
|---|---|
| SUBTOTAL | 30,000.00 |
| | 0.000% |
| TAX | - |
| **TOTAL** | **$ 30,000.00** |

If you have any questions about this invoice, please contact

**Ciudad Holdings, LLC / 510-532-1111**