Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email: ed@smllp.law
Email: august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: nstephens@jonesday.com
Email: jbschenk@jonesday.com
Email: tdonnelly@jonesday.com

Attorneys for Defendant
DAVID TRUNG DUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO, et al.,<br><br>Defendants. | Case No. CR 25-0003 YGR<br><br>DECLARATION OF NEAL J. STEPHENS IN SUPPORT OF MOTION FOR PRODUCTION OF MARIO JUAREZ DOCUMENTS<br><br>Date: October 21, 2026<br>Time: 8 a.m.<br>Court: 1, 4th Floor |

I, Neal J. Stephens, hereby declare as follows:

1. I am a partner in the law firm Jones Day and serve as counsel of record for David Trung Duong in *United States v. David Duong, et al.*, Case No. 4:25-CR-00003-YGR. I am a member of the Bar of the State of California. I submit this declaration in support of the Motion for Production of Mario Juarez Documents. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached as Exhibit 1 is a true and correct copy of the government's October 6, 2026 discovery letter to defense counsel regarding the production of documents from Mario Juarez's Microsoft email account, in which the government states that it received the warrant returns on November 7, 2024 and completed the review on August 12, 2025.

3. Attached as Exhibit 2 is a true and correct copy, with redactions, of a FBI 302 report, dated September 2, 2025, provided by the government to defense counsel in discovery, summarizing that the FBI completed its review of Juarez's Apple iCloud account (excluding Apple notes) on May 30, 2025 and completed review of the Apple notes on August 27, 2025.

4. Attached as Exhibit 3 is a true and correct copy of the transcript of proceedings on October 5, 2026, related to the Juarez Emails.

5. Attached as Exhibit 4 is a true and correct copy of Section 9-5.0002 of the DOJ Justice Manual.

6. Attached as Exhibit 5 is a true and correct copy, with redactions, of a FBI 302 report dated March 16, 2026 provided by the government to defense counsel in discovery,

summarizing FBI Special Agent Richin's review of Mario Juarez's Microsoft emails from June 6, 2025 through August 7, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of October 2026, in Palo Alto, California.

Neal J. Stephens