# EXHIBIT 2

FD-302 (Rev. 5-8-10)



FEDERAL BUREAU OF INVESTIGATION

OFFICIAL RECORD

Date of entry 09/02/2025

On November 5, 2024, FBI Special Agent Duncan Haunold (SA Haunold) completed review of the Apple iCloud account
associated with Mario Juarez (Juarez). The review was completed pursuant to federal search warrants, including an original warrant, dated July 24, 2023, and rollover warrant for the iCloud returns previously provided, dated July 9, 2024.

Responsive documents were tagged and seized from categories of data including among others: calendar, call logs, contacts, device connectivity, device locations, installed applications, log entries, user accounts, wireless networks, images, videos, chats, instant messages, notes, searched items, voicemails, web related, audio, configurations, documents, email, social networking, and operating system.

The following associated accounts were also included in the Apple production: r
appeared associated wit z and did not appear to contain responsive information. No data was seized pursuant to the warrant(s). appeared associated with Juarez's d did not appear to contain responsive information. No data was seized pursuant to the warrant(s).

On or about November 26, 2024, the Silicon Valley Regional Computer Forensics Laboratory (SVRCFL) prepared a master copy and exam archive of the iCloud search warrant return data. The SVRCFL also created a results copy containing the minimized reports from case agent review. On or about December 9, 2024 the SVRCFL sent the master and results copies to SA Haunold via Fedex. The evidence received from the SVRCFL was checked into the FBI San Francisco Division's Oakland Evidence Control Room and given evidence ID 1B96 and 1B97. The RVRCFL report of examination is maintained as a 1A attachment to this report.

On May 30, 2025 SA Haunold completed review of the Apple iCloud account (excluding Apple notes), associated with Juarez. The review was completed pursuant to a federal search warrant dated February 23,

Investigation on 08/27/2025 at Oakland, California, United States (In Person)

File # 194B-SF-3726277 Date drafted 08/27/2025

by HAUNOLD DUNCAN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

2024, for which Apple provided updated returns to a more current date range. Case agent review focused on, but was not limited to, responsive information with date ranges beyond what was provided by apple in the first warrant production.

Responsive documents were tagged and seized from categories of data including among others: Web related, searches, identifiers, passwords and tokens, user accounts, communication, social networking, media, calendar events, documents, application usage, operating system, connected devices, logs, and location data.

Responsive information categorized as "Apple notes" was separated from the overall iCloud account by the FBI filter team to redact potions Apple notes with potentially privileged content. The Apple notes were then provided to the case agent for review in separate reports, including a report with un-redacted notes and a report for the partially redacted notes.

On August 27, 2025 SA Haunold completed review of the Apple notes associated with Apple iCloud account

On August 27, 2025, SA Haunold copied the minimized reports to a Blu-ray Disc (BR-R). The BD-R was checked into he FBI San Francisco Division's Oakland Evidence Control Room and given evidence ID 1B129.