# EXHIBIT 5

FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

OFFICIAL RECORD

Date of entry 03/16/2026

On approximately June 6, 2025, FBI Special Agent (SA) Haley Richins initiated a review of the MICROSOFT account "
associated with MARIO JUAREZ (JUAREZ). This material from MICROSOFT was obtained pursuant to a federal search warrant.

On approximately August 6, 2025, SA Richins completed her initial review, however, based on discussions with SA Christopher Elges, there were still outstanding items SA Richins had flagged as potentially privileged information. On approximately August 7, 2025, SA Elges advised SA Richins to pause her review. After further discussions with SA Elges and the removal of any material deemed potentially privileged, the review was finalized.

On approximately August 12, 2025, SA Duncan Haunold submitted a disk containing the final responsive material to the Oakland Resident Agency's Evidence Control Room. The disk containing the responsive material is preserved as evidence item 1B127.

Investigation on 08/06/2025 at Fredericksburg, Virginia, United States (In Person)

File # 194B-SF-3726277 Date drafted 03/11/2026

by RICHINS HALEY ELIZABETH

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.