Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email: ed@smllp.law
Email: august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: nstephens@jonesday.com
Email: jbschenk@jonesday.com
Email: tdonnelly@jonesday.com

Attorneys for Defendant
DAVID TRUNG DUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO, et al.,<br><br>Defendant. | Case No. CR 25-0003 YGR (KAW)<br><br>**UNOPPOSED MOTION TO SHORTEN TIME AND FOR EXPEDITED HEARING ON MOTION FOR PRODUCTION OF MARIO JUAREZ DOCUMENTS** |

Pursuant to Criminal Local Rule 47-2, Defendant David Trung Duong ("Defendant") respectfully moves this Court for an order shortening time on the briefing schedule and setting an expedited hearing on Defendant's concurrently filed Motion for Production of Mario Juarez's Documents.

The Court's ruling on this motion is necessary to preserve Defendant's Fifth and Sixth Amendment rights and to compel the government to meet its discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963). The default briefing deadlines under Criminal Local Rules 47-2(a) and (d) would require the Court to hear and rule on this motion several weeks into trial. Prior to filing this motion and consistent with Criminal Local Rules 16-1(a) and (b), defense counsel met and conferred with the government to attempt to propose a schedule to the Court.

The parties propose the following expedited briefing schedule to the Court: (1) Thursday, October 8, 2026 for the Government's opposition brief; (2) no reply brief from the Defendant; and (3) a hearing at the Court's earliest convenience.

Dated: October 7, 2026

JONES DAY

By: */s/ Neal J. Stephens*
Edward W. Swanson
August Gugelmann
SWANSON & McNAMARA LLP

Neal J. Stephens
Jeffrey B. Schenk
Thao Donnelly
JONES DAY

Attorneys for David Trung Duong