Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email: ed@smllp.law
Email: august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: nstephens@jonesday.com
Email: jbschenk@jonesday.com
Email: tdonnelly@jonesday.com

Attorneys for Defendant
DAVID TRUNG DUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO, et al.,<br><br>Defendants. | Case No. CR 25-0003 YGR (KAW)<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO SHORTEN TIME AND FOR EXPEDITED HEARING ON DEFENDANT'S MOTION FOR PRODUCTION OF MARIO JUAREZ DOCUMENTS** |

Pending before this Court is Defendant David Trung Duong's ("Defendant") Motion to Shorten Time and for an Expedited Hearing on Defendant's Motion for Production of Mario Juarez Documents. The Court, having considered Defendant's Motion, the applicable law, and the response, if any, hereby **GRANTS** the Motion.

It is therefore, ORDERED, that:

- The Government shall file its Opposition by Thursday, October 8, 2026 at ______.
- Defendant shall not file a Reply.
- This Court will hear the Motion on October __, 2026 at ____.

IT IS SO ORDERED.

Dated: October ___, 2026

By: ________________________________
Hon. Yvonne Gonzalez Rogers
Chief Judge, United States District Court

**CERTIFICATE OF SERVICE**

I, Emily Fernandez, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Jones Day, Silicon Valley Office, 1755 Embarcadero Road, Palo Alto, California 94303. On October 7, 2026, I served a copy of the Motion to Shorten Time and For Expedited Hearing on Motion for Production and Proposed Order by electronic transmission.

I am familiar with the USDC Northern District's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

Executed on October 7, 2026, Palo Alto, California.

Emily Fernandez