Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email: ed@smllp.law
Email: august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: nstephens@jonesday.com
Email: jbschenk@jonesday.com
Email: tdonnelly@jonesday.com

Attorneys for Defendant
DAVID TRUNG DUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHENG THAO, et al.,<br>Defendants. | Case No. CR 25-003 YGR<br>**UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY TO THE GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTION FOR PRODUCTION OF MARIO JUAREZ DOCUMENTS** |

Defendant David Trung Duong ("Defendant") respectfully submits this Motion for Leave to File a Reply to the Government's Opposition to Defendants' Motion for Production of Mario Juarez Documents. On October 7, 2026, Defendants filed a Notice and Motion for Production of Mario Juarez Documents. *See*, ECF No. 401. Given the scheduled start of the trial on October

13, 2026, the parties stipulated to the following expedited briefing schedule: (1) Thursday, October 8, 2026 for the Government's opposition brief; (2) no reply brief from the Defendants; and (3) a hearing at the Court's earliest convenience. ECF No. 403. Defendants agreed to waive their reply brief to expedite the Court's consideration of this motion.

On October 8, 2026, the government filed an opposition arguing that Mario Juarez had not waived his Fourth Amendment rights in his plea agreement. The government asserted that "there is nothing in the law or the Plea Agreement that supports this tortured proposition"—*i.e.*, that Juarez had waived his Fourth Amendment rights in his plea agreement. Gov't Opp'n, ECF No. 406 at 9:20-10:4. That statement is not true and generates this unexpected request to file a short reply brief to correct and complete the factual record before the Court.

A reply brief will demonstrate that Juarez's written plea agreement expressly states that Juarez agreed to give up his rights to move to suppress evidence and raise other Fourth Amendment claims. As a result, Defendants respectfully requests that the Court grant leave to file a brief reply to the government's response to Defendants' Motion to Compel Production of Mario Juarez Documents.

Defense counsel met and conferred with government counsel and the government does not oppose the filing of defendants' reply brief.

Dated: October 14, 2026

JONES DAY

By: */s/ Neal J. Stephens*

Edward W. Swanson
August Gugelmann
SWANSON & McNAMARA LLP

Neal J. Stephens
Jeffrey B. Schenk
Thao Donnelly
JONES DAY

Attorneys for David Trung Duong