Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email: ed@smllp.law
Email: august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: nstephens@jonesday.com
Email: jbschenk@jonesday.com
Email: tdonnelly@jonesday.com

Attorneys for Defendant
DAVID TRUNG DUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO, et al.,<br><br>Defendants. | Case No. CR 25-0003 YGR (KAW)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE A REPLY TO THE GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTION FOR PRODUCTION OF MARIO JUAREZ DOCUMENTS** |

Pending before this Court is Defendant David Trung Duong's ("Defendant") Motion for Leave to File a Reply to the Government's Opposition to Defendants' Motion for Production of Mario Juarez Documents. The Court, having considered the pleadings and any argument by counsel, hereby **GRANTS** the Motion and **ORDERS** that Defendant be granted leave to file a reply brief, and that the Reply to the Government's Opposition to Defendants' Motion for Production, filed as Exhibit A to the Motion, be entered into the record.

**IT IS SO ORDERED.**

Dated: _______________

By:________________________________
Hon. Yvonne Gonzalez Rogers
Chief Judge, United States District Court

**CERTIFICATE OF SERVICE**

I, Emily Fernandez, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Jones Day, Silicon Valley Office, 1755 Embarcadero Road, Palo Alto, California 94303. On October 14, 2026, I served a copy of the Motion for Leave to File a Reply to Government's Opposition to Defendant's Motion for Production of Mario Juarez Documents, and the [Proposed] Order Granting Defendant's Motion for Leave to File a Reply by electronic transmission.

I am familiar with the USDC Northern District's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

Executed on October 14, 2026, Palo Alto, California.

Emily Fernandez