# EXHIBIT B

Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email: ed@smllp.law
Email: august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: nstephens@jonesday.com
Email: jbschenk@jonesday.com
Email: tdonnelly@jonesday.com

Attorneys for Defendant
DAVID TRUNG DUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO, et al.,<br><br>Defendants. | Case No. CR 25-003 YGR<br><br>DECLARATION OF NEAL J. STEPHENS IN SUPPORT OF MOTION FOR LEAVE TO FILE A REPLY TO THE GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTION FOR PRODUCTION OF MARIO JUAREZ DOCUMENTS |

I, Neal J. Stephens, hereby declare as follows:

1. I am a partner in the law firm Jones Day and serve as counsel of record for David Trung Duong in *United States v. David Duong, et al.*, Case No. 4:25-CR-003-YGR. I am a member of the Bar of the State of California. I submit this declaration in support of the Motion for Leave to File a Reply to the Government's Opposition to Defendants' Motion for Production of Mario Juarez Documents. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached as Exhibit 1 is a true and correct copy of Mario Juarez's plea agreement dated January 7, 2025. Exhibit 1 is filed under seal pursuant to the Court's Protective Order. ECF No. 39.

3. Attached as Exhibit 2 is a true and correct copy of a letter from government counsel dated October 12, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of October 2026, in Oakland, California.

Neal J. Stephens