# EXHIBIT 2

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*1301 Clay Street Suite 340S*
*Oakland, California 94612*

*(510) 637-3680*
*FAX:(510) 637-3724*

October 12, 2026

**BY EMAIL**

JEFFREY TSAI
DARRYL TARVER
jeff.tsai@us.dlapiper.com
darryl.tarver@us.dlapiper.com
Counsel for Defendant Sheng Thao

MARK GOLDROSEN
SHAWN HALBERT
markgoldro@aol.com
shawn@shawnhalbertlaw.com
Counsel for Defendant Andre Jones

WINSTON CHAN
DOUGLAS SPRAGUE
ERIK BABCOCK
CHRISTINE BONOMO
wchan@gibsondunn.com
dsprague@cov.com
erik@babcocklawoffice.com
cbonomo@gibsondunn.com
Counsel for Defendant Andy Duong

ED SWANSON
AUGUST GUGELMANN
JEFFREY SCHENK
NEAL STEPHENS
ed@smllp.law
august@smllp.law
jbschenk@jonesday.com
nstephens@jonesday.com
Counsel for Defendant David Duong

Re: *United States v. Sheng Thao et al.*, CR 25-00003 YGR
Letter Regarding Mario Juarez

Dear Defense Counsel:

As set forth in memoranda of interviews that have been recently produced, the government met with Mario Juarez on multiple occasions in September of 2026. Shortly before those interviews, counsel for Juarez asked the government if it could pay for Juarez's travel to Oakland from Mexico for the first interview. The government responded that it would not pay for international travel, but agreed to pay for travel from San Diego to Oakland. While this travel was booked for Juarez, he did not end up using the flights and hotel that the government had booked for him. The government was not charged any money for cancellation of the flights, but paid a $145 cancellation fee for the hotel.

Separately, during the recent review of the Mario Juarez emails that were newly released by the filter team, the government reached out to counsel for Juarez to ask whether he would consent to all non-privileged emails in that newly-released set (of approximately 11,000 emails + attachments) being produced to defense counsel without the government conducting an Attachment B review. Juarez's counsel responded that Juarez did not consent to such a production.

Very truly yours,

CRAIG H. MISSAKIAN
United States Attorney
/s/
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys