# EXHIBIT 8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- - - - - - - - - - - - - - -

UNITED STATES OF AMERICA, )
Plaintiff, )
v. ) CASE NO.
SHENG THAO, ANDRE JONES, ) 25-CR-0003-YGR
DAVID DUONG, AND ANDY DUONG, )
Defendants. )

- - - - - - - - - - - - - - -

AUDIO TRANSCRIPTION OF
RECORDED MEETING
FILE: OAK-0115842
TUESDAY, FEBRUARY 13, 2024

BEHMKE REPORTING AND VIDEO SERVICES, INC.
BY: HE SUK JONG, CSR NO. 12918
550 CALIFORNIA STREET, SUITE 820
SAN FRANCISCO, CALIFORNIA 94104
(415) 597-5600



(Begin transcription 00:00 - 02:46:13.)
(Simultaneous conversations are inaudible and/or indiscernible and not transcribed.)
**MARIO JUAREZ:** . . . getting him addicted to Robin Hood?
**UNIDENTIFIABLE MALE VOICE:** Huh?
**MARIO JUAREZ:** Are you getting him addicted to Robin Hood?
If you're getting addicted to Robin Hood, [inaudible] a problem for you.
**DAVID DUONG:** Huh? What? Do what?
**MARIO JUAREZ:** If he gets you addicted to Robin Hood [indiscernible].
(Conversation in Vietnamese is not transcribed.)
**CECILIA MENDEZ:** Hello, Michael.
**MICHAEL DUONG:** Hey.
**CECILIA MENDEZ:** How are you?
**MICHAEL DUONG:** Good, good.
**UNIDENTIFIABLE MALE VOICE:** Ooh.
**MARIO JUAREZ:** [Speaking Spanish]?
**UNIDENTIFIABLE MALE VOICE:** [Inaudible] Waste Management [inaudible].
**CECILIA MENDEZ:** I think . . .



**MARIO JUAREZ:** Is Waste Management still listed?
**DAVID DUONG:** Yeah [phonetic].
**UNIDENTIFIABLE MALE VOICE:** No, [speaking Vietnamese].
(Conversation in Vietnamese is not transcribed.)
**DAVID DUONG:** It's okay. [Inaudible].
**MARIO JUAREZ:** Remember those [inaudible] items?
(Conversation in Vietnamese is not transcribed.)
**MARIO JUAREZ:** Michael, can you review this?
[Indiscernible] said [inaudible] David [inaudible]. [Inaudible] design. So we're done [inaudible]. We're just waiting for the structural [inaudible]. And I never made that assertion, but I wanted you to review them just in case.
(Conversation in Spanish between Mario Juarez and Cecilia Mendez is not transcribed.)
(Conversation in Vietnamese is not transcribed.)
**UNIDENTIFIABLE MALE VOICE:** I seen that already. Downstairs, right?
**MARIO JUAREZ:** Yeah, yeah, [indiscernible].
**UNIDENTIFIABLE MALE VOICE:** [Overlapping].



**MARIO JUAREZ:** So [inaudible]. That would -- it would help me [indiscernible] where you can -- if -- if we can start with that, that [indiscernible], right? We're [inaudible] purpose [phonetic].
(Conversation in Vietnamese is not transcribed.)
**MARIO JUAREZ:** [Indiscernible].
**DAVID DUONG:** Last time I saw [inaudible] that person, now [indiscernible] 80 -- 90-something. Wow.
(Conversation in Vietnamese is not transcribed.)
**DAVID DUONG:** No, but -- but it's -- it's just this -- it's only this year. It's -- they are raising only $50,000 -- $50,000 [indiscernible] with the, you know, 52-week loan [phonetic] is 148.
**UNIDENTIFIABLE MALE VOICE:** [Speaking Vietnamese].
**DAVID DUONG:** [Indiscernible] governor.
**UNIDENTIFIABLE MALE VOICE:** [Speaking Vietnamese].
**DAVID DUONG:** Okay. Wow. [Inaudible].
**UNIDENTIFIABLE MALE VOICE:** [Speaking Vietnamese] Recycling Waste Management [speaking Vietnamese].
**DAVID DUONG:** Okay. So how --
**MARIO JUAREZ:** Okay.
**DAVID DUONG:** So we're waiting for Kris?
Victor. Is Victor online?

**UNIDENTIFIABLE MALE VOICE:** Huh?
**DAVID DUONG:** [Speaking Vietnamese].
**UNIDENTIFIABLE MALE VOICE:** Andy [speaking Vietnamese].
(Conversation in Vietnamese is not transcribed.)
**MARIO JUAREZ:** [Speaking Spanish].
(Conversation in Vietnamese is not transcribed.)
**UNIDENTIFIABLE MALE VOICE:** [Indiscernible].
**CECILIA MENDEZ:** Yeah.
**UNIDENTIFIABLE MALE VOICE:** [Inaudible].
**CECILIA MENDEZ:** It's good.
**UNIDENTIFIABLE MALE VOICE:** [Indiscernible].
(Conversation in Spanish between Mario Juarez and Cecilia Mendez is not transcribed.)
(Conversation in Vietnamese is not transcribed.)
**DAVID DUONG:** Oh, last try.
[Indiscernible] so -- so [speaking Vietnamese].
(Conversation in Vietnamese is not transcribed.)
////
////



(Conversation in Spanish between Mario Juarez and Cecilia Mendez is not transcribed.)
**DAVID DUONG:** Oh, got a real timer [phonetic]?
**UNIDENTIFIABLE MALE VOICE:** Uh-huh.
**DAVID DUONG:** Oh.
[Speaking Vietnamese]. It's already closed.
**UNIDENTIFIABLE MALE VOICE:** [Speaking Vietnamese].
**DAVID DUONG:** Really? Oh.
**UNIDENTIFIABLE MALE VOICE:** [Speaking Vietnamese].
**DAVID DUONG:** Oh. Yeah, it [inaudible].
(Conversation in Vietnamese is not transcribed.)
**DAVID DUONG:** They -- they -- it's 2:00 over here. [Indiscernible] 5:00 over [phonetic] New York time.
**UNIDENTIFIABLE MALE VOICE:** [Speaking Vietnamese].
**DAVID DUONG:** Oh, really? Oh.
(Conversation in Spanish between Mario Juarez and Cecilia Mendez is not transcribed.)
**UNIDENTIFIABLE MALE VOICE:** Oh, okay.
(Conversation in Vietnamese is not transcribed.)
**CECILIA MENDEZ:** Hi, Kristina.
**KRISTINA DUONG:** Hi.



(Conversation in Vietnamese is not transcribed.)
**KRISTINA DUONG:** Robin Hood.
**UNIDENTIFIABLE MALE VOICE:** Robin Hood?
**KRISTINA DUONG:** [Speaking Vietnamese].
**MARIO JUAREZ:** You're going to get hooked on that. It's addicting. And I got addicted, and I --
**DAVID DUONG:** Yeah.
**KRISTINA DUONG:** [Overlapping].
**MARIO JUAREZ:** It's very addicting.
**KRISTINA DUONG:** Okay. I think [inaudible].
**DAVID DUONG:** No, you know what?
**MARIO JUAREZ:** It's addicting.
Like, you -- you don't get addicted to it? That's like a game.
**HENRY VO:** No, he -- he don't use. That -- that from investor that company.
**MARIO JUAREZ:** Oh, you invested in Robin Hood as an investor of Robin Hood.
**DAVID DUONG:** Yeah.
**MARIO JUAREZ:** Oh, that makes sense.
**CECILIA MENDEZ:** This was mine.
**KRISTINA DUONG:** Yeah, where's mine?
**DAVID DUONG:** Not on the --
**HENRY VO:** Oh, so -- so -- so -- so that why -- that



why that platform is they will [indiscernible]. Even he say -- he say addicted to --
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** [Indiscernible].
**HENRY VO:** -- to that platform.
**MARIO JUAREZ:** It's very --
**KRISTINA DUONG:** You know what? Usually -- usually, you win once, then you get addicted, and you're completely --
**MARIO JUAREZ:** Yeah, it's like -- it's like gambling. It feels -- it feels like -- like a game. It doesn't feel like --
**UNIDENTIFIABLE MALE VOICE:** Yeah, yeah.
**MARIO JUAREZ:** -- real money. It feels like it's a game. That's the only -- that's the best explanation that I can tell you.
**DAVID DUONG:** And it's a gambling game?
**MARIO JUAREZ:** Yeah, it's like [overlapping] --
**HENRY VO:** No, because, like, the -- the app, it's easy to use. You see like red color, blue. It's look like a kid -- a young kid -- like the thing, it's like game.
**MARIO JUAREZ:** It feels like a game.
**UNIDENTIFIABLE MALE VOICE:** [Indiscernible].
**MARIO JUAREZ:** It doesn't feel like you're trading stock. It doesn't --

Page 9

**DAVID DUONG:** Oh.
**MARIO JUAREZ:** It doesn't work -- your brain is telling you -- it's like when -- you know when you go to the -- to the casino -- right? -- and you pull the lever and you see all the colors and the noises, Robin Hood does that.
**HENRY VO:** The same.
**DAVID DUONG:** Oh.
**KRISTINA DUONG:** No. No, but he's actually buying Robin Hood stock.
**MARIO JUAREZ:** No, that, I understand.
**KRISTINA DUONG:** Yeah, but not the other one.
**MARIO JUAREZ:** But not --
**KRISTINA DUONG:** Not the options.
**MARIO JUAREZ:** But if you start using it, it's very addicting.
**DAVID DUONG:** No, I don't want that.
**HENRY VO:** It's -- it's -- it's -- it's --
**MARIO JUAREZ:** So --
**HENRY VO:** He -- it's [inaudible] potential and he will put more, buy -- buy more.
**KRISTINA DUONG:** Huh?
(Conversation in Vietnamese is not transcribed.)
**KRISTINA DUONG:** No, I mean, he believes in it because he

Page 10

invested. So it's whether you --
**DAVID DUONG:** Oh.
**KRISTINA DUONG:** Right?
**UNIDENTIFIABLE MALE VOICE:** Yeah.
**KRISTINA DUONG:** [Speaking Vietnamese].
**HENRY VO:** Because, like [speaking Vietnamese].
(Conversation in Vietnamese is not transcribed.)
**DAVID DUONG:** Oh, [indiscernible]. Last -- last time I saw it, it was only, like, 48 or 60 [phonetic].
(Conversation in Spanish between Mario Juarez and Cecilia Mendez is not transcribed.)
**HENRY VO:** Huh-uh.
**UNIDENTIFIABLE MALE VOICE:** No?
**HENRY VO:** This is one, two, and three.
(Conversation in Vietnamese is not transcribed.)
**MARIO JUAREZ:** He's going to do a video?
(Simultaneous conversations are inaudible and/or indiscernible and not transcribed.)
**HENRY VO:** But we need Andy?
**MARIO JUAREZ:** Is Victor on video or on the phone? [Inaudible] Victor.

Page 11

**KRISTINA DUONG:** No inside trading. Okay?
**HENRY VO:** No.
(Conversation in Vietnamese is not transcribed.)
**KRISTINA DUONG:** Andy's not coming?
**MARIO JUAREZ:** Uh-huh.
**KRISTINA DUONG:** He's not back?
**MARIO JUAREZ:** He's on the way. He -- he shouldn't be more than five minutes, or less.
**DAVID DUONG:** I see.
**MICHAEL DUONG:** He's on his way.
**MARIO JUAREZ:** Yeah.
**UNIDENTIFIABLE MALE VOICE:** [Speaking Vietnamese].
**KRISTINA DUONG:** I like your highlights.
**CECILIA MENDEZ:** Oh, thank you.
**KRISTINA DUONG:** It's so pretty.
**CECILIA MENDEZ:** Yeah, I'm going to redo -- do them again next month.
(Simultaneous conversations are inaudible and/or indiscernible and not transcribed.)
**KRISTINA DUONG:** So I haven't been paying attention [overlapping]. Like, all this time, I haven't --
**CECILIA MENDEZ:** Yeah.
**KRISTINA DUONG:** Yeah, it looks very nice.

Page 12

**CECILIA MENDEZ:** Thank you. Yeah, thank you.
**MARIO JUAREZ:** Do you like my highlights?
**KRISTINA DUONG:** [Overlapping].
**MARIO JUAREZ:** Do you like my highlighting?
**CECILIA MENDEZ:** Almost like mine.
**KRISTINA DUONG:** Hopefully, you're able to do that in the next couple years, though.
No, use the camera.
You know what happened? [Unintelligible].
**UNIDENTIFIABLE MALE VOICE:** Yeah.
**MARIO JUAREZ:** Do you know when -- when [overlapping] out of here --
**CECILIA MENDEZ:** [Indiscernible].
**KRISTINA DUONG:** And the cut too.
**MARIO JUAREZ:** No, you -- you do this. You let it grow [inaudible] like that. You comb it. You let this go to the side, and then you comb it this way.
**KRISTINA DUONG:** You like the -- I like [inaudible].
**CECILIA MENDEZ:** Oh, thank you.
**KRISTINA DUONG:** [Inaudible] bleach my hair. And I bleached it once, and it damaged [inaudible].
**UNIDENTIFIABLE FEMALE VOICE:** It damaged all, yeah.
**MARIO JUAREZ:** It does. That's what I was going to say, doesn't it damage your hair when you start doing that all the time?

**KRISTINA DUONG:** It doesn't look like it's damaged, though. She has healthy hair.

**CECILIA MENDEZ:** Because I -- they -- they only do it on the top. They don't do it on the bottom, just -- just the top, yeah. But it gets damaged.

**KRISTINA DUONG:** [Indiscernible] said this to have hair like this, especially when you have white --

**CECILIA MENDEZ:** Mm.

**KRISTINA DUONG:** -- they can't [inaudible].

**CECILIA MENDEZ:** I [inaudible] white hair.

Julie wants to know if we need anything [inaudible].

**MARIO JUAREZ:** Uh-huh.

**CECILIA MENDEZ:** No?

**MARIO JUAREZ:** At least I'm going to start with good news today, so . . .

**KRISTINA DUONG:** Huh?

**MARIO JUAREZ:** [Overlapping].

**KRISTINA DUONG:** Huh?

**MARIO JUAREZ:** We'll start with good news.

**KRISTINA DUONG:** Everything is good.

**MARIO JUAREZ:** Can you read this? Because I'm going to discuss it, and I only have one copy. There are 12 items in there.

**HENRY VO:** Yeah.



**KRISTINA DUONG:** There are 12 items, and you want me to read all 12. No, you might as well just walk us through.

**UNIDENTIFIABLE MALE VOICE:** Yes.

**KRISTINA DUONG:** Huh?

This is the permit stuff?

**MARIO JUAREZ:** Uh-huh.

**HENRY VO:** No, they're -- yeah, this either the -- the agency. They send the [indiscernible]. This is the 12 items that we need to update.

**UNIDENTIFIABLE FEMALE VOICE:** Mm.

**KRISTINA DUONG:** Okay.

**MARIO JUAREZ:** So should we start or wait for Andy?

**KRISTINA DUONG:** We're getting permit this week?

**MARIO JUAREZ:** I think so.

**KRISTINA DUONG:** Yeah?

**MARIO JUAREZ:** Yeah, hopefully.

So I'll walk him through it.

**MICHAEL DUONG:** You want to go and start?

**MARIO JUAREZ:** Okay.

So why don't I start with good news.

So I went to visit Indiana, with NTA and ICC -- ICC NTA and -- so to move this forward and our issue of permits. So I want to give you the good news that our facility permit has been granted, pending, of course, the issuance of the -- of the design permits. It was a



good-day meeting that we spent with them, with -- I spent the whole day in Indiana with them. I met with the -- the whole engineering team that they have, reviewing our process. And they said that most people, when they submit -- when they submit for modular, they -- they have about a 84 to 112 issues to resolve. We came up with 12 issues to resolve, for example, mislabeling or using one thing or not the other.

We also were able to talk about the specialized engineering that we needed for the unit and then minimizing engineering so we don't need like an electrical engineer, we don't need a plumbing engineer, we only need structural engineer, and we need this Title 24 engineer. So, basically, we were granted with 12 items to revise. If we clear these 12 items, which some are included, for example, labeling a door from a slide door to an open/close door, that's -- that's an issue. So you clear that, it deletes it.

The two -- the two biggest items out of all the permits -- we -- we've been working with Michael and also with Henry throughout this week in trying -- because I approached Michael with the need for a structural engineer solution. We need a structural engineer to stamp our plans and to agree to our -- basically, our structural proposal that we have in our drawings.



**DAVID DUONG:** Hmm.

**MARIO JUAREZ:** And so that -- and then that -- that -- that engineering, we have received several proposals, and we brought several items.

One of the things that I told -- that I told Michael when we were meeting -- Kristina was here as well last meeting -- you were not here, David, and we missed you from that meeting -- was the -- the strategy that perhaps we needed to do and follow to the -- to the structural engineer designs at the same time by getting their complex analysis and -- done, not 1, because permit is the most pressing issue. And money on that is going to range. And I -- I gave a quote last time from 2,500 to $15,000 to retain that -- that engineering group.

**DAVID DUONG:** Mm.

**MARIO JUAREZ:** And I said that's how much it will cost us. And I said, And, frankly, if $15,000 is -- will get us to the finish line, then we should maybe do two because one engineer might ask you to move a beam, to move something, to add a -- a piece to your design that may cost you money during construction; some might just say, This looks good enough. We believe that we're good enough.

We have done a lot of the engineering ourselves. So we pursued several options, not just one option.

Page 17

**DAVID DUONG:** And this is structural engineer to review our design, right?
**MARIO JUAREZ:** That's right, and -- and to do -- and so some engineers may do it from scratch --
**DAVID DUONG:** Mm.
**MARIO JUAREZ:** -- where they would design everything from scratch. Some may just review our design and then get us the -- the solutions to the small items if we have -- we missed anything. But, you know, it's time and hours. So we have two proposals that we came -- that we came.
We also met with another structural engineer that has worked with you and the family before, Mr. Do [phonetic] --
**UNIDENTIFIABLE MALE VOICE:** Don [phonetic].
**MARIO JUAREZ:** -- Don [phonetic], out of -- out of Milpitas. But he is not a structural engineer. He is a architect.
**DAVID DUONG:** [Inaudible].
**MARIO JUAREZ:** And then -- but he claims to have in-house a structural engineer. So we sent to him on Thursday and again today --
**CECILIA MENDEZ:** And yesterday. Yesterday, I sent him, again, the drawings.
**MARIO JUAREZ:** Uh-huh.

Page 18

**CECILIA MENDEZ:** And then I sent him a text --
**DAVID DUONG:** Why -- why --
**CECILIA MENDEZ:** -- but he didn't reply.
**DAVID DUONG:** We have anyone from Kevin?
**KRISTINA DUONG:** Kevin Wai [phonetic].
**DAVID DUONG:** Kevin Wai?
**MICHAEL DUONG:** No, [inaudible] Kevin.
**DAVID DUONG:** How did we get Don?
**MICHAEL DUONG:** Just to see -- get some information and the quote, because Mario come with one quote for 2,500.
**MARIO JUAREZ:** Uh-huh, 2,500 to 5.000. And the other quote was 10,000 to 12,000.
**DAVID DUONG:** [Inaudible].
**MARIO JUAREZ:** So we -- but before that, before even those meetings, I -- I had already had a meeting with the -- with Kristina and -- and Michael, and we had said, you know, I think it's going to come in between 2,500 and 15,000. And so I -- I said during that meeting, I said, I think our best approach to get it done sooner, like getting it done this week -- we -- we were hopeful that we would get the approval for the -- for the -- for the money last week and we would have had the permits on Friday. We -- we -- we really believed that the structural engineer would have finished by Friday and we would have had this all cleared by Friday, which is a major issue.

Page 19

Once we -- we pay that, I think we're done.
**DAVID DUONG:** So we -- we have Don Do review it, or what -- what do we have?
**KRISTINA DUONG:** No, Don Do is going to propose --
**UNIDENTIFIABLE MALE VOICE:** Proposals. We're just trying to quote.
**KRISTINA DUONG:** -- like -- like [overlapping] --
**MARIO JUAREZ:** But we already -- we already submitted to two other structural engineers --
**DAVID DUONG:** Uh-huh.
**MARIO JUAREZ:** -- because we need to move fast -- right? -- for the permit, finalize the permit --
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** -- which is twelve thousand, one --; and the other one is 2,500 to 5,000.
**DAVID DUONG:** Did we --
Yeah. Okay. Did we send it to Kevin Wai [inaudible]?
**MICHAEL DUONG:** No.
**DAVID DUONG:** Why don't we send to Kevin Wai, because Kevin Wai moves fast and he's been working with us for a month, you know, a few other projects, so --
**UNIDENTIFIABLE MALE VOICE:** Yeah.
**DAVID DUONG:** -- we -- we can leverage him by, you know, [inaudible].

Page 20

**MARIO JUAREZ:** I think that your strategy is good, David, that you can use whoever comes in first -- right? -- and with the least amount of resistance, because that -- that is basically the biggest hurdle out of the 12 items that you have here.
These are the 12 items --
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** -- that NTA brought in. And these are your copies. And I wanted -- and I'm going to leave them with you. I didn't want to make copies for everybody because everybody had seen them before. But it would show you some of the things, for example, how easy they are. This item is -- is clear. Like, on this one, Item Number 4, You marked a door slide. It's not a slide door.
**DAVID DUONG:** Uh-huh.
**MARIO JUAREZ:** Okay. So that's an item, right?
And, see, but most of it has to do with structural engineering. And, basically, we have done a structural analysis already on our own facility. And we also did the structural engineering. So we believe it to be okay. But in case we have a -- a conflict with the vision of a structural engineer, we have a -- a second engineer that we do. That's why I say let's use a strategy of two engineers because if I don't work well with one, I can work with the other engineer and I'm not

Page 21

stuck with one engineer.
**UNIDENTIFIABLE MALE VOICE:** Right.
**MARIO JUAREZ:** So that's basically the idea. And I said let's just go ahead and -- and balance ourselves, to think that this engineering solution is going to cost any- -- anywhere between $2,500 and $15,000, and maybe when David comes back, we'll give him the good news of the permit is being done.
**DAVID DUONG:** Yeah.
**MARIO JUAREZ:** But, basically, this is -- this is your permit. That's -- it's you finish these 12 items, you're done.
**CECILIA MENDEZ:** And do you want to mention that one of those items also includes the order to import?
**MARIO JUAREZ:** Yeah.
So the second engineering that you're required in order to do in California is called Title 24. And I know you have heard this before.
And Title 24 basically denotes that we have different zonings in the state of California that affects our -- the energy-efficiency of any building that we make, that we construct. So we can get away with doing one, and that will be good enough for the permit. But, basically, we retained -- I already paid for one company because they were only charging me $199. So I had $199 on my credit

Page 22

card, and I said do the one for Oakland --
**CECILIA MENDEZ:** Uh-huh.
**MARIO JUAREZ:** -- for the region that covers Oakland. But there's also another 15 regions. There is a total of 16 regions that we can do the analysis as to the energy-efficiency. So I said, Well, I'm going to come to the board because I would like to have all of the regions done for $199. That's a very cheap price, because when you talk to some of the other architects, like, the architect, he says, Oh, yeah, someone else can do it cheaper.
They normally charge anywhere between $1,200 and $2,500 per building -- excuse me --
**CECILIA MENDEZ:** For [inaudible].
**MARIO JUAREZ:** -- and -- and -- and for zone. But I think that it would -- it would look good if we, as part of our permit, we say, Look, all of our Title 24 [indiscernible] for the whole state of California. And it's $199 per region, which is we're not going to find any engineer to do it cheaper than that.
**DAVID DUONG:** Uh-huh.
**MARIO JUAREZ:** So two -- two expenditures that I am asking today is the $15,000 for the structural and $3,200 for the Title 24.
Title 24 is pretty fast. He finished, mostly,

Page 23

in 24 hours every report. This is depending on the engineer, but we have one engineer that is based out of L.A., and we have his proposal. And I have the proposal from . . .
**HENRY VO:** So the 15,000 is the one-time --
**MARIO JUAREZ:** Is -- is among all the engineers that we would retain. So the guys, to retain two, three --
**HENRY VO:** But -- but -- but what I mean that it's -- it's the one-time fee or -- or [overlapping] --
**MARIO JUAREZ:** No, it's a one-time fee. No, it's a one-time fee.
**HENRY VO:** Yeah.
**MARIO JUAREZ:** Just to review our work. This is not even to do any work.
So one, two, or three engineers for $15,000, which is the strategy that we -- that I discussed the last time. I said, Let's go ahead and divvy up the -- the pie, so that way see who's faster, because if we get it in a week, we're done. And so that -- that means that the permit is done.
So that letter that Cindy Chavez wanted, David, is no longer a letter saying, Your house will qualify. You will have a letter saying, You have a family -- a single-family residence approved. You have a house that last 60 years. It will say that. It will not say we are

Page 24

subject to reviewing a house to do that. It will say, Your house qualifies for Title 24 under all of the regions in California.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** So that was the idea that I had. I said, Why do I want -- when I went there, I said, Okay. I'm going to get the letter -- right? -- for Cindy.
But instead of doing that, if we move fast, we can get the letter and give that letter to the proposal, Cindy. That letter is strong because it's the approval.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** And it says everything that you want it to say, single-family residence. And you can see that we are not without -- without -- without the finish line. You're talking about days now. Obviously, it's a big -- big expenditure, but I think that that was a strategy -- I think it's a good strategy -- it's a sound strategy -- to move the ball forward. The $3,200 is minimal, but it will have -- we can get away with one or two regions, but it would also be bragging rights for the company to say that we have all of the regions covered.
The regions that I want -- for example, the region that I bought is the Oakland region that fringes into Fremont. There is a region for -- for Santa Clara. So it would look bad if we don't have Santa Clara, when

we're selling Santa Clara, for example, right? And the worst regions, the most toughest regions to get Title 24 is Region 14, 15, and 16, which is Palmdale, Desert Oaks, and some other area in the south, in -- in the desert, to get 24. But I want to do all 16 regions. It would be -- it's not a -- it's not a large amount of money --

**DAVID DUONG:** Okay.

**MARIO JUAREZ:** -- to get -- to get -- to basically submitted with our permit.

Remember, if later we come back and we add a region, we have to pay NTA ICC [verbatim] to review our permit again.

**DAVID DUONG:** So instead of one, you know, we get the one [indiscernible], we just get the whole thing?

**MARIO JUAREZ:** The whole package.

**DAVID DUONG:** Okay. 3,200?

**MARIO JUAREZ:** Yeah.

**DAVID DUONG:** Okay.

**MARIO JUAREZ:** And this is cheap. It's $199 because that's all they do. This engineering company, all they do is Title 24s. They don't do any other -- other -- other -- other type of engineering. They don't -- they do NEPs, but we -- our NEP was waived.

**DAVID DUONG:** Okay.

**MARIO JUAREZ:** So NTA, they said, No, your -- your



M -- MP -- MPT [phonetic] is all done. Your mechanical engineering is -- is qualified. Your electrical engineer is qualified. Everything else, they like.

So they didn't -- they didn't want -- they only want two type of engineering. They only wanted the structural and the Title 24, which is they call this the -- the environmental engineer.

**DAVID DUONG:** Okay.

**MARIO JUAREZ:** Title 24 is environmental, so -- basically, that's the good news that we wanted to give you.

**DAVID DUONG:** Okay.

**MARIO JUAREZ:** And we think that we can get this done by Friday.

**DAVID DUONG:** Everything?

**MARIO JUAREZ:** Everything.

**KRISTINA DUONG:** This -- and this --

**CECILIA MENDEZ:** [Unintelligible].

**KRISTINA DUONG:** This is different than what Don is going to propose, right? That's different?

**MARIO JUAREZ:** It -- yeah, so with Don, we send him the drawings of --

**KRISTINA DUONG:** That's for design, right?

**MARIO JUAREZ:** One of the -- remember one of the discussions that we had, people were asking me why are



engineers so vastly different? Why is one 2,500, is because some guys they -- they are of the view engineers may say, Oh, I want to start this -- from scratch, right? And some engineers are, I'm just going to review your work; or some engineers are like, I'm going to give you what you want, but it's going to cost you.

**UNIDENTIFIABLE MALE VOICE:** Uh-huh.

**MARIO JUAREZ:** -- because it's their stamp -- right? -- that is valued.

So the "Don" idea was to try to see if we can get a better value.

**UNIDENTIFIABLE MALE VOICE:** Uh-huh.

**MARIO JUAREZ:** But one of the -- one of the issues with getting better value is that not only do we need a better value but we need it fast.

**DAVID DUONG:** Yeah, uh-huh.

**MARIO JUAREZ:** We wanted to do it right away because we wanted to finish the permit by this week. So that letter -- so we can get the letter from HCD, saying that we got -- not only you're -- you're going to get the letter for the -- for the -- for the unit design but for the facility, David. So I'm very proud of the work because, fuck, I'm almost crying, just getting -- getting -- getting to this point -- right? -- which is not getting -- it's getting to no point because it's still --



**KRISTINA DUONG:** I -- okay. So I just want to understand that is that the same engineering work that we're asking Don.

**MARIO JUAREZ:** Yes.

**KRISTINA DUONG:** Okay. Because David just said let's get another guy to propose.

So we're talking about the exact same thing, right?

**MARIO JUAREZ:** Yeah.

**KRISTINA DUONG:** We're not talking about different [overlapping].

**MARIO JUAREZ:** No.

**KRISTINA DUONG:** Okay.

**MARIO JUAREZ:** But -- but using different engineers, in my opinion, the way that I have used it in the past as a strategy -- and we discussed it with Michael -- what -- what that would get us is basically a race to see who finishes. And if I'm stuck with one engineer because he say, Oh, do a 40-foot-span beam and it cost $10,000 a beam and I don't have any other solution and this guy is just stuck with that idea, then I have to go with another engineer; I have to start all over with someone else. So that's also why you may use two different engineers, to speed up the work, and then divvy up the pie.

**MICHAEL DUONG:** So what Mario said, that -- that amount is

for two engineers, structural engineers.
**MARIO JUAREZ:** Right now, uh-huh.
**UNIDENTIFIABLE MALE VOICE:** Uh-huh.
**HENRY VO:** So -- so because that, yeah, that -- that amount is maybe from -- from two to three because that is total amount, that up to because, like, the [indiscernible], that, like -- like -- like, discuss is maybe around from 2,000, 3,000, depend. And right now he's trying to work with, like, different type engineer from two or three --
**MARIO JUAREZ:** To finish fast.
**HENRY VO:** -- that maximum is 15 now.
**MARIO JUAREZ:** Up to 15,000.
**HENRY VO:** Up to, yeah.
**MARIO JUAREZ:** I didn't say --
Yeah, I -- I -- I -- this is very reasonable to finish with or two or three engineers.
**DAVID DUONG:** Yeah, because, earlier, when we were [indiscernible] I hear that 2,500 and all that. And, suddenly, I see on the board 15,000 --
**UNIDENTIFIABLE MALE VOICE:** Uh-huh.
**DAVID DUONG:** -- I said, How does this work?
Okay. Now you just projected --
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** -- that up to 15,000 --



**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** -- that's including everything we get. But, you know, the [inaudible] can be [overlapping].
**MARIO JUAREZ:** It -- it won't be -- it won't be over that. And I think that that's what -- what I --
And thank you, Henry, for clarifying that in such a way that -- that is clear now, right?
But I think -- I said, Well, I think that we need to put a set amount, work with that amount, get -- get it done because what's important to the company, to Evolutionary Home, is to get the permit and the letter saying that we're approved.
**DAVID DUONG:** So -- so let me ask. So, okay, what is that getting us if you say this is done, we'll get us the approval for the unit --
**MARIO JUAREZ:** For the design.
**DAVID DUONG:** -- and also for the facility.
**MARIO JUAREZ:** The facility is already done.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** In fact, we have -- but they cannot issue you that permit until this design is done.
**DAVID DUONG:** I see. Okay.
**MARIO JUAREZ:** So the facility is done. They --
**DAVID DUONG:** [Overlapping].
**MARIO JUAREZ:** They already gave me a map. They



said, You have a permit for a facility in Mexico, where you have it, right?
**DAVID DUONG:** Right.
**MARIO JUAREZ:** And it says, This is what you have to construct. And so we would do -- we would follow that.
**DAVID DUONG:** Oh, okay.
**MARIO JUAREZ:** And you -- you construct that, but that's later. You don't have to do it. You're already permitted.
**DAVID DUONG:** Right.
**MARIO JUAREZ:** And so that's easy.
**DAVID DUONG:** [Overlapping] after this done, what's happen?
**MARIO JUAREZ:** You can go and build homes.
**DAVID DUONG:** No. Then they go to certify you? How do you prove --
**MARIO JUAREZ:** No, no, it's done. It's done.
**DAVID DUONG:** How -- how would you prove to Cindy that --
**MARIO JUAREZ:** They will give you a letter. They will give you a permit letter.
**DAVID DUONG:** Okay. That's what I asked.
**MARIO JUAREZ:** Uh-huh. I'm sorry.
**DAVID DUONG:** [Indiscernible] we need something --
**MARIO JUAREZ:** Yeah, that letter. But that letter is



no longer the letter that Cindy wanted that, Ah, this house will last -- no, the letter is going to be the full approval of a single-family residence --
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** -- under the California building code.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** And then it will say what building code you used that makes the building code [phonetic] last -- and I will point out the building code number in there that -- last 60 years and all of those things will come in there.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** And, you know, there's a lot -- there's things that I learned, also, when I went with the engineers. For example, our setbacks are not four feet, they're three feet because we have fire sprinkle [verbatim]. So their separation is three feet instead of four feet. So we also saved on that.
So they were -- they're -- the people there were very pleasant. They want to make the money on the inspections. They want us to get to that point where they're inspecting every day because that's how they make real money.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** Remember, having an inspector every

day in our facility is about half a million dollars.
**DAVID DUONG:** Uh-huh.
**MARIO JUAREZ:** And that's -- and half of that is their profit. And that's every day -- every day, every year, right?
**DAVID DUONG:** Okay.
**HENRY VO:** Yeah, so -- so the letter, it say that, like, we -- if we [indiscernible] a -- a location, manufacture, it's like the design, it has its function and how the product is -- is correct, that design follow on the guide and everything.
And, yeah, so I talk -- I asked Mario that, like, so with that facility, we can -- if we can, want to expand our location for manufacturer, if we want to move that to another place and if follow that guide -- guided, that permit still appliable [phonetic].
**MARIO JUAREZ:** Your design permit applies to any facility that you permit.
**HENRY VO:** Yes.
**MARIO JUAREZ:** But they will have to review the permit to make sure the facility can be -- the -- the design can be manufactured somewhere else.
**DAVID DUONG:** Okay.
**HENRY VO:** So -- so after -- after everything we have this, we have the letter, we put on the promotional for



[indiscernible], after they review, we set appointment for the team --
**MARIO JUAREZ:** Uh-huh.
**HENRY VO:** -- to come in here to present with her team again to make [inaudible] her team confident in our project. And then we discuss about a condition on the contract, right? And -- and then we discuss about like make sure that condition on the contract match with the timeline of investment. We start like -- like -- like -- like, advance money to invest in the --
**UNIDENTIFIABLE MALE VOICE:** Uh-huh.
**HENRY VO:** -- manufacture in Mexico.
**UNIDENTIFIABLE MALE VOICE:** Uh-huh.
**MARIO JUAREZ:** I -- I -- have you read the -- the lawyer's purchase agreement?
**HENRY VO:** No, I --
**MARIO JUAREZ:** The one that was made and --
Can you send it to Henry --
**HENRY VO:** I don't have.
**MARIO JUAREZ:** -- so he can read it.
**CECILIA MENDEZ:** Uh-huh.
**MARIO JUAREZ:** So you can see our template.
We -- so the board approved for our expenditure.
And, Kristina, you saw that I -- that I got the claim -- right? -- with our counsel for $218 and they said



that they will reimburse you?
**KRISTINA DUONG:** They did.
**MARIO JUAREZ:** They did already? Okay. Good.
So the board approved $3,000 for an attorney. And so we fired the initial attorney because she didn't comply with the things that I wanted. And then I went and hired, for the same amount, a different attorney. And then we got the paperwork done for our terms and conditions so we can do contract subject to all of those things, subject to the permit, it's subject to -- by the time it's permitted, because, remember, the units are not permitted until they're inspected. So that's the permit that really matters, per unit. You have a design permit; and you have a facility permit, which is a big deal. You are only one of 197 permitted facilities in the world for modular homes in California. So that's a big, big deal. You're already -- you have this design.
And if we design another type of facility, then -- or another type of unit, then we have to get another permit, like, if we move the bedroom or we move something else. But --
**DAVID DUONG:** So this is the permit for the both, you know, unit that we have or just one? Two-bed or one?
**MARIO JUAREZ:** It's going to be a one-bedroom/one-bath home.



**DAVID DUONG:** Okay.
**MARIO JUAREZ:** Our units downstairs don't qualify because we needed to move --
**DAVID DUONG:** I know that.
**MARIO JUAREZ:** -- one of the [overlapping].
**DAVID DUONG:** But then if you have double bed and -- and single bed, is that permit for one of those or this is for --
**MARIO JUAREZ:** The -- the -- the furniture, believe it or not, is not part of the permit. It's a furnishing.
**DAVID DUONG:** Okay. So this is for single-family.
**MARIO JUAREZ:** Yeah, single-family residence, one bedroom, one bath, kitchen, and a living room.
**KRISTINA DUONG:** Whether you have one bed or bunkbed --
**MARIO JUAREZ:** Uh-huh.
**KRISTINA DUONG:** -- it doesn't matter.
**MARIO JUAREZ:** It don't matter.
**KRISTINA DUONG:** It's a bedroom [overlapping].
**MARIO JUAREZ:** But -- hold on, hold on, hold on.
**DAVID DUONG:** [Overlapping].
Okay. Okay.
**MARIO JUAREZ:** Better, but it does have something very -- very special in our permit, because we designed it and we asked for it: Four-person permit for the house. That house is permitted for four. And most one

bedroom/one bath are only permitted for two.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** This is a very, very big thing on our design and our integration, so I'm glad that you pointed that out on whether or not --
**KRISTINA DUONG:** For four, huh?
**MARIO JUAREZ:** Yeah, for four people. It's a big deal.
**KRISTINA DUONG:** For California?
**MARIO JUAREZ:** For California.
**KRISTINA DUONG:** Because of the couch outside?
**MARIO JUAREZ:** Because of the couch, because of the bunkbed, because of the -- the queen-size bed.
**KRISTINA DUONG:** Because I was about to say, is it because of the bathroom? No, couch.
**MARIO JUAREZ:** No, not the [indiscernible]. Because it has the bunkbed and because it has the --
**KRISTINA DUONG:** Oh.
**MARIO JUAREZ:** -- the sofa bed.
It's basically -- when we started the company and when we started the design of the -- of the unit, we made some very correct decisions that were very hard to get done. But back two years, when we started this process, we made some very tough decisions that were made that were not part of the board's decision, they were part



of the design team that said, Okay. We're going to go this way, and we're going to build it this way. And -- and -- and those decisions are paying off today because your product is a product that no one else has.
And I know that people will say, Oh, they're building ADUs. We're not building fucking ADUs. Oh, they're putting fire sprinklers. Yeah, on-site and after six months of permits. Okay? Our units are sprinkled, they're single-family residence, they're made out of steel. The product is a unique product, and -- and I'm proud of what we have accomplished as a team.
**DAVID DUONG:** The permit is issued to who?
**MARIO JUAREZ:** To Evolutionary Homes --
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** -- LLC of California.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** Even the facility permit is issued to California -- Evolutionary Home, the way that I did it.
**DAVID DUONG:** Okay. Now let's [indiscernible] on the permit.
Have you guys scheduled for Cindy and staff coming down and look?
**MARIO JUAREZ:** No, but I wanted to talk to you about something that I -- that I think is important, David.
So one of the concerns -- by the way, this is



one of the structural engineers who made a proposal.
David, you know that the City of Oakland made an emergency ordinance passing and giving money, right? And the city administrator said, Listen, we have to go to bid. But you know that you -- that we have friends in the city attorney's office who -- who said, Listen, that's bullshit that you have to go to bid on those emergency powers [phonetic].
I'm going to give you two contracts that prove -- two contracts that they did under the emergency ordinance that we passed that proves that they don't go to bid.
**DAVID DUONG:** No, I agree. But if they decide that they want to go to bid because they -- whatever reason, they think that maybe how our units is high --
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** -- they want to go out for bidding, and whatever, you know -- or maybe because they don't want, you know, the public to look at it to say that, Oh, our business connect with their friend and they buy without, you know, bidding process. Maybe that's why they want to go to, you know, bidding process.
**MARIO JUAREZ:** Yeah, I know.
**DAVID DUONG:** [Overlapping].
**MARIO JUAREZ:** I think we have a lot of -- a lot of



differentiators -- that's the word -- to put in the bid the steel construction no one in the marketplace. Okay? Deliver times, our factory can do it.
**DAVID DUONG:** Wait, this is not you trying to tell me --
**MARIO JUAREZ:** No, no, I'm just trying to --
**DAVID DUONG:** -- but the bidding process maybe that is what they want to put out --
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** -- for bidding. And then we say, Well, yeah, you know, people can, you know, bid for lower. But then, you know, what is different from our unit to their --
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** -- and all those. Maybe that's what they wanted so they can compare; they still buy from us.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** But at least that they have something to say to the public, if anyone dig into it, they say, Look, this is comparison.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** That's what -- you know, maybe that's what they want to go on. So don't push if they say we have to go for bidding process. Yes, I understand that we have the right to not to go into the bidding process,

but we decide to do.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** Then you can push for.
**MARIO JUAREZ:** I'll -- I'll get my -- my direction from you on regards to this issue because I depend on my chairman for sales and strategy with government relationships.
**DAVID DUONG:** Well, people don't buy from you, what you're going to do?
**MARIO JUAREZ:** That's what I'm saying, so --
**DAVID DUONG:** If you have to go into bidding, you have to go into bidding.
**MARIO JUAREZ:** Yeah, you're right.
**DAVID DUONG:** So -- okay.
**MARIO JUAREZ:** And so -- but that's what I'm saying.
**DAVID DUONG:** So --
**MARIO JUAREZ:** I follow directions from -- from -- from the board and from the chairman as to his pleasure of how he wish to proceed.
My technical advice is I needed to make sure that we get permits, I need to make sure that we have a facility to do this and the facility is able to build this on time, because that's actually a concern, right? So I have to make sure that it gets built on quality, on time, precise work. And all of those things are -- are part of



the equation. It's not just one side, right? It has to be -- it has to be done correctly. And so -- and for -- for good cause.
Hey, brother. What's going on?
**ANDY DUONG:** Hi, [inaudible].
**UNIDENTIFIABLE MALE VOICE:** So -- okay.
**MARIO JUAREZ:** And so in terms of the sales, I think that we -- we -- we -- follow through with the board's desires of how you want us to proceed, I'll -- I'm here to do whatever you want me to do.
**DAVID DUONG:** Okay. Stop there. That's not too long.
Answer me, what -- did we make appointment to get, you know, Cindy and staff coming down?
**MARIO JUAREZ:** I haven't made an appointment.
**DAVID DUONG:** Who's [overlapping]?
**ANDY DUONG:** No, Julie reached out to John, the guy, but haven't got any word back from him, so I don't know, because that day we met with Cindy, her staff, she look over to John, which is her staff; he said that he would do the -- you know, take all the scheduling, all that stuff.
But Julie reached out when you were gone last week [inaudible].
**DAVID DUONG:** Did she follow up again after?
**ANDY DUONG:** She -- she's about to, yeah,



[inaudible].
**DAVID DUONG:** Well, you know, sometimes staff is important to us, not important to [inaudible]. So if he important to us [inaudible], keep calling them -- okay? -- because to them, maybe it's not important to them; but to us, it's important.
**MARIO JUAREZ:** You're right.
**DAVID DUONG:** So we just have to --
**CECILIA MENDEZ:** Andy, I think Julie mentioned that she wanted to wait until we -- we had permits or we were close to permits so that -- so she can schedule the appointments.
**ANDY DUONG:** No, but I still told her to go ahead and schedule for them to visit here --
**CECILIA MENDEZ:** Yeah.
**ANDY DUONG:** But the other appointment we're supposed to Get back with Cindy until we have that letter --
**UNIDENTIFIABLE MALE VOICE:** Mm.
**ANDY DUONG:** And he - - and she asked for Cindy [overlapping].
**DAVID DUONG:** No, we have proposal. We have to submit proposal --
**ANDY DUONG:** Right.
**DAVID DUONG:** -- to her.
**ANDY DUONG:** And she wanted that specific --



**DAVID DUONG:** [Overlapping].
**ANDY DUONG:** -- to see, you know -- of course, to see, Hey, you know --
**UNIDENTIFIABLE MALE VOICE:** Yeah.
**ANDY DUONG:** -- housing development, you know, [inaudible].
**MARIO JUAREZ:** So ----- so, Partner, one of the things --
**CECILIA MENDEZ:** Okay.
**MARIO JUAREZ:** -- that happened today is that I just -- I spoke to the board in regards to the fact that we were missing 12 items and that we get our permits. We are get --- we already have our facility approval for our permit, pending two items that are of extreme importance to the structural engineer, and, also -- and also our Title 24. --
(Conversation in Vietnamese is not transcribed.)
**UNIDENTIFIABLE MALE VOICE:** Thank you.
**DAVID DUONG:** Did you -- did you check with them to see he asking your price, he said that if you have those? Did you talk to them that -- that be able to get it done within our timeline?
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** Because we really need it.

Page 45

**MARIO JUAREZ:** Like, what I told the -- the guy who -- who send this, he says, If you send me this, I'll get it done in two days.
**CECILIA MENDEZ:** He requires 50 percent of the amount.
**MARIO JUAREZ:** But he said, But I'll get it done in two days. I will do nothing else.
**ANDY DUONG:** Yeah, so --
**CECILIA MENDEZ:** And 50 percent, I believe.
**ANDY DUONG:** -- yeah, but the office did not respond.
**MARIO JUAREZ:** Yeah.
**CECILIA MENDEZ:** Oh.
**DAVID DUONG:** Huh?
**MARIO JUAREZ:** So he will --
**ANDY DUONG:** The office did not respond. So [overlapping] --
**DAVID DUONG:** He's down there.
**MARIO JUAREZ:** But he will get done in two days, and the permit will be finished.
**DAVID DUONG:** But I thought that cost is for --
**MARIO JUAREZ:** We have another guy who --
**DAVID DUONG:** -- [overlapping].
**MARIO JUAREZ:** -- who's in it for $2,500.
**UNIDENTIFIABLE MALE VOICE:** So this and the other guy for $2,500 and the Title 24?

Page 46

**MARIO JUAREZ:** [Overlapping].
Yeah, the Title 24.
**UNIDENTIFIABLE MALE VOICE:** Right. [Inaudible].
**MARIO JUAREZ:** So there's one -- he -- one is for 15; the other is 3,200.
**UNIDENTIFIABLE MALE VOICE:** So two guys. Okay.
**MARIO JUAREZ:** Yeah, two guys. Two engineers right now for the structure and one company to do the Title 24 for all of the zones.
**DAVID DUONG:** So -- so based on what I see is that it probably cost 12 plus 32.
**MARIO JUAREZ:** Plus $2,500 from the other engineer.
**DAVID DUONG:** So that's more than [inaudible].
**MARIO JUAREZ:** No, no, no, no, no. David, 15,000 --
**DAVID DUONG:** Right.
**MARIO JUAREZ:** -- structural, right?
**DAVID DUONG:** Right.
**MARIO JUAREZ:** Okay. This is 12.
**DAVID DUONG:** Ah, okay.
**MARIO JUAREZ:** [Overlapping] here.
**DAVID DUONG:** So you have twenty-five --
**MARIO JUAREZ:** Yeah, on the --
**DAVID DUONG:** -- on the home [phonetic].
**MARIO JUAREZ:** Yeah, exactly.
And then this guy is different. So it's not the

Page 47

same.
**DAVID DUONG:** From Los Angeles, huh?
**UNIDENTIFIABLE MALE VOICE:** Hmm.
**DAVID DUONG:** How did you find out this [overlapping]?
**MARIO JUAREZ:** From one of the builders.
**DAVID DUONG:** Huh?
**MARIO JUAREZ:** One of the builders --
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** -- that has installed modular homes.
**DAVID DUONG:** Okay.
**CECILIA MENDEZ:** So this guy has experience on the containers.
**DAVID DUONG:** Ah.
**MARIO JUAREZ:** So he used to do container homes for the Air Force.
**CECILIA MENDEZ:** Uh-huh.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** In the Philippines and also in Vietnam.
**DAVID DUONG:** Okay. Okay. And he get it done in two days?
**MARIO JUAREZ:** Yeah, that's what he promised.
**DAVID DUONG:** Okay. When do we need this done?
**MARIO JUAREZ:** Yesterday.

Page 48

**CECILIA MENDEZ:** Yesterday.
**DAVID DUONG:** Everything.
**MARIO JUAREZ:** Yesterday.
We wanted to do --
**DAVID DUONG:** Oh, you know, you see -- you talk to me today, so --
**MARIO JUAREZ:** No, no, of course.
**DAVID DUONG:** [Overlapping].
**MARIO JUAREZ:** But I think by Friday will be -- will be a good thing to get it done. I don't -- I don't want to delay, delay, delay, delay.
**DAVID DUONG:** So, yeah, because Cindy said --
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** -- submit it to her --
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** -- and she have the meeting by the end of the month.
**MARIO JUAREZ:** Yeah. So imagine that we finish by Friday --
**DAVID DUONG:** [Overlapping].
**MARIO JUAREZ:** -- and then on Monday, we submit and we get the -- the approval letter and we get the approval letter for the facility, you have a very good package --
**DAVID DUONG:** (Sneezes).
**CECILIA MENDEZ:** Bless you.

**MARIO JUAREZ:** Bless you.
**DAVID DUONG:** Thank you.
**MARIO JUAREZ:** -- that says you have an -- a final approval on -- on the unit and the design and final approval on the facility. That's the letters that you're going to get by next week. And this is a very good thing.
**DAVID DUONG:** Okay. We get it from them.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** Then you submit it.
When do we get that letter from A & A [unintelligible], what, [overlapping] --
**MARIO JUAREZ:** Probably on Monday.
**DAVID DUONG:** [Overlapping] PIA [phonetic], whatever.
Huh?
**MARIO JUAREZ:** Probably on Monday. If we submit it -- let's say they finish their clearance off by Friday, on Monday we get the letter.
**DAVID DUONG:** Okay.
**HENRY VO:** Will -- will they come up with another review about the submission again or [overlapping] --
**MARIO JUAREZ:** No, they have to -- we just have to clear. [Indiscernible] to clear, so they just want a stamp, an approval from a -- from an engineer saying this is good.
**HENRY VO:** What I mean that do they have another



revise again --
**DAVID DUONG:** Yeah, he -- he said --
**HENRY VO:** -- this only?
**MARIO JUAREZ:** They don't have anything of the originals. They have 12 revisions in this one.
**HENRY VO:** Okay.
**MARIO JUAREZ:** We have been work- -- now, remember, that I have discussed with the board that we have -- we have worked with this team for over a year, going back and forth with them already. We resolved a lot of the small issues. So -- but, also, early on, we tackled a lot of these issues on our engineering and on own -- on our design concepts. So that helped a lot.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** So that's also why I said to you, I said by mid-February, end of February we'll get the permits.
**DAVID DUONG:** Okay. So if I approve now, then you're sure that you get it done by Friday?
**MARIO JUAREZ:** I think [indiscernible] done by Friday, this Friday.
**DAVID DUONG:** Okay. Because, you know, I think that if [overlapping] --
**MARIO JUAREZ:** This one -- this one I have to send a check for this -- for half for the 6,500. And this one,



we have to pay with a credit card 199 times 15 times. You have to make an order every time, $199, you got to place 15 orders. I already paid for one order for the one for Oakland just to see how it works.
**KRISTINA DUONG:** What's that 15 order? What is that?
**MARIO JUAREZ:** So the company who does the Title 24, the environmental review engineering, they have a website. You have --
**DAVID DUONG:** For the -- for different --
**UNIDENTIFIABLE MALE VOICE:** Regions.
**CECILIA MENDEZ:** So --
**MARIO JUAREZ:** So there's different regions. There are 16 regions.
**KRISTINA DUONG:** Oh.
**MARIO JUAREZ:** So you have to submit an order for every single region.
**DAVID DUONG:** Oh.
**MARIO JUAREZ:** I already submitted one for Oakland. So they said you have to submit for Region 1, 2, 3. Oakland is Region 3.
**DAVID DUONG:** But you have to give [indiscernible] from the credit card because if one credit card you do for, like, three or four times, they [indiscernible].
**CECILIA MENDEZ:** Or -- or -- or we can provide you with information and you can order it.



**KRISTINA DUONG:** It has to be credit card, yeah?
**MARIO JUAREZ:** They -- yeah, it's a website. It's only credit card.
**CECILIA MENDEZ:** Yeah, or we can provide you with the website, and you can place the orders.
**MARIO JUAREZ:** No, I mean, that -- that's the way --
**KRISTINA DUONG:** No, what he's saying, 199 they charge a couple times [overlapping].
**MARIO JUAREZ:** No, if you keep charging the same amount --
**KRISTINA DUONG:** Because they think it's fraud.
**MARIO JUAREZ:** -- they're going to think it's fraud. The credit card company [overlapping] --
**HENRY VO:** Just make a phone call and it's clear that [inaudible].
**MARIO JUAREZ:** So -- but we -- we have to move today on -- on those approvals.
**UNIDENTIFIABLE MALE VOICE:** [Inaudible].
**KRISTINA DUONG:** [Inaudible].
**DAVID DUONG:** Okay.
**ANDY DUONG:** So Julie going to follow up again. This will be the third time. And she's going to call, too, and she's going to include -- CC all of us, to make it serious.
**MARIO JUAREZ:** Okay.

Page 53

**DAVID DUONG:** Okay.
**HENRY VO:** Okay.
**DAVID DUONG:** Yes, let's move on. Okay.
**MARIO JUAREZ:** So -- so I would need a check for --
**CECILIA MENDEZ:** A signature.
**MARIO JUAREZ:** -- $6,500.
Can we cut it today so we can get this done? And then can we all --
**DAVID DUONG:** Yeah, [inaudible].
**MARIO JUAREZ:** Can you -- can you -- can you direct us to overnight this payment?
**DAVID DUONG:** Huh?
**MARIO JUAREZ:** Can you direct us to overnight this payment?
**DAVID DUONG:** Direct who, you?
**MARIO JUAREZ:** Well, accounting or Kristina because we have to -- they have to get the money to get the work done.
**HENRY VO:** But the -- but --
**DAVID DUONG:** They can issue the check. You can overnight.
**MARIO JUAREZ:** Okay.
**HENRY VO:** But [overlapping] --
**DAVID DUONG:** It's your responsibility.
**HENRY VO:** Can we -- can we just send the vendor

Page 54

payment [overlapping] Kristina?
**MARIO JUAREZ:** Yeah, it's right here. This is -- this is -- this is what Kristina --
**CECILIA MENDEZ:** We need signature on that.
**MICHAEL DUONG:** There's another one, too, right?
**KRISTINA DUONG:** Can you give it to Isis.
**MARIO JUAREZ:** Yeah, but he -- he has started the work without the permit -- without the payment.
**KRISTINA DUONG:** [Indiscernible] mine. She's not going to cut a check without [overlapping].
**UNIDENTIFIABLE MALE VOICE:** Oh, okay.
**HENRY VO:** [Overlapping] W-9s for --
**MARIO JUAREZ:** Oh, we need a W-9, that's right.
**HENRY VO:** Yeah, payment is for different [inaudible].
**MARIO JUAREZ:** So, now, Friday, as long as we get the checks out today, that's -- that's the point, right? So today is Tuesday. And he needs two days. Once he gets the money, then he starts doing the work, FYI. So that way, we are all on the same page.
**DAVID DUONG:** No, I think that as soon as you get a copy of the check, you can --
**MARIO JUAREZ:** I'll -- I'll text it --
**DAVID DUONG:** -- [indiscernible] -- yeah.
**MARIO JUAREZ:** -- and send it to him.

Page 55

**DAVID DUONG:** He start -- you know, he start doing that.
**MARIO JUAREZ:** Uh-huh.
I'm going to ask him, and I think that that's a good idea, David. And then I will send him a copy of the receipt, showing that it was overnight mail or two-day mail to him. So that way, he -- he gets it.
**CECILIA MENDEZ:** [Inaudible] items?
**MARIO JUAREZ:** [Speaking Spanish].
Okay. So we -- we need to resolve the issue of the stuff that is due in Mexico. I think that we have been reviewed, and the comments in regards to that review were very clear by Henry.
**HENRY VO:** Yeah.
**MARIO JUAREZ:** So I would -- I can look to see if the board will deem to send this money out so we can pay the debts that we have.
**DAVID DUONG:** What -- what -- what did we do from the last payment? Did we make the payment? Did we negotiate for the rent and all that?
**MARIO JUAREZ:** Yeah, we --
**HENRY VO:** So -- so for -- for the rent, the rent for March will be like around, like, almost, like, 23,000 or something. So the rents in March is mean in the next couple -- next two week, it's increase, go higher.

Page 56

**MARIO JUAREZ:** My job is to go lower that. So I'm leaving after this meeting, but I cannot leave without getting -- getting all this payroll done and all this stuff done. I believe that I can accomplish a good -- good result with the landlord to lower the rent and not have the increase.
**HENRY VO:** So it's mean we -- we --
**MARIO JUAREZ:** We -- we're on time with the -- with the rent now.
**HENRY VO:** It's -- it's mean do we need to re-sign a new contract or --
**MARIO JUAREZ:** Probably an addendum.
**HENRY VO:** Yeah.
**MARIO JUAREZ:** Uh-huh.
**UNIDENTIFIABLE MALE VOICE:** [Inaudible].
**KRISTINA DUONG:** So -- so how much --
Okay. Let's clear this once and for all.
**MARIO JUAREZ:** Uh-huh.
**KRISTINA DUONG:** Okay?
How much do we owe backward aside from the rent?
The rent has been taken care of through February.
**UNIDENTIFIABLE MALE VOICE:** Uh-huh. So right now --
**KRISTINA DUONG:** Okay? Hold on. Hold on.
And, Henry, if you have -- review that. And

Page 57

then going forward, what are we expecting? Because --
**MARIO JUAREZ:** Uh-huh.
**KRISTINA DUONG:** -- we keep on working backwards like this.
**MARIO JUAREZ:** You're right, Kristina.
So what we did is that we did do two budgets: We did the budget forward. Now we are -- we have a better understanding. It is in the same -- the same document.
Then we have the budget of debts. The debts continue. For example, we didn't pay payroll on Friday. So that debt is a Friday debt, right? So it went up. But that's just to give you an example.
But, for example, it also is part of the ongoing forward budget, the proposal for how much it is to --
**KRISTINA DUONG:** So we have to -- so we have to, one, is the rent. He already paid the three months up to February.
**DAVID DUONG:** Right.
**KRISTINA DUONG:** And he's going to negotiate the rent. Okay?
**MARIO JUAREZ:** Uh-huh.
**KRISTINA DUONG:** Then, now, we get the backward debt, whatever it is. Then we got to figure out and approve going forward --
**MARIO JUAREZ:** That's correct.
**KRISTINA DUONG:** -- how many employees, what is it monthly,

Page 58

weekly, whatever --
**MARIO JUAREZ:** That's correct.
**KRISTINA DUONG:** -- so we can set up instead of, like, keep on going backwards --
**DAVID DUONG:** Uh-huh.
**KRISTINA DUONG:** -- and trying to verify, you know.
**MARIO JUAREZ:** That's correct, Kristina.
**KRISTINA DUONG:** And that's what I want to do, confirm back --
**MARIO JUAREZ:** Yeah.
**KRISTINA DUONG:** -- [overlapping] forward.
**CECILIA MENDEZ:** And moving forward.
**MARIO JUAREZ:** So we -- so Henry confirmed back by --
**HENRY VO:** So -- yeah, so -- so -- so right now the total amount in peso is, like, 660,524 peso.
**KRISTINA DUONG:** [Inaudible].
**HENRY VO:** It's roughly around, like, $38,000.
**MARIO JUAREZ:** Can you check that again?
**KRISTINA DUONG:** $8,000?
**HENRY VO:** Thirty-eight.
**KRISTINA DUONG:** Oh, $38,000.
**HENRY VO:** Thirty-eight, thirty-nine thousand, depending on the rates.
**MARIO JUAREZ:** Can you check the line items that are not approved on your list?

Page 59

You see, because, for example, we have payroll from last week.
**CECILIA MENDEZ:** Yeah.
**KRISTINA DUONG:** So thirty-eight --
Okay. So that's all the payroll and taxes?
**HENRY VO:** Yeah.
Oh, to add [overlapping] --
**KRISTINA DUONG:** Right? And you [overlapping].
(Simultaneous conversations are inaudible and/or indiscernible and not transcribed.)
**HENRY VO:** Yeah. Is it -- is it based on the one before --
**MARIO JUAREZ:** Yeah.
**HENRY VO:** It's -- it's total, like -- yeah, 660,000 peso, around, like, 38 [indiscernible] 44.
**MARIO JUAREZ:** So it went up because --
**HENRY VO:** Yeah.
**MARIO JUAREZ:** -- we have --
**KRISTINA DUONG:** Where are you?
**MARIO JUAREZ:** -- we didn't pay Friday, for example.
**HENRY VO:** Yeah.
**MARIO JUAREZ:** We did not.
**HENRY VO:** So -- so -- so at the first for -- for -- for the back.

Page 60

(Inaudible conversations are not transcribed.)
**HENRY VO:** Last meeting, on last Friday, for the tax for the payroll, like, you guys say, Yeah, I will provide explanation.
**CECILIA MENDEZ:** Come again?
**HENRY VO:** The tax for income tax.
**MARIO JUAREZ:** No, we -- we will pay you -- we will show you the pay receipts. We will do the --
**HENRY VO:** Yeah, so -- so I ask --
**MARIO JUAREZ:** So we show you the invoices from the -- from the tax account -- from the tax office --
**HENRY VO:** So -- yeah, so --
**MARIO JUAREZ:** -- and we will pay -- we will show you --
**HENRY VO:** -- the last e-mail, I confirm that, like, the number on the number it match with the receipt for the tax but not able to get like how to come that --
**UNIDENTIFIABLE MALE VOICE:** Okay.
**HENRY VO:** -- up number and based on their -- the document from Isis to show that, like, that number we confuse about, like, after tax and before tax. And Mario say, Oh, that is actual number on the contract is the number we see of, like, employer [overlapping] --
**MARIO JUAREZ:** You know, and I read that contract,

Page 61

and it says net, neto, in Spanish, the word "net."
**HENRY VO:** I just didn't see that, but I --
**MARIO JUAREZ:** Yeah, but I read -- I read the contract.
**HENRY VO:** Yeah.
**MARIO JUAREZ:** And it says that amount, that [overlapping].
**HENRY VO:** Yeah.
**KRISTINA DUONG:** Okay. So the -- the -- the -- the biggest thing Henry was trying to work on is, like, here, you hold tax from employee.
**HENRY VO:** Uh-huh.
**KRISTINA DUONG:** Then you send it in, then you pay them net. Okay?
But, here, in Mexico --
**HENRY VO:** Uh-huh.
**KRISTINA DUONG:** -- apparently, whatever we say we pay them, we pay them, and then we pay the tax on top of that.
The employer pay the tax, right?
**MARIO JUAREZ:** That's correct.
**KRISTINA DUONG:** And that's what it is. And so that's where Mario is coming in with all these, you know, backward taxes that [indiscernible] had worked on --
**HENRY VO:** City [phonetic] tax is say that, like, on September 2023 until December 2023. I don't know which

Page 62

[indiscernible] can get you.
**MARIO JUAREZ:** It was prorated.
**HENRY VO:** Yeah.
**MARIO JUAREZ:** I didn't do [inaudible]. It's not amount [phonetic]. But all of those will have -- we have invoices and we have receipts, and we will have receipts to pay it, to prove that it was paid out of everything.
So that -- that was the biggest thing that -- that was, I think, discussed to make sure that it's clear, so to clear the back debts, show the pay receipts, make sure that we have that track record to show that was done, that it was paid --
**HENRY VO:** Because, like -- because, like, on the payroll, it show total payroll. But weekly, in here, that's 6,000. But, actually, like, it should be 81,000. That number should be including tax, everything. So that why I explained to him so we need to see, like, total amount payroll how much --
**UNIDENTIFIABLE MALE VOICE:** Uh-huh.
**HENRY VO:** -- because the way he reconciled this --
**MARIO JUAREZ:** But it -- it's not my way.
**HENRY VO:** Yeah.
**MARIO JUAREZ:** It's just the way Mexico is.
**HENRY VO:** Yeah, so --

Page 63

**MARIO JUAREZ:** They -- they -- they do [indiscernible] probably what they take home.
**HENRY VO:** So -- so -- so -- so because the [indiscernible], so when I ask, like, what's the tax for, it's -- it's we don't have it clear explanation. And when we work couple meeting, we say, Oh, it's just tax for the payroll and -- and --
(Inaudible conversations are not transcribed.)
**HENRY VO:** -- on -- on their -- on interest contract, [indiscernible] receive. It's actually they receive. So that make confusion of like -- like -- like --
**DAVID DUONG:** So is the tax based on percentage of the received money by the employee?
**HENRY VO:** So, normally --
**MARIO JUAREZ:** [Overlapping].
**HENRY VO:** -- normally, in normal way. It's similar like in U.S.
Like let's say your -- the tax [indiscernible] money 10,000. It's actually receive employee, maybe [indiscernible] only 8,000. It's normal in here.
But in Mexico, I don't know, like, this is on a contract, it show. And -- and Mario say, We pay [indiscernible]. So that is make confuse, so --
**DAVID DUONG:** Okay. No, I know. But either way, if

Page 64

that's the case in Mexico, that's the case in Mexico.
**HENRY VO:** Yeah.
**DAVID DUONG:** So you're paying employee --
**KRISTINA DUONG:** So --
**DAVID DUONG:** -- salary. And on top of that, you're paying tax.
What percentage of that? Just percentage? How you calculate?
**MARIO JUAREZ:** They -- they charge you for two taxes, mostly. The [indiscernible] and the --
**HENRY VO:** [Inaudible].
**MARIO JUAREZ:** -- ISR -- IS -- yeah, the [indiscernible], their Social Security, which is also their retirement, which is also their -- and they also have an IS [overlapping].
**DAVID DUONG:** No, I know, but it's still percentage, just like over here.
**MARIO JUAREZ:** Yeah, it is a percentage.
(Simultaneous conversations are inaudible and/or indiscernible and not transcribed.)
**MARIO JUAREZ:** You're right.
**HENRY VO:** That would be the fixed number. So that why -- that why that's number have to --
**UNIDENTIFIABLE MALE VOICE:** -- yeah.

**HENRY VO:** -- reflect in here --
**UNIDENTIFIABLE MALE VOICE:** Yeah.
**HENRY VO:** -- so it doesn't [overlapping] --
**MARIO JUAREZ:** And Mexico doesn't have like if you have a hundred dependents or one dependent. They don't have that over there. It's just [overlapping].
**HENRY VO:** So that is -- that is the fixed amount. So that is -- so if this number is clear, this should be 81,000. And on the contract, it showed [indiscernible] clear amount that the employee receive [indiscernible] or net. So that why -- that why it's [overlapping].
**MARIO JUAREZ:** And -- and -- and I reviewed the contracts, because I thought that it was maybe the contract was not clear. But I read it. It says net. It says the employee shall receive a net amount of 6,000 notwithstanding tax, in Spanish. So maybe that was the issue. But it says net in there.
**HENRY VO:** Yeah. And --
**MARIO JUAREZ:** And then I said to him, if it's not clear, I'm going to go back and I'm going to make it clear, and I did addendum of a new [inaudible].
**HENRY VO:** And -- and it's make time delays, this, because, like, last week, I received e-mail forward from, like, Kris from Isis to show that, like, the employee



payment for, like, payroll, it showed that, like, the amount and actual employee receive is lower, deduct, like, two tax, the actual Social Security tax and [indiscernible]. So that's if the 65,000 peso per week, they receive around, like, 5,200. So that why confusing, back and forth, to make sure Mario to confirm that this number before tax or after tax.
**UNIDENTIFIABLE MALE VOICE:** Uh-huh.
**MARIO JUAREZ:** So --
**HENRY VO:** If before tax, we don't pay the tax in here because it [overlapping].
**MARIO JUAREZ:** So it -- it is clear to me --
**HENRY VO:** Yeah.
**MARIO JUAREZ:** -- and it should be clear that what we have is the way that it is, which right now the six employees are getting a 60,000 plus the 21,200 is taxes.
(Inaudible conversations are not transcribed.)
**HENRY VO:** Yeah.
**MARIO JUAREZ:** So our total payroll exposure is 81,200 pesos.
**CECILIA MENDEZ:** Per week.
**MARIO JUAREZ:** Per week.
**DAVID DUONG:** Okay. So . . .
**KRISTINA DUONG:** Okay. So the backward seems like the



backward -- what Henry had worked on, you said 38 grand.
**HENRY VO:** Yeah.
**KRISTINA DUONG:** Then looking at this, that every month going forward is 19,600. And that includes rent, facility, and everything. But you're negotiating facility rent.
**MARIO JUAREZ:** I'm negotiating the rent right now.
**KRISTINA DUONG:** Okay. Okay. But that includes -- okay. So then you got the going forward. And this is backward --
**MARIO JUAREZ:** Uh-huh.
**CECILIA MENDEZ:** Uh-huh.
**KRISTINA DUONG:** -- that covers up to last Friday, you said?
**MARIO JUAREZ:** I said last Friday.
**KRISTINA DUONG:** Okay. So Henry had reconciled everything up to last Friday --
**HENRY VO:** Yeah.
**KRISTINA DUONG:** -- except a couple of the expenses that, you know --
**HENRY VO:** Uh-huh, yeah.
**KRISTINA DUONG:** But -- but I think we should set it clear so that we understand, you know, the backward and going forward, what the expectation and what's still, you know, Op "X" [phonetic] over there --



**MARIO JUAREZ:** Uh-huh.
**KRISTINA DUONG:** -- so that way we don't keep on going backward and it's --
**HENRY VO:** Yeah, yeah.
**MARIO JUAREZ:** I think -- I think you --
**KRISTINA DUONG:** -- get everybody involved.
**DAVID DUONG:** I think one thing that we can decide today is now all the number in place, that what we think that how many employee we hold.
**HENRY VO:** Six.
**DAVID DUONG:** Okay. No, how many we want to hold forward until -- and then he going to come back with what the rate [indiscernible] with the landlord, because right now --
**MARIO JUAREZ:** So --
**DAVID DUONG:** -- you know, we always give instruction --
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** -- in the meeting that how much we want to pay.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** So the -- your job is just going there and negotiate [inaudible] down.
**MARIO JUAREZ:** Now that we've paid the past-due rent and now I feel empowered that I can do a good job for the

company.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** Okay?
And so I'm going -- after this meeting, I'm going to go and negotiate that rent. And so that's my job.
**KRISTINA DUONG:** Okay.
**MARIO JUAREZ:** But I also -- now that we have the numbers in the back, the past due, I need approval to make sure that everything -- since it was reconciled, that it's -- it's approved by the board and the chair.
(Inaudible conversations are not transcribed.)
**MARIO JUAREZ:** And then moving forward, you see that we have put together the moving-forward amounts.
The main concern that I have right now, going to Mexico right now, is to negotiate the rent. And, obviously, I want to make sure that we pay what we -- what we -- what are due and the past [inaudible].
**DAVID DUONG:** Well, if we only need to talk about the housing, why you're doing that?
**MARIO JUAREZ:** The last month. Remember, I said that February was the last month.
**DAVID DUONG:** Huh?
**MARIO JUAREZ:** This was the last month, David.



**KRISTINA DUONG:** Around there.
**DAVID DUONG:** Oh, this is for February?
**ANDY DUONG:** [Inaudible] lease up this month.
**MARIO JUAREZ:** Yeah, that's --
Yeah, the [indiscernible] is done. There's no more.
**KRISTINA DUONG:** And the payroll tax.
**MARIO JUAREZ:** And you don't see it on the budget for the next --
Do you see the ongoing expenses?
(Conversation in Vietnamese is not transcribed.)
**MARIO JUAREZ:** It's not part of the ongoing expenses.
**KRISTINA DUONG:** Okay.
**HENRY VO:** Yeah, there's --
**DAVID DUONG:** So --
**HENRY VO:** -- [overlapping].
**DAVID DUONG:** You guys check on -- on all this.
He say that the thing is that the corporate housing is in February.
**UNIDENTIFIABLE MALE VOICE:** [Unintelligible].
**MARIO JUAREZ:** It's done.
**DAVID DUONG:** Every time you go there, he should, you know, just rent a hotel instead of, you know, just renting a house.



**KRISTINA DUONG:** Corporate -- so corporate housing is already on the previous. Remember?
**MARIO JUAREZ:** It was, and it --
**KRISTINA DUONG:** [Overlapping] --
**MARIO JUAREZ:** -- and it's -- and it's also is the last month because the lease is up.
**KRISTINA DUONG:** Okay.
**MARIO JUAREZ:** I didn't renew the lease.
**KRISTINA DUONG:** So --
**MARIO JUAREZ:** And so it's done, so --
**KRISTINA DUONG:** So this one, let's -- let's go back to the [overlapping].
**MARIO JUAREZ:** So I'm just going to stay at a hotel or Airbnb.
**KRISTINA DUONG:** Okay. The old debt is 38 grand, aside from what you just submitted. Okay?
Hold on.
**MARIO JUAREZ:** Yeah, yeah, yeah, no problem, uh-huh.
**KRISTINA DUONG:** Okay.
**MARIO JUAREZ:** 831,000, right?
**HENRY VO:** [Inaudible].
**KRISTINA DUONG:** Aside from what -- what you submitted, whatever Henry came up.
And then you just submitted the -- the last month of the housing and then travel reimbursement. Title



[phonetic], you just mentioned one of them.
**MARIO JUAREZ:** Uh-huh.
**KRISTINA DUONG:** The travel. So travel, how does that work?
**MARIO JUAREZ:** So --
**KRISTINA DUONG:** The 2,800, who -- who approve and all that to be clear?
**MARIO JUAREZ:** So I went -- the $2,800, I went to -- I -- I said -- I said to the board that I want to go and get this letter and I'm going to get this done, I'm going to get the permit fixed, and I'm going to travel to Indiana to get this done. And I got it done.
**CECILIA MENDEZ:** And I was [unintelligible] to go -- I was supposed to go, also, myself, but for --
**MARIO JUAREZ:** Monetary reason, yeah.
**CECILIA MENDEZ:** -- money -- yeah, I didn't go.
**MARIO JUAREZ:** We only -- we only went once.
**CECILIA MENDEZ:** Uh-huh.
**DAVID DUONG:** What including in there, travel reimbursement?
**MARIO JUAREZ:** So that is air fares and hotels and food [inaudible]. No strippers or nothing. And I submitted to Michael the receipts.
**MICHAEL DUONG:** The one you just went to get the -- yeah.
**MARIO JUAREZ:** Yeah.

Page 73

**KRISTINA DUONG:** The one what?
**MICHAEL DUONG:** The one he just went to Chicago --
**MARIO JUAREZ:** Yeah.
**MICHAEL DUONG:** -- right? -- it was hotel, car rental.
**DAVID DUONG:** Is it Chicago or Indiana?
**KRISTINA DUONG:** Chicago?
**CECILIA MENDEZ:** Yeah, he flew out to Chicago. That's closest to the city that he went to.
**MARIO JUAREZ:** So what happened is that I could drive three hours instead of doing lay- -- two layovers.
**DAVID DUONG:** Oh, okay.
**MARIO JUAREZ:** So I didn't want to do two layovers, I rather just arrive in Chicago, drive three hours to Indiana, and then get it done. So that's why the way I did it.
**KRISTINA DUONG:** Okay. Future -- future travel.
**MARIO JUAREZ:** Uh-huh.
**KRISTINA DUONG:** Can you get over to -- for approval?
**MARIO JUAREZ:** So I'm -- I'm leaving to Mexico tonight -- is that approved? -- or tomorrow morning.
**KRISTINA DUONG:** So something has to be done; otherwise, you know --
**DAVID DUONG:** Right, we are -- yeah, we're leaving tonight.
**KRISTINA DUONG:** -- we're going back --

Page 74

**DAVID DUONG:** But she need to know what -- what [overlapping] for expense [inaudible] --
**MARIO JUAREZ:** So it will be -- it will be -- so I have to have a way to do it --
**DAVID DUONG:** [Overlapping].
**MARIO JUAREZ:** -- that it's formalized.
Is that an e-mail, maybe? Would that work?
**KRISTINA DUONG:** Yeah, e-mail it.
**MARIO JUAREZ:** E-mail? Okay.
So I'm going to start e-mailing every time --
**DAVID DUONG:** I think e-mail is better than text. You know why? Because it's on it, so it be keep it there.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** So there are no later [inaudible] approved it and all that, so --
**MARIO JUAREZ:** Uh-huh. Okay.
**DAVID DUONG:** Okay?
**MARIO JUAREZ:** So then I'll do that. And then I'll -- I'll explain that I'm doing travel, hotel, or Airbnb, and Ubers or rentals, whatever the --
**KRISTINA DUONG:** Okay.
**MARIO JUAREZ:** And I think that's a good process moving forward, like, we have the reimbursement process.
This is the first time I used a reimbursement sheet, which I like that process that was -- that show

Page 75

how -- how to divide up. And it was good -- good, I thought.
**KRISTINA DUONG:** Okay. So now let's talk about the backward expense and going forward.
**MARIO JUAREZ:** Uh-huh.
**KRISTINA DUONG:** So the forward -- the backward 38 grand, plus last week's payroll and weekly payroll, is -- weekly payroll is about eleven-twelve.
So about 3,000-something a week?
**MARIO JUAREZ:** Yeah, it's, like --
**KRISTINA DUONG:** Huh?
**MARIO JUAREZ:** -- 12,900. It depends on the exchange rate.
**KRISTINA DUONG:** Yeah, right?
**CECILIA MENDEZ:** It depends.
**KRISTINA DUONG:** So --
**MARIO JUAREZ:** But I'll give you an exchange rate right now so --
**KRISTINA DUONG:** For six guys --
**DAVID DUONG:** So for this one, six guys, 2,000 each.
**KRISTINA DUONG:** It's okay. Don't -- stop -- stop using pencil. I mean, we have it.
**DAVID DUONG:** 2,000 each.
**KRISTINA DUONG:** Huh?
**DAVID DUONG:** 2,000 each.

Page 76

**MARIO JUAREZ:** A month.
**KRISTINA DUONG:** Yeah, right here. I got it. I got it already.
**UNIDENTIFIABLE MALE VOICE:** Okay.
**KRISTINA DUONG:** Okay. So six guys. So going forward over there, we have rent, which you're going to negotiate; we have payroll, about 12,000-some -- 13 grand.
**HENRY VO:** Thirteen, yeah.
**KRISTINA DUONG:** And then we have utility is another, what, [speaking Vietnamese].
**DAVID DUONG:** Look at all that, and we don't use a lot the cost in here.
**KRISTINA DUONG:** Here, we have alarm --
**UNIDENTIFIABLE MALE VOICE:** [Inaudible].
**KRISTINA DUONG:** -- cleaning, internet, and rent downstairs.
**UNIDENTIFIABLE VOICE:** Uh-huh.
(Conversation in Vietnamese is not transcribed.)
**MARIO JUAREZ:** So, first of all, I'm on --
**KRISTINA DUONG:** [Overlapping] utility [inaudible] 5,000 [phonetic].
Huh?
**MARIO JUAREZ:** -- Chase, right? Like, if I was to send a wire for that amount. This is what Chase would --

**KRISTINA DUONG:** Uh-huh. [Indiscernible] agree, agree. [Speaking Vietnamese].
**UNIDENTIFIABLE MALE VOICE:** In dollars.
**KRISTINA DUONG:** [Overlapping] agreeing [overlapping].
**MARIO JUAREZ:** Just to give you an example [inaudible].
Now, the rate is not the same every -- every day.
(Inaudible conversations are not transcribed.)
**MARIO JUAREZ:** And the Bank of Mexico exchange is higher than this. I don't get that rate. This is Chase, for example.
**DAVID DUONG:** Henry, [indiscernible] this?
**HENRY VO:** Yeah, so --
**KRISTINA DUONG:** [Overlapping]. Six guys --
**DAVID DUONG:** [Indiscernible].
**HENRY VO:** Yeah, so this is correct, match with the receipt.
But, again, for -- for the payroll, I have the document, but I -- for -- I'm not able to verify how it's work, like, the number it match. For the tax, I have the receipt, but I don't know how it's calculated. And from September to December, I don't know how it's calculated [inaudible]. And I tried to calculate, but number is --



my -- my number, it -- it doesn't match with this.
And this is the new add-on, and this is new add-on. Yeah, [indiscernible] and --
What is the payroll tax in here?
**MARIO JUAREZ:** For [inaudible]. You got to pay tax.
**HENRY VO:** Huh?
**MARIO JUAREZ:** You got to pay taxes on everything that you pay.
**HENRY VO:** But this -- so it's new, so I didn't see on it before.
**MARIO JUAREZ:** So it's the same amount. So the settlements have a payroll taxation as well.
**HENRY VO:** So -- so this -- this, I don't know.
**DAVID DUONG:** What -- what is the payroll, and what is the settlement?
**MARIO JUAREZ:** So the settlement is 60,000 pesos. And you have to pay settlement -- taxes on the settlement.
**HENRY VO:** So -- so that is -- that is for two employees. So he let them go. And this [overlapping] --
**MARIO JUAREZ:** No, no, I was asked to fire them.
**HENRY VO:** Yeah.
**MARIO JUAREZ:** The board said go fire two people, and I went and fired [overlapping].
**HENRY VO:** But -- but -- but the payroll tax in here for settlement, this is the first time I see [inaudible]



before.
**MARIO JUAREZ:** You have to pay them a settlement tax. So I didn't want to leave it out because otherwise [overlapping].
**HENRY VO:** But it not on original.
**MARIO JUAREZ:** So this -- this is what I said to Henry. I said, All of the stuff that shows payment to the SAT authority, I'm going to give you a receipt. Every single one of those payments is going to have a receipt to the amount that matches here.
**HENRY VO:** But -- but --
**MARIO JUAREZ:** If it doesn't match, then it's a -- it's a reimbursement.
**HENRY VO:** But is it different with the last number? Because, like, the payroll tax for -- before --
**DAVID DUONG:** It's not in there before.
**HENRY VO:** Yeah, it not --
**DAVID DUONG:** [Overlapping] see, yeah, this time.
**MARIO JUAREZ:** Because it wasn't calculated. It is calculated to show you that it has a tax consequence. When you pay the employee under a settlement or under -- under payroll --
**HENRY VO:** [Indiscernible] extra. It's not included.
**MARIO JUAREZ:** It's -- no, it's -- it's an actual amount. You have to do it, because I calculated --



**HENRY VO:** But what I mean is that it's not on the one before.
**MARIO JUAREZ:** I know, because it wasn't included.
**HENRY VO:** So you send me three different one and three --
**MARIO JUAREZ:** When we -- when we were reviewing, I added some other stuff, like, I added the -- the stuff that I did this trip, I added some of the stuff that --
**HENRY VO:** No, this additional I understand. But this additional --
**MARIO JUAREZ:** If you don't want to pay right now, don't pay it. But I'm going to actually show you receipts for every -- every single one of those tax consequences that was paid.
**DAVID DUONG:** Wait, wait, wait, wait. [Indiscernible] you go offline [phonetic].
**MARIO JUAREZ:** No, no, I'm not. I'm --
**DAVID DUONG:** He's -- he's trying to get it clear.
**MARIO JUAREZ:** Okay.
**DAVID DUONG:** And don't say that you don't want to pay for it.
Is that the number you make it up?
**MARIO JUAREZ:** No, David, I -- what I said to him --
**DAVID DUONG:** Then don't do that. If it's a real number, it's a real number. He's trying to be clear.

**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** And don't trying to say that, You want to pay, you pay. You don't put it -- you know, and -- and to me, it's just like you make the number up there.
**MARIO JUAREZ:** No, no, no, I didn't, because it has -- it is a calculation for the 60,000 is exactly to the payroll --
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** -- of the other -- the other amount. So it calculates to that amount. So payroll or a -- or -- or a -- or a settlement --
**DAVID DUONG:** When did we fire those guys?
**MARIO JUAREZ:** I forgot [inaudible].
**CECILIA MENDEZ:** Second week of January.
**DAVID DUONG:** Okay. So this is to pay the tax -- the backpay?
(Inaudible conversations are not transcribed.)
**MARIO JUAREZ:** Yeah, for -- and [overlapping].
**DAVID DUONG:** [Overlapping] pay.
**MARIO JUAREZ:** That's right.
**DAVID DUONG:** So he's trying to say that the people we fired we didn't pay tax on it and now we have to pay tax on it.
**HENRY VO:** No, this is 60,000 peso is mean that like



their -- their -- their -- their -- their -- their salary. When fired them, he say that we have to pay something to settle, that, like, you know, not sure, because that is law requirement. But right now we see additional tax -- additional on top of settlement is this one, the new one.
**MARIO JUAREZ:** And what I'm saying is not that I don't pay right now. What I'm saying is that let me go pay the rest of the taxes, bringing all of the receipts --
**HENRY VO:** Yeah.
**MARIO JUAREZ:** -- clear everything up, not that -- not that [indiscernible] we don't pay it. What I'm saying, respectfully -- I wasn't trying to come across disrespectful. But I'm trying to say, respectfully, I said don't put it there right now, that -- that new amount. I'm going to clear all of those, bring you receipts, showing that it was paid, and then it will be cleared.
**HENRY VO:** So -- so I -- I think let's make -- let's make this is clear, because, like, the thing that, like, because as partner, we don't want you pay extra out your pocket --
**MARIO JUAREZ:** No, I get it.
**HENRY VO:** -- because, like -- because, like -- because, like --
**MARIO JUAREZ:** But --



**HENRY VO:** -- because, like -- because, like, even -- even we want to pay --
**MARIO JUAREZ:** Yeah.
**HENRY VO:** -- exact amount, right?
**MARIO JUAREZ:** I'll -- I'll give you --
**HENRY VO:** So --
**MARIO JUAREZ:** I'll give an example on one of the decisions that was made and I thought it was made.
Correct me if I'm wrong, David.
One of the decisions is whenever we get the penalty letter, we get the penalty letter, we pay the penalty letter; we're not going to pay it right now because we don't know what the penalty is right now, right?
So they'll send us a letter, saying you owe this amount of money. They don't calculate it. They just tell you, you owe this amount of money. You saw what they sent me. They send you a letter. You owe it. And that's the penalty letter that they send you.
**HENRY VO:** Yeah, so -- so that exactly there the one with the tax on September to December.
**MARIO JUAREZ:** Yeah, they just send --
**HENRY VO:** I -- I have that --
**MARIO JUAREZ:** They just send you a letter. They don't send you [overlapping] --



**HENRY VO:** I -- I don't know how it's [overlapping].
**MARIO JUAREZ:** -- [overlapping] say this is how -- this is how we calculate the amount that you owe. They say, This is your penalty letter. Pay us.
**UNIDENTIFIABLE MALE VOICE:** [Speaking Vietnamese].
**DAVID DUONG:** Okay.
**KRISTINA DUONG:** Yeah.
**MARIO JUAREZ:** And so what we agreed the last time is, like, we will pay the penalty letter for being late on our payments and our taxes whenever we get those letters --
**HENRY VO:** Yeah.
(Conversation in Vietnamese is not transcribed.)
**MARIO JUAREZ:** -- why worry about it right now if we don't get those letters, right?
**UNIDENTIFIABLE MALE VOICE:** Yeah.
(Conversation in Vietnamese is not transcribed.)
**MARIO JUAREZ:** And so that was the decision that we thought that we made. And I -- and I was okay with it. So I said, Yeah, when they send me the penalty letter, as long as we pay within a certain amount of time, they'll be okay.
**KRISTINA DUONG:** Is that the same as this?

**HENRY VO:** No.
**KRISTINA DUONG:** Huh?
**HENRY VO:** [Speaking Vietnamese].
**DAVID DUONG:** How much is that? The 318,000?
**KRISTINA DUONG:** Payroll tax, I thought [overlapping].
(Simultaneous conversations are inaudible and/or indiscernible and not transcribed.)
**HENRY VO:** Or settlement.
(Conversation in Vietnamese is not transcribed.)
**CECILIA MENDEZ:** In other words, Kristina, we are just acknowledging that these payroll taxes, we're going to be receiving a bill. So you don't -- we don't have to pay them right now.
**HENRY VO:** What -- what -- what I mean that, like, the settlement, I understand it. But what I mean that the tax is just we surprise we see today.
**CECILIA MENDEZ:** Right, because we wanted you to acknowledge that --
(Simultaneous conversations are inaudible and/or indiscernible and not transcribed.)
**CECILIA MENDEZ:** -- these amounts will be billed.
**HENRY VO:** But -- but it not be in before.



**KRISTINA DUONG:** What -- what is this payroll taxes, the one that just added, just so I understand.
**MARIO JUAREZ:** Uh-huh, so that --
**KRISTINA DUONG:** What is this new payroll taxes that you just added?
**MARIO JUAREZ:** So that -- because the penalty, the penalty, the settlement.
**KRISTINA DUONG:** Uh-huh.
**MARIO JUAREZ:** The settlement amount also incurs that payroll tax.
**KRISTINA DUONG:** Okay. Because the settlement is part of the payroll?
**MARIO JUAREZ:** Exactly.
**CECILIA MENDEZ:** Correct.
**KRISTINA DUONG:** Okay. So the settlement amount was not in here?
**HENRY VO:** So that why -- that why it's make me confuse because, like, you -- because you put [indiscernible] the total amount of tax. It's one line items. I get, like, four --
**CECILIA MENDEZ:** Because we received the bill for that.
**HENRY VO:** Yeah, I -- I --
Yeah, I got four receipt --
**MARIO JUAREZ:** But --



**HENRY VO:** -- to match with that -- that --
**MARIO JUAREZ:** But I do want [overlapping] --
**HENRY VO:** -- that amount.
**MARIO JUAREZ:** With -- with due respect --
**HENRY VO:** Yeah.
**MARIO JUAREZ:** -- I want to say something the way they do it and they think this way in Mexico.
They don't -- they don't think the way that we think over there in terms of payroll. You're not -- for example, the payroll account, you cannot do anything but payroll out of that bank account. So that bank account can only pay the payroll. You cannot pay your personal, you cannot pay even taxes, you cannot pay anything but payroll out of that one bank account. You have to use another account to pay your taxes.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** And so that's -- so they have different ways of thinking.
**DAVID DUONG:** Well, I'll tell you what. If -- if he question, just clear it up because, you know, if he's not clear, then our book not clear.
**UNIDENTIFIABLE MALE VOICE:** Yeah.
**DAVID DUONG:** So you could be clear and, you know, [inaudible].
But let me -- let --



**KRISTINA DUONG:** Hey, hey, the 60,000 peso --
**HENRY VO:** Uh-huh.
**KRISTINA DUONG:** -- how many guys?
**MARIO JUAREZ:** It was two people.
**KRISTINA DUONG:** Two people?
**MARIO JUAREZ:** Yeah.
**KRISTINA DUONG:** Okay. So . . .
**MARIO JUAREZ:** So the settlement was anywhere between --
**KRISTINA DUONG:** How many --
Hold on.
**MARIO JUAREZ:** -- one month and three months, right?
**KRISTINA DUONG:** Hold on. Hold on.
What is taxes for September through December? What taxes is that?
**MARIO JUAREZ:** Those are payroll taxes, and those -- and that's a penalty letter we got it from SAT. We got a letter saying we -- You owe us this amount of money.
**KRISTINA DUONG:** Okay. Oh, so -- okay.
**HENRY VO:** So -- so -- so --
**KRISTINA DUONG:** And then after that, you have the payroll taxes breaking out. Okay.
**CECILIA MENDEZ:** Uh-huh.
**MARIO JUAREZ:** And so we're catching up.
**KRISTINA DUONG:** This is my understanding. Okay?

Page 89

**MARIO JUAREZ:** Yeah.
**KRISTINA DUONG:** But correct me if I'm -- if you don't see it the same way.
So what he has here is every payroll 16,000, right? And then there's a payroll tax on top of it of 25 -- not thousand -- peso. Okay?
So down here, if we settle the two guys out for one month or one week, whatever that 60 -- 60,000 peso, we have to also pay tax on that 60,000 settlement.
**MARIO JUAREZ:** Uh-huh, exactly.
**KRISTINA DUONG:** It's just like a payroll.
**MARIO JUAREZ:** Yeah.
**KRISTINA DUONG:** If you settle with them, you still have to pay tax. If over there, you pay tax on top of payroll.
**MARIO JUAREZ:** But I'll give you an example, Kristina.
**HENRY VO:** So -- so -- so -- so that -- that, I understand.
**KRISTINA DUONG:** Okay.
**HENRY VO:** But what I mean that I thought that tax, it included in one line item --
**MARIO JUAREZ:** Yeah.
**HENRY VO:** -- because, like -- because, like, the way I [unintelligible] --
**KRISTINA DUONG:** Hold on.

Page 90

**HENRY VO:** -- I cannot calculate up into this number.
**KRISTINA DUONG:** Okay.
**HENRY VO:** I don't know how this number calculate it --
**KRISTINA DUONG:** Okay.
**HENRY VO:** -- because I thought that, like, every --
**KRISTINA DUONG:** He probably -- he probably would have that number.
So what he's saying -- because I -- I also -- that's why I asked you earlier what's taxes.
**MARIO JUAREZ:** Uh-huh.
**KRISTINA DUONG:** So taxes is all -- is up to December 2023 --
**MARIO JUAREZ:** Uh-huh.
**KRISTINA DUONG:** -- all the way back to September --
**MARIO JUAREZ:** But that includes --
**KRISTINA DUONG:** -- [inaudible].
**MARIO JUAREZ:** That includes the penalty, though.
**KRISTINA DUONG:** Back -- back to September. Okay?
And then you got January -- you got January payroll. He lists out the tax a separate way.
**MARIO JUAREZ:** Uh-huh.
**KRISTINA DUONG:** Okay? So, really, he couldn't calculate this --
**MARIO JUAREZ:** Uh-huh.

Page 91

**KRISTINA DUONG:** -- because you just said it --
**MARIO JUAREZ:** Uh-huh.
**KRISTINA DUONG:** -- there's a penalty.
**MARIO JUAREZ:** Exactly.
**KRISTINA DUONG:** So where is that letter and -- and --
**MARIO JUAREZ:** He has it.
**KRISTINA DUONG:** Okay. So because this one is going back December --
**MARIO JUAREZ:** Uh-huh.
**KRISTINA DUONG:** -- going back to September. And then he started breaking out January --
**MARIO JUAREZ:** Yeah.
**KRISTINA DUONG:** -- payroll taxes, payroll taxes.
**MARIO JUAREZ:** Kristina, may I say something --
**KRISTINA DUONG:** And then --
**MARIO JUAREZ:** -- that is important?
I know that you're going in the right direction. But in Mexico, they don't let you do one line item for payroll. So they don't let you do payroll and the tax as a one liner. The -- the accounting way of theirs is payroll and taxes, and they have to be paid from two different accounts. I just wanted to say that.
**KRISTINA DUONG:** And I think separately is even better, but, anyway.
**MARIO JUAREZ:** Uh-huh.

Page 92

**KRISTINA DUONG:** So then he broke it out, like, by weekly. So every week is 60,000 peso, and then taxes. He broke it out. Okay?
And then what he's saying is that --
**MARIO JUAREZ:** Carlos [phonetic].
**KRISTINA DUONG:** -- two guys we settled for 60,000 peso.
**MARIO JUAREZ:** Yeah.
**KRISTINA DUONG:** We still have to pay tax just like the previous one.
So the only one is, really, if you don't understand 318 how that has the penalty. That's why he couldn't calculate it up to that -- that number.
**DAVID DUONG:** When did you fire, you know, those [inaudible]?
**MARIO JUAREZ:** Mid -- mid-January, when you sent me --
**DAVID DUONG:** January [overlapping]?
**HENRY VO:** No, because, like, on -- on the --
**KRISTINA DUONG:** [Speaking Vietnamese].
**HENRY VO:** -- on -- on -- on the form, it doesn't say that. It just say the tax number, like, on the -- yeah, it just say tax number [overlapping]. That's it.
**CECILIA MENDEZ:** On the letter, uh-huh.
**HENRY VO:** It doesn't show any.
And that is calculated on the -- on --

**KRISTINA DUONG:** So --
**HENRY VO:** -- on -- on the monthly -- on the weekly salary, right?
**KRISTINA DUONG:** Right.
**HENRY VO:** I tried to plus that number together. It doesn't -- can come up with it. It's -- it come shorter a lot. So that why I called that "settlement" in here.
**UNIDENTIFIABLE MALE VOICE:** Uh-huh.
**HENRY VO:** It's only -- only included here because, like, this settlement is not recently.
**KRISTINA DUONG:** I see. I see what you're saying.
**CECILIA MENDEZ:** Yeah.
**HENRY VO:** Do you know what I mean?
So that why --
**KRISTINA DUONG:** Okay. So he's saying -- what he's saying is that in the 318, if he took it out and divided up to the 60,000 peso --
**UNIDENTIFIABLE MALE VOICE:** Uh-huh.
**KRISTINA DUONG:** -- a week, two guys, plus the taxes, it doesn't equate. So he thought that the settlement and the taxes is already in there.
**HENRY VO:** Yeah.
**KRISTINA DUONG:** And now you bill it separately. That's what he's saying.
**MARIO JUAREZ:** No, we -- we -- so you're right --



**KRISTINA DUONG:** So -- so --
**MARIO JUAREZ:** -- that it may create that confusion. But I'm -- I'm just trying to tell you, I cannot account for it on a -- on a one line item. So it doesn't -- never the payroll will be -- would include taxes. Never. So when we calculate going forward, the payroll will be the payroll, and the taxes for the payroll will be in a different line item.
**KRISTINA DUONG:** Who came up with 3 -- 318,000 peso?
**MARIO JUAREZ:** They use a -- 318,000 --
**CECILIA MENDEZ:** It's in the bill.
**KRISTINA DUONG:** Huh?
**MARIO JUAREZ:** That's the bill from SAT, like our IRS.
**CECILIA MENDEZ:** But, remember, not all the time we -- we only had eight employees.
So I know that you're calculating that the taxes based on the current amount of employees that we have, but that is incorrect. Like, I was -- I was looking at one of the [indiscernible] that we provided Henry.
**MARIO JUAREZ:** Uh-huh, that's a good point.
**CECILIA MENDEZ:** At one point -- see Employee number 36. So at one point, there -- there was 36 employees. So we are paying taxes -- the -- the bills that you receive --



**HENRY VO:** Thirty-six employee?
**CECILIA MENDEZ:** Yeah.
**KRISTINA DUONG:** Huh?
**CECILIA MENDEZ:** So at one point there were more employees there. That's what I'm just trying to say. So we haven't had only eight employees in Mexico. There would be more than that. That's why you see a large amount in taxes.
**MARIO JUAREZ:** That's -- that's a very good point. We -- first of all, payroll taxes vary because we -- we have -- right now the law is that we can use 46 hours --
**KRISTINA DUONG:** Because I thought I saw a document somewhere, before, [speaking Vietnamese].
**DAVID DUONG:** Hold on.
(Conversation in Vietnamese is not transcribed.)
**DAVID DUONG:** Here.
**KRISTINA DUONG:** Huh?
[Speaking Vietnamese] where?
**UNIDENTIFIABLE MALE VOICE:** Uh-huh.
**HENRY VO:** [Speaking Vietnamese].
**KRISTINA DUONG:** Where?
**CECILIA MENDEZ:** Maybe we can work this out.
(Simultaneous conversations are inaudible and/or indiscernible and not



transcribed.)
**MARIO JUAREZ:** [Overlapping] then we have to finish this off.
**CECILIA MENDEZ:** Yeah.
**MARIO JUAREZ:** We cannot keep going back and forth on the same issue.
**CECILIA MENDEZ:** This is true.
**DAVID DUONG:** [Overlapping] I don't know --
**MARIO JUAREZ:** Yeah. Yeah, we keep going -- because we [inaudible] fixed already. [Overlapping] he keeps studying the payroll, and then people get upset. And we have payroll next week.
**UNIDENTIFIABLE FEMALE VOICE:** Mm.
(Conversation in Vietnamese is not transcribed.)
**DAVID DUONG:** That's -- that's penalty and -- and then -- and then payroll tax, but --
**MARIO JUAREZ:** Uh-huh, but, also, we have more important [overlapping].
(Simultaneous conversations are inaudible and/or indiscernible and not transcribed.)
**DAVID DUONG:** No, eight -- eight employees.
**MARIO JUAREZ:** No, we have more than eight [inaudible].

**KRISTINA DUONG:** The only thing is this -- okay? -- that number can be anything. It's just that, Did you show him? And you said, yes, you showed him the letter.
**UNIDENTIFIABLE MALE VOICE:** Yeah.
**KRISTINA DUONG:** And, basically, the letter is from a tax agency.
**DAVID DUONG:** [Speaking Vietnamese].
**HENRY VO:** Tax.
**DAVID DUONG:** [Speaking Vietnamese].
**HENRY VO:** No, it's not [indiscernible]. It doesn't --
**UNIDENTIFIABLE MALE VOICE:** Yeah.
**MARIO JUAREZ:** No, it's a penalty.
**DAVID DUONG:** Yeah, penalty in there.
**MARIO JUAREZ:** Yeah, I can assure you it's penalty [overlapping].
**DAVID DUONG:** Okay? [Indiscernible] coming from the tax, so --
**KRISTINA DUONG:** I understand.
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** It's a penalty and payroll tax in there for eight people.
**MARIO JUAREZ:** More than eight people.
**HENRY VO:** It doesn't show penalty.
**MARIO JUAREZ:** No, it's -- it's more -- for more than eight people in there.



**DAVID DUONG:** Okay. But I'm just using eight.
**MARIO JUAREZ:** Yeah, uh-huh.
(Conversation in Vietnamese is not transcribed.)
**DAVID DUONG:** No, he's saying more than eight. He already confirmed that it's more than eight.
**MARIO JUAREZ:** Yeah.
**KRISTINA DUONG:** Okay.
**MARIO JUAREZ:** At some point we had 36 employees.
**KRISTINA DUONG:** Right.
[Speaking Vietnamese].
**DAVID DUONG:** So -- so you do the eight, uh-huh, still.
**KRISTINA DUONG:** [Speaking Vietnamese] the reason payroll [speaking Vietnamese]. You can't.
**DAVID DUONG:** No, here, let me explain so you see this.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** You said that 318,534 --
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** -- that payroll tax and penalty for more than eight people.
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** So let's use eight only.



**MARIO JUAREZ:** Okay.
**DAVID DUONG:** Okay? You said more than eight. If I use that number --
**KRISTINA DUONG:** [Speaking Vietnamese].
**DAVID DUONG:** -- divided for four months -- and that's it for four months --
**KRISTINA DUONG:** Uh-huh.
**DAVID DUONG:** -- September, October, November, December.
**KRISTINA DUONG:** Right, right.
**DAVID DUONG:** Four months, right?
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** Then you get to a number.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** And divided to the eight --
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** -- you only got, you know, like, 9,900.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** But in here, you put it 1,200 each --
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** -- 1,206. And -- and this is including --
**UNIDENTIFIABLE MALE VOICE:** We -- we -- we --
**DAVID DUONG:** -- included penalty.
**MARIO JUAREZ:** You're right.



**DAVID DUONG:** And you say that, more than eight.
**MARIO JUAREZ:** I know. But that's all I got -- got a penalty letter from. I didn't get a letter saying more. That's what they said. If we prepaid more taxes -- because at some point, we would pay more taxes.
**DAVID DUONG:** Well, I know. But -- but where is --
**KRISTINA DUONG:** But where is --
**DAVID DUONG:** -- 12 -- twelve-six hundred coming out of?
**KRISTINA DUONG:** No, that's --
**MARIO JUAREZ:** No, I tried to tell you something. I'm trying to tell you that at some point, we --
**DAVID DUONG:** Did you project that?
**MARIO JUAREZ:** What's that?
**DAVID DUONG:** You project it?
**MARIO JUAREZ:** No, we don't project. There's -- there's a software that is used to do the payroll. And there is also -- there is also -- first of all, taxes go up and down too. They may go down [overlapping] --
**HENRY VO:** [Speaking Vietnamese].
**MARIO JUAREZ:** If your employees don't use the -- the -- the medical services, it goes down too. Like, at some points, like, if you don't use a lot of their medical -- for example, one of the deductions is medical services.

(Conversation in Vietnamese is not transcribed.)
**MARIO JUAREZ:** So that -- that percentage goes down because your company is a lower risk. So there is also risk factors.
**DAVID DUONG:** Right.
So --
**KRISTINA DUONG:** [Speaking Vietnamese] payroll record [speaking Vietnamese].
**DAVID DUONG:** Yes.
Huh?
So did you show the payroll record to them?
**MARIO JUAREZ:** Yeah, I showed them the pay --
**HENRY VO:** [Speaking Vietnamese].
**DAVID DUONG:** Oh, from accountant? [Overlapping] --
**MARIO JUAREZ:** From the -- well, we fired our accountant.
**HENRY VO:** [Speaking Vietnamese].
**DAVID DUONG:** They said it's -- he confusing, you know, [overlapping].
**MARIO JUAREZ:** It is, because we fired our accountant.
What I did propose is this: I said, Listen, I will pay these bills. I will show that I paid it, and I will do it front of you on a computer so you can see that



I paid them to the SAT authority, which is the IRS, and it will be clear. You will see it done, because that way you will see that it's done and it will be zero. And once it's zero, then I don't have a problem.
Now, they will send those letters later for being late on this -- these ones, but we will pay those as well. However they calculate it, they will send us a letter.
**DAVID DUONG:** When did we get the letter for 318,000? What's the date on it?
**MARIO JUAREZ:** I think it was December --
[Speaking Spanish]?
When -- when was the letter?
**HENRY VO:** Because, like, it's send, like -- like, bi- -- bimonthly. But I don't know, like, why the [indiscernible] delay that long [inaudible] until now we don't pay the [indiscernible].
**MARIO JUAREZ:** Because if you don't -- if you don't report your payroll, they'll -- they'll -- they'll catch -- they'll catch you eventually.
**KRISTINA DUONG:** Yeah, yeah.
**HENRY VO:** Oh, you don't -- so --
**MARIO JUAREZ:** If you don't report your payroll --
**KRISTINA DUONG:** You just have to pay penalty.
**MARIO JUAREZ:** Yeah.



**KRISTINA DUONG:** So all this time we haven't paid tax.
**MARIO JUAREZ:** We haven't.
**KRISTINA DUONG:** So when we pay them --
**MARIO JUAREZ:** And so we -- we will --
**KRISTINA DUONG:** -- we're going to get a penalty letter too?
**MARIO JUAREZ:** We're going to get a penalty letter.
But we decided that we --
**HENRY VO:** So -- so -- so it's mean that, like, if -- because, like, the payroll we pay directly to you and --
**KRISTINA DUONG:** Can I see that one?
**CECILIA MENDEZ:** Which one?
**KRISTINA DUONG:** That one.
**CECILIA MENDEZ:** Oh, yeah.
**KRISTINA DUONG:** So I can [overlapping].
**HENRY VO:** -- if -- I -- I -- I mean, like if -- if we pay -- like, you say there's couple employee you pay in cash or something.
If you pay in cash, you don't report payroll, we don't have to pay cash?
**MARIO JUAREZ:** No, we -- we -- we pay -- first of all, all of the payroll that's paid, even in cash, it has to be paid from the -- from the payroll account. They go to the ATM, and they withdraw it. They have a ATM card, every employee.



**HENRY VO:** They have ATM card?
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** Okay. Because based on this --
**HENRY VO:** Yeah, [unintelligible] --
**DAVID DUONG:** -- you say that included penalty and all that.
Based on this, I rather not pay, let them send the letter because it cheaper than you're going to --
**MARIO JUAREZ:** Well --
**DAVID DUONG:** -- then you're paying them, you know, 12,600.
**MARIO JUAREZ:** You know, I'm going to get hit eventually, and they may delay our -- our -- our stuff if we don't get a good [indiscernible] of non-compliance. That's a big deal.
**DAVID DUONG:** But -- but we just cleared.
How is that coming for? How is this calculating --
**MARIO JUAREZ:** They -- they --
**DAVID DUONG:** -- from the payroll come to 1,600 --
**MARIO JUAREZ:** I -- I --
**DAVID DUONG:** -- [unintelligible] -- is it 12,600 --
(Inaudible conversations are not transcribed.)
**DAVID DUONG:** -- yeah, compare with a letter of

Page 105

penalty with -- you know, with late charge and everything and it's only, you know, 10,000.

**MARIO JUAREZ:** Yeah. I don't know how they're going to calculate my -- my late fees. But I'll tell you this, that they will have an issue if we have a late payment on -- on the record. And we have to be tax-clear to -- to export.

**DAVID DUONG:** I know. But -- but -- okay. Let's say that.

Why do we want to pay more than what we're supposed to pay?

**MARIO JUAREZ:** But pay -- pay -- pay the amount that you're supposed to pay.

**DAVID DUONG:** Okay. What's -- what the amount we're supposed to pay?

**MARIO JUAREZ:** It's in there. It's in there. It's -- it's -- this is supposed to -- this is based on our payroll software that we have to do it. And we will get the invoices for those payrolls, receipts. So it's not like it's not going to show your receipt. It's not like I'm going to say, Okay. This month or this payroll tax.

**DAVID DUONG:** Okay. We need -- we need to look at that software to see if that's an updated model because, still, you answer me --

Page 106

**MARIO JUAREZ:** Yeah.

**DAVID DUONG:** -- with this number, the letter coming from them.

**MARIO JUAREZ:** Uh-huh.

**DAVID DUONG:** For penalty and everything in there with eight guys instead of six guys.

**HENRY VO:** Eight plus.

**DAVID DUONG:** Yeah, eight or more, it's only 10,000.

**MARIO JUAREZ:** Yeah.

**DAVID DUONG:** Then, you know, so --

**MARIO JUAREZ:** It may be more.

**CECILIA MENDEZ:** No.

**MARIO JUAREZ:** [Overlapping] may be more taxes.

**DAVID DUONG:** So -- so let's say if -- if it's your own money --

**KRISTINA DUONG:** No.

**DAVID DUONG:** -- you have to find out [overlapping].

**KRISTINA DUONG:** Mario, listen.

**MARIO JUAREZ:** I am listening. Go ahead.

**KRISTINA DUONG:** Okay. You don't get what he's trying to say.

**MARIO JUAREZ:** I do.

**KRISTINA DUONG:** [Indiscernible] --

No, you don't.

**MARIO JUAREZ:** I do. I do, Kristina.

Page 107

**CECILIA MENDEZ:** No -- and let me see.

**KRISTINA DUONG:** No, no --

**CECILIA MENDEZ:** Can you repeat that?

**KRISTINA DUONG:** No, you don't. That's why you answer wrongly just now.

He's saying the 318 is for four months for eight guys. If you take that and you divide it all out, it's less than 10,000 peso --

**MARIO JUAREZ:** Yeah, which is --

**KRISTINA DUONG:** -- tax.

**MARIO JUAREZ:** -- which is less than our weekly.

**KRISTINA DUONG:** Hold on.

So why is it now only two guy but the tax is so much higher?

**MARIO JUAREZ:** No, there's six guys.

**HENRY VO:** Uh-huh, six guy.

**KRISTINA DUONG:** Six guys. Okay. Six guys.

**CECILIA MENDEZ:** But remember we just fired -- but we just fired them in January, second week of January.

**MARIO JUAREZ:** Yeah, I know, but the amount is lower. What they're saying is that the amount of the letter is lower --

**KRISTINA DUONG:** Right.

**MARIO JUAREZ:** -- and it should be -- our taxes are taxed -- are taxed [unintelligible] -- our tax exposure.

Page 108

**CECILIA MENDEZ:** Can I see that?

**KRISTINA DUONG:** Oh, yeah, [inaudible] to that. Okay.

**MARIO JUAREZ:** [Indiscernible].

**CECILIA MENDEZ:** Look.

**KRISTINA DUONG:** So why is it 25,000 peso now?

**CECILIA MENDEZ:** When we had eight employees, it was 25,200 --

**MARIO JUAREZ:** Uh-huh.

**CECILIA MENDEZ:** -- per week.

**MARIO JUAREZ:** Uh-huh.

**CECILIA MENDEZ:** If you multiply that --

**DAVID DUONG:** And -- and [overlapping] --

**CECILIA MENDEZ:** I'm just guessing. I don't --

**MARIO JUAREZ:** Go ahead.

**DAVID DUONG:** -- payroll higher than [overlapping] --

**CECILIA MENDEZ:** Times four. This is per [overlapping].

**DAVID DUONG:** -- eight guy and payroll higher than six guy now, too, because we just -- we're losing the payroll down.

**CECILIA MENDEZ:** How many months we have [overlapping]?

**MARIO JUAREZ:** No, no, but, look, look.

**CECILIA MENDEZ:** Three?

**MARIO JUAREZ:** David, David, David,

[unintelligible] -- show -- show -- show that penalty, David.

**DAVID DUONG:** Okay.

**MARIO JUAREZ:** Show him that. That's actually . . .

**CECILIA MENDEZ:** So in the week -- just example. In the first week where we had eight employees, it was 25,200.

**KRISTINA DUONG:** Uh-huh.

**CECILIA MENDEZ:** 25,200. If you multiply that times four, this is --

**MARIO JUAREZ:** That's the point.

**CECILIA MENDEZ:** -- one month. Here, September, October, November, December.

**UNIDENTIFIABLE MALE VOICE:** Four month, uh-huh.

**CECILIA MENDEZ:** -- that's four months.

**DAVID DUONG:** Right, right. But the letter, it's only 318. That's what I'm trying to say --

**UNIDENTIFIABLE FEMALE VOICE:** 318.

**DAVID DUONG:** -- because [overlapping] sending you --

**KRISTINA DUONG:** Yeah, why -- why --

Yeah.

**DAVID DUONG:** -- this is what you owe, this is [overlapping] --

**MARIO JUAREZ:** No, no, no, no, I understand. But it may be -- it may be that there were some -- some payments



premade [inaudible]. So that makes it --

**CECILIA MENDEZ:** Let -- let me double-check the --

**KRISTINA DUONG:** If that's penalty, then it should have been more.

**MARIO JUAREZ:** It should be more. I think it should be. But this -- this -- this is what they're saying that we owe them. So we have to report them, and I'm -- I'm getting the letter.

**KRISTINA DUONG:** Uh-huh.

**MARIO JUAREZ:** Then I pay it.

**KRISTINA DUONG:** In -- in other words, we got the letter for 318 and we don't even understand why we're paying it.

**HENRY VO:** Yeah.

**KRISTINA DUONG:** That's what I mean, because --

**CECILIA MENDEZ:** Let's -- let's confirm the dates.

**KRISTINA DUONG:** -- we're paying less tax than what you're asking for right now.

**MARIO JUAREZ:** Hmm?

**CECILIA MENDEZ:** Let's confirm the dates.

**HENRY VO:** So -- so -- so -- so that why --

**CECILIA MENDEZ:** [Overlapping].

**HENRY VO:** That -- that why as partner, we don't want you to pay out of pocket, right? We want you [indiscernible] something is [indiscernible].

**MARIO JUAREZ:** If -- if the tax authority sends me a



letter, says pay it, I will bring it to my board and I say my tax authority is telling me to pay it. I don't have an accountant so I can go and say, Explain this to me. So I don't have an accountant now, you know, because we don't need an accountant. And so --

**DAVID DUONG:** I agree. And that's what -- that's what I say.

(Conversation in Vietnamese is not transcribed.)

**DAVID DUONG:** Based on this, you know, [overlapping] we'd rather have them because, here, the eight guys that we have --

**MARIO JUAREZ:** No, no.

**DAVID DUONG:** -- we even say more than 6,000 each. You just reduce it from the last time. You going there, you -- you know, we losing two guy and reducing the rate for the six that we keep.

**MARIO JUAREZ:** Yeah.

**DAVID DUONG:** But even though with eight guy and more money, we pay more and we're only paying 318,000 for their back tax and all those.

**MARIO JUAREZ:** But we agree that whatever the penalty letter was going to be, we'll pay them.

**KRISTINA DUONG:** Yeah.

So -- but -- but the way it is, David said --



**DAVID DUONG:** Is it penalty in here or no?

**KRISTINA DUONG:** -- David said that we're better off waiting for the penalty letter; it's cheaper.

**MARIO JUAREZ:** No, no, I get it. And I get it.

So my -- my take is if you want to do it that way, fine, no problem. Don't pay the taxes. Okay?

**DAVID DUONG:** Okay.

**MARIO JUAREZ:** Don't pay the taxes if you don't want to. There will be a letter that will be forthcoming, and they'll tell us how much it is.

**DAVID DUONG:** Uh-huh. All right.

**MARIO JUAREZ:** Okay?

But they already sent me a letter, and that's all I have is just a letter for the 318,000. That's all they sent me. So I don't know what they will send me for the rest. So I -- if you believe that that's a better deal not to pay the -- the payroll taxes now --

**DAVID DUONG:** So [overlapping] --

**MARIO JUAREZ:** -- I don't [overlapping] agree with you.

**DAVID DUONG:** -- 318,000, what's including in there? Did they say what's including in that?

**MARIO JUAREZ:** It's basically the amounts --

**KRISTINA DUONG:** Tax and penalty.

**MARIO JUAREZ:** -- that are due, tax and penalties.

They said -- that's what they said.
**DAVID DUONG:** Okay. Tax and penalty. Okay.
**MARIO JUAREZ:** So then I got that letter, and I said to my board, Okay. Here it is. I got a letter saying that I owe this amount of money, right? If it's tax and penalties, it is what it is.
Now, you don't have [inaudible] here and put in the payroll taxes because they wanted to assume how much is going to be going forward. So there's a software called CompuServe, and they do the accounting for that software.
**KRISTINA DUONG:** Is this [overlapping]?
**HENRY VO:** Yeah.
**KRISTINA DUONG:** Oh.
**HENRY VO:** No, [overlapping].
**MARIO JUAREZ:** [Unintelligible] make sure the amount for weekly payments. And I'm supposed to pay that every month, these payroll taxes. When I don't pay that, eventually, the tax authority is going to send me a letter, and they're going to include tax and fees --
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** -- and late payment. If you agree that we should pay the late fees and late payment, I don't have a problem with that. But we should not have a nonpayment status because they may delay our exports.



**DAVID DUONG:** No, when you get that, you have to pay, so --
**MARIO JUAREZ:** Because you have to have a -- a -- a -- it's called a "good standing letter" with that -- with their SAT. We don't have a "good standing letter" with this letter right here, with this one right now, but not with these ones. These ones are not even in their radar, right? David? These ones are not in their radar. This one is on their radar because we did [inaudible].
But I agree with you [overlapping] --
**DAVID DUONG:** What -- what -- what it cost to have, you know, an accountant doing the payroll for, you know, [overlapping].
**MARIO JUAREZ:** The same amount, 6,000 pesos a week.
**DAVID DUONG:** Huh?
**MARIO JUAREZ:** 6,000 pesos a week.
**DAVID DUONG:** For accountant to do that?
**MARIO JUAREZ:** Yeah.
**UNIDENTIFIABLE MALE VOICE:** [Overlapping] --
**MARIO JUAREZ:** [Indiscernible] he was like an employer. We let go of employees.
**UNIDENTIFIABLE MALE VOICE:** So what's the -- what's the exchange rate right now? [Overlapping] --
**MARIO JUAREZ:** Sixteen -- 16.80.



**DAVID DUONG:** So they don't have people outside to doing just payroll for you?
**MARIO JUAREZ:** Yeah, we can do payroll -- no, we have -- in Mexico, they use a full-time payroll person and a full-time accountant [inaudible].
(Conversation in Vietnamese is not transcribed.)
**ANDY DUONG:** They don't have like a third party you can hire?
**MARIO JUAREZ:** They do. You can hire. You can hire people from outside.
(Simultaneous conversations are inaudible and/or indiscernible and not transcribed.)
**DAVID DUONG:** Yeah, they could do [indiscernible] and say that, okay. I have six guys I pay for every week. Can you do, you know, that. And they charge you whatever the way [overlapping].
**MARIO JUAREZ:** What happens is that it's normally more than having -- having an employee. That's why most people don't use the outside, but we can do that.
**DAVID DUONG:** [Inaudible].
**KRISTINA DUONG:** Huh?
**DAVID DUONG:** Not here and not in Vietnam. I don't know why Mexico is different.



(Conversation in Vietnamese is not transcribed.)
**KRISTINA DUONG:** Per week. So 12,600 times 4.3 weeks per month, divided by six head count [speaking Vietnamese].
**DAVID DUONG:** [Speaking Vietnamese]?
**KRISTINA DUONG:** Yeah.
So 318,534 divided by four months divided by eight head count [speaking Vietnamese].
**DAVID DUONG:** Oh.
**KRISTINA DUONG:** So there is penalty in there.
**DAVID DUONG:** Per guy, yeah. Okay.
**KRISTINA DUONG:** [Speaking Vietnamese].
This can clear [phonetic] up per head, per -- yeah, per head [inaudible] per month.
(Conversation in Vietnamese is not transcribed.)
**DAVID DUONG:** Mexico CPA.
**KRISTINA DUONG:** [Indiscernible]? No, I know. [Speaking Vietnamese] peso divided by four months divided by eight guys. So you got 99,900 peso per -- per head.
**HENRY VO:** Yeah.
**KRISTINA DUONG:** So now it's 9,000 per head.
(Conversation in Vietnamese is not transcribed.)
**KRISTINA DUONG:** Per head count.

(Conversation in Vietnamese is not transcribed.)
**DAVID DUONG:** How much is their salary before we -- you know, our reduction?
**MARIO JUAREZ:** 7.500. And some people are being paid 9,000.
**KRISTINA DUONG:** How much per peso per -- per week?
**MARIO JUAREZ:** Depends with -- it was as low as 15 and as high as 16.80.
**KRISTINA DUONG:** Per -- per week?
**MARIO JUAREZ:** Yeah. I mean, like exchange rate.
**KRISTINA DUONG:** No.
**MARIO JUAREZ:** And I know that you were going -- for example, he said let's use the Mexican exchange rate, the bank; but it's not the same.
**KRISTINA DUONG:** No, how --
**HENRY VO:** [Speaking Vietnamese].
**KRISTINA DUONG:** How -- how much -- how much peso you pay payroll every week, around?
Right now it's --
**MARIO JUAREZ:** Oh, it's, like --
**KRISTINA DUONG:** -- 36,000 peso per week right now.
But was -- what was then?
(Simultaneous conversations are inaudible and/or indiscernible and not



transcribed.)
**MARIO JUAREZ:** I think it was, like, 60,000.
**KRISTINA DUONG:** 60,000 peso?
**MARIO JUAREZ:** [Inaudible]. Just for payroll.
**DAVID DUONG:** [Speaking Vietnamese] accountant -- outside accountant, see what they're [overlapping]. [Overlapping], yeah.
**HENRY VO:** [Speaking Vietnamese].
**DAVID DUONG:** Yeah. Yeah, he -- he already said --
**KRISTINA DUONG:** [Speaking Vietnamese].
**DAVID DUONG:** -- he's using a program --
**HENRY VO:** Yeah.
**DAVID DUONG:** -- tax program.
**HENRY VO:** Uh-huh.
**DAVID DUONG:** But, you know, four, so --
**HENRY VO:** Yeah.
**DAVID DUONG:** -- he probably don't even know -- you know, but that's the program --
**HENRY VO:** Yeah, yeah.
**DAVID DUONG:** -- what he say that all the tax we have to pay for.
**HENRY VO:** Mm.
**MARIO JUAREZ:** And we have to pay for the program, too, for the license every year.
**UNIDENTIFIABLE MALE VOICE:** Right now.



**KRISTINA DUONG:** [Indiscernible].
(Conversation in Vietnamese is not transcribed.)
**KRISTINA DUONG:** [Speaking Vietnamese] proof of deposit or [speaking Vietnamese].
(Conversation in Vietnamese is not transcribed.)
**MARIO JUAREZ:** I'm going to start speaking Spanish to everybody and if -- you know.
**DAVID DUONG:** No, you -- you can talk with [inaudible]. We don't care. You go ahead.
**ANDY DUONG:** We want to make sure it's clear.
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** Yeah --
**MARIO JUAREZ:** Please.
**DAVID DUONG:** -- if it make sense that's when we talk last time.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** We have to keep those engineer because they have to do the design, they have to do all that for us to get, you know, to the process to get the permit, right?
**MARIO JUAREZ:** Uh-huh. This -- but, also, it's important, moving forward --
**DAVID DUONG:** Right.



**MARIO JUAREZ:** -- because they are the knowledge -- they have the knowledge.
**DAVID DUONG:** Right, I know.
**MARIO JUAREZ:** And they -- and they have to give the knowledge to the supervisors --
**DAVID DUONG:** Right.
**MARIO JUAREZ:** -- that are coming to construct, right? And they -- they have this knowledge. And it's very expensive, but we have invested in them over the year. So the team that we have is very, very centric, very specialized.
**DAVID DUONG:** Right.
**MARIO JUAREZ:** Like, we can get rid of the accountant because another accountant may come in, right? And we could do that. But --
**DAVID DUONG:** So -- so what they suggest -- and I can hear -- they say that, one, that if we get this going, we get all the permits and you still have to do -- you know, build, you know, facility.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** So there would be you know some time. And they said that to reducing -- we don't know how much, you know, can you negotiate with the landlord.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** But to them, they think that six maybe

down, we reduce them to two and until --
**MARIO JUAREZ:** Wow, no, that's not --
**DAVID DUONG:** -- until -- you know, until we open, then rehire them. And then we can order it, and we have to hire them for higher wage, which is okay --
**UNIDENTIFIABLE MALE VOICE:** Uh-huh.
**DAVID DUONG:** -- because you get money to pay for it.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** You know, you get money to get income. But right now that, you know, every dollar going out, it's -- you know, it's just going out from our pocket. So they said that we rather pay them more later than, you know, just [overlapping].
**MARIO JUAREZ:** We -- don't -- don't think that the employees are static. They don't stay and wait for you. They go and go -- get hired by Samsung. They go get hired by Toyota. They get hired, right? So it's not like --
**DAVID DUONG:** How -- how did you hire them at first?
**MARIO JUAREZ:** We recruited them.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** We --
**DAVID DUONG:** So I -- I -- I trust that Mexico get many of them that you can hire [overlapping] --
**MARIO JUAREZ:** They are. They are very talented. But I'm going to tell you something. It's going to take



me a long time to retrain them, David --
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** -- for brand-new architects and engineers. And I -- I hope that what you're making is the right decision, and I was trying to be hopeful in terms of saying why don't we start doing some of the work here --
**UNIDENTIFIABLE MALE VOICE:** Mm.
**MARIO JUAREZ:** -- like, Rio Linda, to start doing some of that work, because I cannot emphasize how -- how important it is that you keep the most talented people on board. But it's your decision and not -- and if you say, Mario, [overlapping] --
**DAVID DUONG:** (Sneezes).
**MARIO JUAREZ:** Bless you.
-- I'll go cut them --
**DAVID DUONG:** Thank you.
**MARIO JUAREZ:** -- because it's your decision. But I am going to voice because this is how reasonable people speak and we speak about it, right? And so let's not be -- what -- what do they say? "Penny sure or pound fool" [verbatim]?
**DAVID DUONG:** [Overlapping] "the gun."
**MARIO JUAREZ:** What is it? Yeah, don't -- let's not "shoot ourselves in the foot" when the times -- when time comes.



**ANDY DUONG:** Let's evaluate again closely and then --
**MARIO JUAREZ:** Yeah.
**UNIDENTIFIABLE MALE VOICE:** -- we could find [inaudible] positions.
**DAVID DUONG:** That's, like --
**MARIO JUAREZ:** But -- but we make --
**DAVID DUONG:** -- this -- this is, like, four [phonetic] go, that's, like, $8,000 a month.
**MARIO JUAREZ:** It may be, but --
**DAVID DUONG:** Right.
**MARIO JUAREZ:** -- on the same time -- let me give you an example.
You have one -- one engineering firm, 12 -- $12,000.
**DAVID DUONG:** Uh-huh.
**MARIO JUAREZ:** One engineer firm for eight hours of working.
**DAVID DUONG:** You can't [inaudible].
**MARIO JUAREZ:** Yeah, you can because that's how much they charge. If you call an architect right now to do -- let's say we go do Rio Linda, right? If you call an architect team for that, easily, easy you're going to spend $50,000. Quote from --
**DAVID DUONG:** Why do we have to hire here? Why can't we use, you know, our people over there and get it done.



**MARIO JUAREZ:** No, that's what I'm trying to tell you. That's a comparison. So I'm giving you a comparison. For example, if we start developing Rio Linda, as an example right -- if we -- and then we -- we meet with Dong [phonetic] or Don --
**DAVID DUONG:** Uh-huh.
**MARIO JUAREZ:** -- Dong downstairs, he's capable and he has [indiscernible], right?
How much do you think he's going to charge to start doing that predevelopment board?
(Conversation in Vietnamese is not transcribed.)
**DAVID DUONG:** I don't know.
**MARIO JUAREZ:** Fifty to a hundred thousand, just to start. Like that, right?
And so what I was saying to you last time, on the last meeting, I say, David, put us to work on something else, because I can put the people to work and it's easier for me to keep them doing something productive --
**DAVID DUONG:** Then show them what kind of work that you're going to [overlapping].
**MARIO JUAREZ:** That's right, exactly. So that's what I'm saying.
And I said, Michael, can you order the -- the --

the --
**CECILIA MENDEZ:** Survey.
**MARIO JUAREZ:** -- the survey so I can start getting them to work, David. And that's a better decision than to say let's just fire them because we don't have any work.
At the same time, sales is coming online. Right now, now that you have permits, now that you have everything, you're going to need them. These things require people to put the renderings. You --
**DAVID DUONG:** I'll tell you what.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** Why don't we do that.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** When do you go to Mexico?
**MARIO JUAREZ:** Right now.
**DAVID DUONG:** Okay. Coming back tomorrow?
**MARIO JUAREZ:** I'll come back tomorrow if you want me to.
**DAVID DUONG:** We need to schedule -- we need to get the permit. I don't know, with you gone, [indiscernible] deal with it [indiscernible], approve this [overlapping] --
**MARIO JUAREZ:** Well, I needed -- I needed the [overlapping] first.
**UNIDENTIFIABLE MALE VOICE:** Check first.



**DAVID DUONG:** You're going to get -- you're going to get everything done by this Friday.
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** So you run on that.
**MARIO JUAREZ:** Yeah, but I am running --
**DAVID DUONG:** You're going to Mexico.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** You coming back and tell me what your -- you know, what it cost for the facility, then we decide.
**MARIO JUAREZ:** Yeah, that's right. That's -- that's a good -- that's a good idea.
**DAVID DUONG:** [Overlapping].
**MARIO JUAREZ:** I don't have a problem with that.
**UNIDENTIFIABLE MALE VOICE:** But [indiscernible].
**DAVID DUONG:** Instead of decide to -- to cut people down, we'll wait for him to come back to see what we will facing on the rent cost.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** Then we decide. We might, you know, [inaudible] -- he might come back saying that the owner didn't want to reduce. We just say cut everything off. Then, you know, that's easy.
**MARIO JUAREZ:** Then we're done.
**DAVID DUONG:** We don't have to, yeah, [inaudible].



**CECILIA MENDEZ:** Uh-huh.
**MARIO JUAREZ:** Okay. What about repaying all stuff?
**DAVID DUONG:** Huh?
**MARIO JUAREZ:** What about all of this?
**KRISTINA DUONG:** This is the back.
**MARIO JUAREZ:** Yeah.
**KRISTINA DUONG:** Yeah, this is going backward.
**DAVID DUONG:** Oh, now, let me ask you --
**UNIDENTIFIABLE FEMALE VOICE:** [Unintelligible].
**DAVID DUONG:** -- did we clear on the first money that we, you know, advanced?
**KRISTINA DUONG:** I mean, he provided --
**DAVID DUONG:** -- eight [phonetic] $900,000, you know, with the payroll and everything, you know, is this -- we clear on that yet?
**HENRY VO:** That under just travel expense and --
**DAVID DUONG:** No.
**ANDY DUONG:** No, no, the 750 [inaudible].
**DAVID DUONG:** Yeah.
**KRISTINA DUONG:** The 750?
**ANDY DUONG:** Yeah.
**DAVID DUONG:** Yeah, the first money we advance.
**KRISTINA DUONG:** No, just the 83.
**HENRY VO:** [Indiscernible].
83,000.



**KRISTINA DUONG:** Just the 83.
**MARIO JUAREZ:** I was asked to give a report on the 83,000, and I'm going to sit down with Henry to do that.
**DAVID DUONG:** 83,000 of what?
**CECILIA MENDEZ:** Seven.
**MARIO JUAREZ:** Of 85,000.
**KRISTINA DUONG:** The 83,000 that we reimbursed to him for his personal expense, travel and all that.
**DAVID DUONG:** [Inaudible].
**KRISTINA DUONG:** The 750 that we sent over --
**DAVID DUONG:** Yeah.
**KRISTINA DUONG:** -- to invest --
**DAVID DUONG:** Uh-huh.
**KRISTINA DUONG:** -- no, that's supposed to be for the two containers and, you know, whatever it is.
No, not yet.
**DAVID DUONG:** No, we need to -- to see that because it don't cost us, you know, 750 for those, you know, two container, you know, their payroll and all that stuff in there. And, you know, we need to clear that because --
**CECILIA MENDEZ:** The -- the accountant was working on it --
**DAVID DUONG:** -- if it come to the point --
**CECILIA MENDEZ:** -- but --
**KRISTINA DUONG:** Right, right.

**CECILIA MENDEZ:** -- it stopped, yeah.
**KRISTINA DUONG:** The accountant is supposed to be.
**CECILIA MENDEZ:** Yeah.
**KRISTINA DUONG:** And then what happened?
**CECILIA MENDEZ:** He was working on it.
**DAVID DUONG:** Yeah, because when it come to where --
**HENRY VO:** Seven hundred --
**DAVID DUONG:** -- backpay, you have to clear with the first money, the first batch of money.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** Otherwise, why -- you know, why we're not even clear that. And now, you know, we have this, you know, the -- that backpay.
**HENRY VO:** Seven -- 750,000?
**DAVID DUONG:** Yeah.
**ANDY DUONG:** That was the --
**DAVID DUONG:** For those two container example.
**KRISTINA DUONG:** That was -- that was the capital --
**CECILIA MENDEZ:** The original.
**KRISTINA DUONG:** -- original, yeah.
**UNIDENTIFIABLE MALE VOICE:** Uh-huh.
**DAVID DUONG:** But -- so --
**KRISTINA DUONG:** So you need to -- you need to --
**DAVID DUONG:** So, you know, of course, you build new building, then it cost you buying container, cost you



payroll, cost everything, right?
**MARIO JUAREZ:** Everything, everything, yeah.
**DAVID DUONG:** But it -- it should be clear because, you know --
**UNIDENTIFIABLE MALE VOICE:** Yeah.
**DAVID DUONG:** And the two container, like, 750?
**HENRY VO:** So we still have that money or --
**DAVID DUONG:** Number one, that don't make sense. Number two --
**MARIO JUAREZ:** No, we don't have any [overlapping].
**DAVID DUONG:** -- it's not even permittable.
**MARIO JUAREZ:** It's permitted.
**DAVID DUONG:** Maybe that --
**MARIO JUAREZ:** You keep saying that, David.
**DAVID DUONG:** You just said it's not legal. [Indiscernible] what I said that [indiscernible] it's not permittable.
**MARIO JUAREZ:** But I'm going to make them permittable.
**ANDY DUONG:** No, it -- it was legal before 2024.
**MARIO JUAREZ:** Yeah.
**ANDY DUONG:** Now it's illegal.
**MARIO JUAREZ:** But I [overlapping] --
**KRISTINA DUONG:** So you have to --
**MARIO JUAREZ:** [Overlapping] that's why.
**DAVID DUONG:** But -- but, no, I'm talking about let's



make clear. So, okay, the number is not clear on that 750. We know -- we want to know that where that 750 [overlapping].
**MARIO JUAREZ:** Yeah, of course. I don't have a problem with that.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** And we could --
**HENRY VO:** So do [overlapping] --
**MARIO JUAREZ:** Okay?
But -- but on that one, I just want you to know I won't be able to tackle that task and do everything else by myself. I'm going to need to have more help.
**KRISTINA DUONG:** Why don't you help -- help, Cecilia --
**MARIO JUAREZ:** Cecilia doesn't get --
**KRISTINA DUONG:** -- to help with the accounting side for that 750.
**MARIO JUAREZ:** No, it's going to be an accountant who has to do that.
**KRISTINA DUONG:** Huh?
**MARIO JUAREZ:** I have to get an accountant to do that.
**CECILIA MENDEZ:** All these receipts, all this processes were before I came in. And these are in Mexico, not here. So we need to have actually someone over there --



**HENRY VO:** So we [overlapping] --
**CECILIA MENDEZ:** -- getting [overlapping] records.
**MARIO JUAREZ:** You can send Henry to Mexico.
**DAVID DUONG:** What?
**HENRY VO:** We [overlapping] --
**MARIO JUAREZ:** Can you send Henry?
**HENRY VO:** We still have money on 7,500 [verbatim]?
**DAVID DUONG:** That's what -- hey, he going after this, tracking. All the money gone.
**MARIO JUAREZ:** Oh, of course, that's a -- that -- that's a stupid question. Why would I be asking him for money if I -- if you have money in Mexico.
Are you trying to be smart or just a smart-ass?
**HENRY VO:** No, no, just -- just --
**DAVID DUONG:** He might saying that's a company separately, you know --
**HENRY VO:** No. So -- so-so --
**MARIO JUAREZ:** Don't be a smart-ass. The question is a basic question. I understand that you asked it three times, but he told you no, and I'm telling you no. And it's offensive.
**HENRY VO:** So what -- what -- what assets we have?
**MARIO JUAREZ:** Zero.
**DAVID DUONG:** That -- that's why -- that's why [overlapping] --

Page 133

**HENRY VO:** No, [unintelligible] --
**MARIO JUAREZ:** Why do you -- why do you -- why do you think we're asking for a penny here?
**HENRY VO:** No, what asset. I mean --
**KRISTINA DUONG:** What asset.
**HENRY VO:** Yeah.
**KRISTINA DUONG:** What asset do we have for the 750. That's his question.
**DAVID DUONG:** Because we invest 750, there has to be some assets there.
**MARIO JUAREZ:** Yeah, I know. We, obviously, let the accountant work and do that. I'm not going to explain to you today. [Unintelligible] we were working with an accountant to do all of that reporting. We fired him.
**DAVID DUONG:** Do we have assets, then?
**HENRY VO:** [Overlapping] --
**MARIO JUAREZ:** We do.
**DAVID DUONG:** Okay.
**HENRY VO:** Yeah.
**DAVID DUONG:** That's what we need to know, what assets --
**UNIDENTIFIABLE MALE VOICE:** Yeah.
**DAVID DUONG:** -- we -- we might have --
**MARIO JUAREZ:** And they --
**DAVID DUONG:** -- [overlapping] we might have, you

Page 134

know, whatever, you know, all [indiscernible].
**MARIO JUAREZ:** And -- and all of that stuff, it needs to be done by an accountant team, or you can go do it yourself. I suggest that you go.
**HENRY VO:** I'm not accountant.
**DAVID DUONG:** When -- when can we get that --
**MARIO JUAREZ:** I need to hire -- I need to hire an accountant.
**DAVID DUONG:** -- [overlapping] reporting? There's supposed to be a report.
**MARIO JUAREZ:** Of course. I need to get an accountant hired for that. So if you authorize me, I hire and all that stuff.
**KRISTINA DUONG:** So we still have all --
**DAVID DUONG:** No, not authorize --
**KRISTINA DUONG:** -- the records.
**DAVID DUONG:** -- [overlapping]. Your job is to report to make sure it's clear on that money.
**CECILIA MENDEZ:** I'm sorry?
**MARIO JUAREZ:** Yeah, but that's what I mean --
**DAVID DUONG:** What you mean we authorize, the other, you know, accountant to do your work?
**MARIO JUAREZ:** I'm not an accountant.
Yeah, you have an accountant -- you have two accountants here -- three accountants, three people for

Page 135

payroll and for everybody.
**DAVID DUONG:** But you spend it over there. No one over here can --
**KRISTINA DUONG:** Uh-huh.
**DAVID DUONG:** -- you know, will [phonetic] do that job.
**MARIO JUAREZ:** I didn't spend it over there.
**DAVID DUONG:** So he --
**MARIO JUAREZ:** It was spent by the company. It was spent for the benefit of the --
**DAVID DUONG:** Not by the company, by you, baby.
**MARIO JUAREZ:** Okay.
**DAVID DUONG:** No, no one here approved that. So don't say that it's spent for the company. You just have to get it done, Mario --
**MARIO JUAREZ:** David --
**DAVID DUONG:** -- because the more you talk on this today, I will tell you, then, from now on, there is no penny coming out until we're clear on that.
**MARIO JUAREZ:** Okay.
**DAVID DUONG:** If you tell me that I'll get accountant, I'll get it cleared, tell me the date. Then we can deal on this.
**MARIO JUAREZ:** But --
**DAVID DUONG:** But if you say that it don't clear

Page 136

yet --
**MARIO JUAREZ:** I --
**DAVID DUONG:** -- because the money is still hanging out there --
**MARIO JUAREZ:** -- I am -- I am -- I am trying to finish three things --
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** -- five things and six things, and maybe seven things at the same time.
**DAVID DUONG:** That thing should be done at first.
**MARIO JUAREZ:** Every -- every -- every --
**DAVID DUONG:** [Overlapping] Why'd you spend all that money.
**MARIO JUAREZ:** Everything should be done, David.
**DAVID DUONG:** No.
**MARIO JUAREZ:** Every -- permits should be done. Facility should be done.
**DAVID DUONG:** No, no, no, but that money you took it. And then, you know, now you ask for more money. You have to show that the money already used.
**MARIO JUAREZ:** Of course.
**DAVID DUONG:** Man, that's your --
**MARIO JUAREZ:** And that makes a lot of sense.
**DAVID DUONG:** It -- it cannot be an excuse, I get so many thing to do and -- because if everything piling up --
**MARIO JUAREZ:** That is not an excuse, David.

**DAVID DUONG:** If it keep piling up, then -- you know, then nothing will be done.
**MARIO JUAREZ:** Everything is getting done, David, at the same time.
**DAVID DUONG:** When can I get the report on this, you know, 750?
**MARIO JUAREZ:** Probably the next 30 days, 45 days.
**DAVID DUONG:** Just -- just tell me.
**MARIO JUAREZ:** Yeah, maybe in the next month or 45 days to -- to get them.
**DAVID DUONG:** Yeah, that's all I need. If you say that, Look, yes, I owe this; I'll get it done --
**MARIO JUAREZ:** But look how frustrated you're getting.
**DAVID DUONG:** -- I'll get it done in 30 day, 45 day, fine, then we'll deal with it.
**MARIO JUAREZ:** Look how frustrated you're getting just by speaking to me already.
**DAVID DUONG:** [Inaudible]. You're lucky I don't speak Spanish. I feel lucky.
**MARIO JUAREZ:** I got -- I have the feeling you do fucking speak Spanish.
**DAVID DUONG:** So -- so that's an idea [phonetic]. Okay.
**MARIO JUAREZ:** No, I got it. I got you



[overlapping].
**DAVID DUONG:** And, you know -- you know, you have to -- you have to submit. Don't -- don't run around with us. Okay? Yeah, the way that you run --
**ANDY DUONG:** You don't [overlapping].
**DAVID DUONG:** -- you can run it your own company, fine. But you run, you know, this with -- with us and with our money, we still -- we have to book [phonetic] to record.
**MARIO JUAREZ:** Yeah, I got you.
**DAVID DUONG:** Because we cannot just say that, Hey, we lent 750,000 to them. How we -- you know, if we get audited --
**UNIDENTIFIABLE MALE VOICE:** Uh-huh.
**DAVID DUONG:** -- what would they say?
**MARIO JUAREZ:** Yeah, no, that's --
**DAVID DUONG:** Oh, that fucking Mario use all the money.
**UNIDENTIFIABLE MALE VOICE:** [Inaudible] do that.
**MARIO JUAREZ:** Explain to the IRS that way?
**DAVID DUONG:** Yeah.
**MARIO JUAREZ:** "Fucking Mario used the money."
**ANDY DUONG:** But, Mario, you should give back the -- the expense report that you submit, maybe, seven months ago. That's where we left off, with that 750.



**MARIO JUAREZ:** It wasn't complete. But, yeah, we were --
**ANDY DUONG:** Yeah, but at least [overlapping] --
**MARIO JUAREZ:** -- we were on our way.
**ANDY DUONG:** At least we have that.
**MARIO JUAREZ:** We were -- we were -- we were finishing that report. We were on the way of completing that report.
**ANDY DUONG:** But you got to get, you know --
**MARIO JUAREZ:** So I -- I want you to know that we're not -- obviously, we're not -- we didn't disregard it, like -- you know. But we were on the way to complete it.
**ANDY DUONG:** Well, we did disregard it for the past seven months.
**MARIO JUAREZ:** We did, because we -- we got busy with permits and all that stuff, and the sales.
**ANDY DUONG:** But you should pick that up and then left [phonetic] it off and then [overlapping].
**MARIO JUAREZ:** Yeah.
I mean, to me, there's -- everything is important. So I want to be clear about something. Everything that is happening in this company is important, nothing is not important. Money is important, finances are important, and reporting is important. Sales are important. Permits are important. Facilities are



important. Many things are important, right? Everything is important. Okay? But I also have partners.
**DAVID DUONG:** But -- but if the tax --
**MARIO JUAREZ:** And I need help.
**DAVID DUONG:** If -- if the tax audit --
**MARIO JUAREZ:** Yeah, and I get you.
**DAVID DUONG:** -- you -- you have to have that ready.
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** Okay?
**MARIO JUAREZ:** And so --
**DAVID DUONG:** It's not like I'm trying to go back and get [phonetic] you.
**MARIO JUAREZ:** No, of course. And that makes sense. Everything is important, but there's only so many things that one person can do at the same time.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** Okay? You don't do everything same, David. You do -- you have the whole team under you that works for you and they -- they get things done, you know, in order to accomplish many things.
But I am going to --
**CECILIA MENDEZ:** But I think you're right --
**MARIO JUAREZ:** Uh-huh.
**CECILIA MENDEZ:** -- if we get this done and then focus on the -- on the report, on the expenses, receipts

Page 141

and everything, we could get it done in 45 days.
**MARIO JUAREZ:** I -- I think that our focus should be getting the permits done, number one; paying the past due amount, number two; moving forward, number three; cutting the rent, number four; cutting expenses, number five; then providing reports the account -- the auditing reports that you need, all the accounting reports that you need for the money spent, number five [verbatim]. And I don't have a problem in doing [indiscernible] issues like that.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** And perhaps in the middle of that --
**DAVID DUONG:** So -- so I think that on this, we just have to review everything except the rent, because the rent has to be negotiated because that's part of you three [inaudible] rent [inaudible] paid -- okay? -- the dude [phonetic]. Then you're going back [overlapping] --
**MARIO JUAREZ:** And he said that he would sit down with me and talk about the rent.
**DAVID DUONG:** Right, so --
**MARIO JUAREZ:** He said it, so I'm -- I'm going to go down and hold him accountable to it.
**DAVID DUONG:** Right. Okay.
**KRISTINA DUONG:** And we already paid.
**MARIO JUAREZ:** We already paid him, uh-huh.
**DAVID DUONG:** So -- so I think that, you know, now

Page 142

what is left is you see that from the -- the -- the tax that's due for the payroll and penalty all the way down. And this is for January. Okay. January. Okay. It's due for January.
How much is it total?
**CECILIA MENDEZ:** Thirty.
**MARIO JUAREZ:** Well, minus the rent?
**DAVID DUONG:** Minus the rent.
**KRISTINA DUONG:** No, the rent is not there. [Overlapping] --
**DAVID DUONG:** Right there, it says January 24th.
**MARIO JUAREZ:** That's the late fee. That's --
**KRISTINA DUONG:** That's the late fee.
Total here, your rent is 38 grand -- right? -- without the travel reimbursement and the manual and the Title 24, right?
**HENRY VO:** Yeah.
**KRISTINA DUONG:** He ran 38 grand without the personal reimbursement.
**MARIO JUAREZ:** How did -- what exchange rate did you do?
**HENRY VO:** I just --
**MARIO JUAREZ:** What exchange rate did you use?
**HENRY VO:** I just base it on Google rate.
**MARIO JUAREZ:** What's the exchange rate did you use?

Page 143

**HENRY VO:** Let me just check.
**KRISTINA DUONG:** It was whatever the Google.
**MARIO JUAREZ:** I know, but that just doesn't work. Google doesn't exchange for me, a bank does.
**KRISTINA DUONG:** Oh, it doesn't include February 9th payroll, I don't think so. You would not have had that one.
**HENRY VO:** The exchange rate is . . .
**MARIO JUAREZ:** So what's the total peso you have?
**HENRY VO:** The total --
**MARIO JUAREZ:** [Overlapping]?
**HENRY VO:** -- peso in here, it's, I think -- it's, yes -- six hundred, sixty thousand, fifty, twenty-four, yeah.
**MARIO JUAREZ:** Fifty --
**HENRY VO:** 660,524.
**MARIO JUAREZ:** [Inaudible]. That's the amount?
**HENRY VO:** Yeah.
**MARIO JUAREZ:** And how much did Google tell you?
**HENRY VO:** It's -- let's see. [Inaudible] make sure [inaudible].
**KRISTINA DUONG:** [Inaudible].
**HENRY VO:** 38,391 [phonetic].
**KRISTINA DUONG:** [Indiscernible].
Does yours have this, or no?
**HENRY VO:** This -- no.

Page 144

**UNIDENTIFIABLE MALE VOICE:** [Inaudible].
**KRISTINA DUONG:** No?
You list over there --
**HENRY VO:** Yeah.
**KRISTINA DUONG:** -- these two?
**MARIO JUAREZ:** So this is today from the bank.
**KRISTINA DUONG:** Oh.
**MARIO JUAREZ:** This is Chase.
**KRISTINA DUONG:** But we don't have this.
**MARIO JUAREZ:** You have -- here's the bank [inaudible].
**KRISTINA DUONG:** We don't have from here, then, all the way.
**HENRY VO:** This is -- so [overlapping].
(Conversation in Vietnamese is not transcribed.)
**MARIO JUAREZ:** But let me [overlapping].
**HENRY VO:** But why is this only 3,400?
**KRISTINA DUONG:** The current debt.
**CECILIA MENDEZ:** That's in dollars. That is with the late fee for the rent and also Mario's reimbursement. That has to be paid in dollars, right?
**HENRY VO:** Oh, total [indiscernible] in dollar.
**CECILIA MENDEZ:** In dollars, correct.
**HENRY VO:** Ah.

**MARIO JUAREZ:** Some things are dollar --
**KRISTINA DUONG:** So dollar is different.
And then the debt in peso too?
**CECILIA MENDEZ:** Right.
**KRISTINA DUONG:** Okay.
(Conversation in Vietnamese is not transcribed.)
**DAVID DUONG:** [Inaudible] add more payroll and -- and your travel.
**KRISTINA DUONG:** Do you want me to speak English? I can do that.
**DAVID DUONG:** Yeah, yeah, yeah, yeah.
**MARIO JUAREZ:** Please, because I'm trying to look at him [inaudible], and he's not translating.
**CECILIA MENDEZ:** [Overlapping].
**KRISTINA DUONG:** I said -- [inaudible] I said, first, he came up with, like, 38 grand. And then, now, your new sheet is total about 51,000-something is because you added additional payroll --
**MARIO JUAREZ:** Uh-huh.
**KRISTINA DUONG:** -- you added the reimbursement for traveling, you know, 3,400.
**MARIO JUAREZ:** Uh-huh.
**KRISTINA DUONG:** And then you have employee settlement --
**MARIO JUAREZ:** Uh-huh.



**KRISTINA DUONG:** -- and taxes. So those are the new items that now brings it up to --
**MARIO JUAREZ:** What's the peso amount, just so that it correctly added up.
**HENRY VO:** Here, 80 -- 88 -- 831 on there.
**KRISTINA DUONG:** You guys the one who added.
**MARIO JUAREZ:** 831 what?
**HENRY VO:** Here, on the sheet.
**KRISTINA DUONG:** Your sheet.
**MARIO JUAREZ:** Oh, okay. So it's 831 plus, dollar amount, right?
**HENRY VO:** Yeah.
**KRISTINA DUONG:** Yes.
**MARIO JUAREZ:** 831,724.80.
**KRISTINA DUONG:** It's 38 to --
What's the exchange rate?
**MARIO JUAREZ:** Right now Chase is doing 16 -- 16.77.
**KRISTINA DUONG:** Yeah, I got -- wow. Okay.
**HENRY VO:** So it's . . .
**MARIO JUAREZ:** So, like, if you go to the Chase app --
**HENRY VO:** Uh-huh.
**MARIO JUAREZ:** -- I'll show you how -- how I do it.
**HENRY VO:** Yeah, yeah. So how much total?
**KRISTINA DUONG:** [Speaking Vietnamese].



**MARIO JUAREZ:** Today, if you wire the money --
**HENRY VO:** Uh-huh.
**KRISTINA DUONG:** Yeah, has always been like 16, 17, right?
**MARIO JUAREZ:** No, it's --
**CECILIA MENDEZ:** No.
**KRISTINA DUONG:** No?
**MARIO JUAREZ:** It's -- it changes every day.
**CECILIA MENDEZ:** It's been up and down.
**MARIO JUAREZ:** Like, it was -- in the morning, it was lower.
**KRISTINA DUONG:** No, I know. I -- but the range, usually it's in the 16 --
**UNIDENTIFIABLE MALE VOICE:** [Inaudible].
**KRISTINA DUONG:** -- 17, around there?
**CECILIA MENDEZ:** No, less than 16.
**MARIO JUAREZ:** [Overlapping] nine thousand.
**KRISTINA DUONG:** Huh?
**CECILIA MENDEZ:** No, less than 16.
**KRISTINA DUONG:** Yeah, yeah.
**MARIO JUAREZ:** -- if I'm reading it right.
**CECILIA MENDEZ:** It's been, like --
**MARIO JUAREZ:** Hopefully [inaudible].
**CECILIA MENDEZ:** -- up and down.
**MARIO JUAREZ:** So today, it's 49,589.49.
////



(Conversation in Vietnamese is not transcribed.)
**KRISTINA DUONG:** That's total, including U.S. dollar, or you're talking about the peso?
**MARIO JUAREZ:** That's -- that's the pesos amount that he gave.
**KRISTINA DUONG:** Oh.
[Speaking Vietnamese].
**MARIO JUAREZ:** So 831,724.80. So I put 831,724.80, right?
And then, here, app the exchange rate --
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** -- if we were to wire for today.
**DAVID DUONG:** [Speaking Vietnamese].
It's -- it's -- it's 831, that including everything you have to minus this out.
**KRISTINA DUONG:** Minus what? No.
**HENRY VO:** No, no, that --
**KRISTINA DUONG:** No, add.
**HENRY VO:** Add.
**KRISTINA DUONG:** Add on top of that. So [speaking Vietnamese] --
**HENRY VO:** Uh-huh.
**MARIO JUAREZ:** I paid this one. I want you to know I paid that. That's why it [inaudible]. And I used my

Page 149

credit card for that one.
**DAVID DUONG:** Wait. 831, it's not everything in here?
**MARIO JUAREZ:** Yeah, it's everything in pesos, and there's also dollars [inaudible].
**DAVID DUONG:** Oh, dollars [overlapping].
**MARIO JUAREZ:** Yeah, I gave --
**DAVID DUONG:** Oh, okay. Okay. Okay. Okay. Okay.
**MARIO JUAREZ:** -- I gave you an example.
Like the California [overlapping].
(Conversation in Vietnamese is not transcribed.)
**DAVID DUONG:** Huh?
**MARIO JUAREZ:** -- U.S. $199, right?
**DAVID DUONG:** Uh-huh.
(Conversation in Vietnamese is not transcribed.)
**KRISTINA DUONG:** [Speaking Vietnamese] besides the rent, like, the first time [speaking Vietnamese].
**MARIO JUAREZ:** And then I'll get you your report before this [phonetic]. I didn't finish it, but I will finish it. Thirty -- four --
**DAVID DUONG:** You said this 45, right?
**MARIO JUAREZ:** Yeah, this one.
**DAVID DUONG:** Okay.

Page 150

**MARIO JUAREZ:** I didn't finish it, but I will finish it.
**DAVID DUONG:** I -- I know that. Don't worry. It has to get done.
**MARIO JUAREZ:** Yeah. I'm not going to have fun with that, David.
**KRISTINA DUONG:** [Speaking Vietnamese].
**DAVID DUONG:** So how do we pay that?
**MARIO JUAREZ:** Can you translate?
**KRISTINA DUONG:** Why don't he show --
Huh?
**DAVID DUONG:** Transfer to -- to the company in Mexico or --
**MARIO JUAREZ:** Yeah, transfer to Mexico [inaudible].
**CECILIA MENDEZ:** We already provided Henry the --
**MARIO JUAREZ:** Or --
**CECILIA MENDEZ:** -- the information.
**MARIO JUAREZ:** -- or you -- or you could send -- transfer it to me right now and then I'll transfer it to Mexico. If it's before 5:00 p.m., it will get there today. I'll get the exchange rate too. If you wire this money today, it will -- I can transfer it today.
**DAVID DUONG:** You approved it?
**KRISTINA DUONG:** Right now it's after -- after wire hours [inaudible].

Page 151

**MARIO JUAREZ:** No, no, but the --
**KRISTINA DUONG:** It won't happen until tomorrow.
**MARIO JUAREZ:** -- the exchange rate will --
Oh, you're right.
**KRISTINA DUONG:** Yeah, it's too late now.
**MARIO JUAREZ:** So why don't I just do it tomorrow, then?
**KRISTINA DUONG:** [Speaking Vietnamese].
**MARIO JUAREZ:** Now, I [overlapping] another receipts. It's going to have the -- the [overlapping], because those are going to have all these receipts.
(Conversation in Vietnamese is not transcribed.)
**KRISTINA DUONG:** Hey, what company -- what company you operate over there?
**MARIO JUAREZ:** Chase.
**KRISTINA DUONG:** Here is Evolutionary.
What about there?
**MARIO JUAREZ:** Mario Juarez, my name. But they call it morro [phonetic], then physical [phonetic].
**ANDY DUONG:** [Overlapping].
**MARIO JUAREZ:** They have --
**ANDY DUONG:** Not CIU?
**MARIO JUAREZ:** What?
**ANDY DUONG:** Not the CIU?

Page 152

**MARIO JUAREZ:** No. They -- basically, they have a morro company, they call it morro and a physical company. And morro is like a corporation. You can be your same -- you can be a company.
**HENRY VO:** [Speaking Vietnamese].
**KRISTINA DUONG:** How you going to pay all these taxes?
**MARIO JUAREZ:** You pay by -- those tax -- the taxes are required to be paid by -- by bank account. They -- that's the only way to pay taxes. By the tax, according to county, you report it to the SAT.
**KRISTINA DUONG:** Uh-huh. So you pay taxes through the Mario-whatever.
**MARIO JUAREZ:** Uh-huh.
**KRISTINA DUONG:** But you pay it from here, right.
**MARIO JUAREZ:** No. You got to pay it from over there. There is a tax account. Like a payroll account --
**KRISTINA DUONG:** Uh-huh.
**MARIO JUAREZ:** -- there is also a tax account. And it has to come from that account. That's how they prevent money laundering.
**KRISTINA DUONG:** So then you have to pay the taxes in order to show the receipt that you paid?
**MARIO JUAREZ:** Exactly.
And they'll give me a receipt, and then I will give you a receipt. And then you will say, Ah, received.

Perfect. And that was the point.
**DAVID DUONG:** So -- so the company in Mexico is under your name?
**MARIO JUAREZ:** Yeah, it's my name, Mario Juarez.
**DAVID DUONG:** Okay. And who own that?
**MARIO JUAREZ:** Mario -- it's under Mario Juarez. It's just me.
**DAVID DUONG:** Okay.
**CECILIA MENDEZ:** This is the name.
**MARIO JUAREZ:** Yeah, that's it.
**DAVID DUONG:** Okay. Good. So only you responsible for that.
**MARIO JUAREZ:** Not really, because under Section 4 of our agreement --
**DAVID DUONG:** Uh-huh.
**MARIO JUAREZ:** -- there is a --
**DAVID DUONG:** What's our agreement?
**MARIO JUAREZ:** Our agreement is for Evolutionary Home --
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** -- there's -- it's called indemnification. Any activity by any partner legal, illegal, subject to civil, criminal, or any authority anywhere in the world, subject to every other partner, to protect the partner. I didn't write it. That was your



attorney who wrote that.
**DAVID DUONG:** Yeah, but then on the -- within, you know, our office.
**MARIO JUAREZ:** No, it says [indiscernible].
**DAVID DUONG:** Well, with our offices, because you go out and you kill someone, it's not our responsibility.
**MARIO JUAREZ:** No, it says that too.
**DAVID DUONG:** Huh?
**MARIO JUAREZ:** It says that too.
**DAVID DUONG:** That's what it said that too?
**MARIO JUAREZ:** Yeah, seriously.
**DAVID DUONG:** Yeah, that's good.
**MARIO JUAREZ:** It says that if I kill someone and I did it on behalf of the company or I may have thought that it was on behalf of the company, every partner has to protect me. It's called indemnification.
**KRISTINA DUONG:** Let him try --
**DAVID DUONG:** Yeah.
**KRISTINA DUONG:** -- to see if he's -- to see if he's in there or he's out here, then you know.
**MARIO JUAREZ:** No, no, but it's -- it's part of the operating agreement. It's called indemnification. It's a really, really wide power [phonetic], and it was done by the attorney.
**DAVID DUONG:** Yeah, but -- but if it's -- if it's



operated according to an agreement.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** If it's operating, you know, outside agreement --
**MARIO JUAREZ:** If you --
**DAVID DUONG:** Let's say -- let's say [indiscernible].
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** You go Mexico. You open, you know, company on your own.
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** You never [indiscernible] your own.
**MARIO JUAREZ:** That's right.
**DAVID DUONG:** No partner in here know anything about it and that [indiscernible], you know, [indiscernible] you're not authorized.
**MARIO JUAREZ:** No, you're right.
**DAVID DUONG:** So you're not doing [overlapping] company business.
**MARIO JUAREZ:** So let me --
Let me tell you --
**DAVID DUONG:** You're doing your own business.
**MARIO JUAREZ:** Let -- let me tell you what the -- what the agreement says.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** I only have to have the semblance of



acting on behalf of the company. I don't have -- I don't need authority. That's the way it was written. I didn't write it.
(Conversation in Vietnamese is not transcribed.)
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** So don't get mad at me because it was written that way.
**DAVID DUONG:** Yeah, but --
**MARIO JUAREZ:** But it was right here.
**DAVID DUONG:** No, but the thing --
No.
**MARIO JUAREZ:** Because it's broadly construed.
**DAVID DUONG:** Listen, don't -- don't use that to me --
**MARIO JUAREZ:** I know, David.
**DAVID DUONG:** -- because, like, you know what? If it goes through, you know, legal, you're going to lose, because I'm [overlapping] --
**MARIO JUAREZ:** I know, David.
**DAVID DUONG:** -- you know I get money. I -- you know I fight [phonetic].
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** But the thing is, is you're operating, you know, on your own. You don't even consult with us.

You don't really talk to us.
**UNIDENTIFIABLE MALE VOICE:** Yeah.
**DAVID DUONG:** You spend all that money. You build everything.
**UNIDENTIFIABLE MALE VOICE:** Yeah.
**DAVID DUONG:** I don't want to go back, because I'll tell you what. If I'm [indiscernible] going back, I would say that stuff right now, I'm pissed. I'm not happy.
**UNIDENTIFIABLE MALE VOICE:** Uh-huh, right.
**DAVID DUONG:** But try to make it up. If not, then you say that in courtroom. And I can be [overlapping]. I already told you earlier I get so much pressure earlier. And I don't want it to -- to --
**MARIO JUAREZ:** Yeah, I heard. Yeah, yeah, yeah.
**DAVID DUONG:** -- you know, to bring it back to, you know --
**MARIO JUAREZ:** To the pressure point.
**DAVID DUONG:** So make it up.
**MARIO JUAREZ:** So we'll --
**DAVID DUONG:** If not, then, you know, then make me, you know, and my family feel this is the project that we --
**UNIDENTIFIABLE MALE VOICE:** Uh-huh.
**DAVID DUONG:** -- move in a good [phonetic] -- to cover the path that you've done, you keep saying that,



Well, I get no direction, I got --
**MARIO JUAREZ:** No, no, I got direction.
**DAVID DUONG:** -- you know, you didn't tell me [overlapping] --
**MARIO JUAREZ:** No, I know, I --
**DAVID DUONG:** -- [overlapping], like, when -- [indiscernible] you're already -- when you're done [overlapping] --
**MARIO JUAREZ:** No, no, no, and you're right. I did it [overlapping]. Now I got seven -- I got seven points that I mentioned, seven points.
You heard me, right? I'm going to do these seven points, and I'm going to roll -- move forward.
**DAVID DUONG:** Yeah.
**MARIO JUAREZ:** When you have given me direction right now, more recently, since you ride my ass [indiscernible] --
**DAVID DUONG:** No, but you [overlapping] --
**MARIO JUAREZ:** I know, but I -- because I needed that.
**DAVID DUONG:** -- every -- every time in a meeting -- okay? -- we tell you, you know, something that we need it.
**MARIO JUAREZ:** Yeah, but I --
**DAVID DUONG:** Don't trying to push it back.
**MARIO JUAREZ:** No, but I --



**DAVID DUONG:** Like, earlier, I asked you for the --
**MARIO JUAREZ:** How many days. The answer was --
**DAVID DUONG:** -- you -- you -- you keep pushing back.
**MARIO JUAREZ:** No, no.
**DAVID DUONG:** Don't do that again. Okay?
**MARIO JUAREZ:** Yeah. Yeah.
**DAVID DUONG:** I'm tired of all that.
**MARIO JUAREZ:** The answer was how many days. That was the answer, not -- not how many -- whether or not yes or no.
**DAVID DUONG:** Okay. I'll tell you what. Even though you get permit and license --
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** -- in front of everyone, right now, I'll tell you, next meeting, if any pushback, I'll call it off immediately.
**MARIO JUAREZ:** Okay.
**DAVID DUONG:** Okay?
And then I know you already told my people you already get, you know, an idea, somebody can buy your stuff. You told me at first, right? But this is too much headache. I get thing to do.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** I get money. I get thing I can invest. I don't need the headache. Okay? I'm in here because



you, because Andy.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** Okay? I'm trying to, you know, put my money out to make money, you know, with you. But, you know, hey, it's -- it's have money to make that -- you know, that we now nervous every day because of partner, that you're coming in and every time that we ask you for thing, you keep pushing back. You don't even cooperate. Why go on to do this? So don't do it again. Just work with us.
**ANDY DUONG:** But Mario -- Mario -- you have to understand one thing. David, he did put a trust on you in the beginning. The 750 --
**MARIO JUAREZ:** Yeah.
**ANDY DUONG:** -- he pretty much let you do what the hell you want to do. That -- he never done that in history.
**MARIO JUAREZ:** Yeah.
**ANDY DUONG:** Okay? Not even to his own family. So you got to appreciate and value that. And when he asked you to go back to clear it up, you got to clear it up.
**MARIO JUAREZ:** Yeah, and I never said that I wouldn't to him. What I'm saying is that --
**ANDY DUONG:** No, but you have to understand that --
**MARIO JUAREZ:** Well, there's seven --

**ANDY DUONG:** -- he -- he placed that trust --
**MARIO JUAREZ:** You're right. And --
**ANDY DUONG:** -- and he values the partnership. So you got to do your part too.
**MARIO JUAREZ:** -- the --
Let's -- let's value everything, because what I'm trying to say is only to be reasonable and understanding, you gave me the 45 days, which is reasonable. This is more than reasonable to finish that report.
What's not reasonable is to say do it next week -- fuck -- when I have other stuff to do, right? That's not reasonable.
So the pushback that I had only -- and perhaps was misunderstood -- was the amount of days to get this done. So, like, I knew that I was going to get the permits done by end of February, like I said to you, mid-February, end of February.
**DAVID DUONG:** Mario, this money been out and you claim the payment that we owe you, you -- we already paid for that. That mean this report should be in --
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** -- before we even, you know, clear that [overlapping].
**MARIO JUAREZ:** The -- the -- the --



**DAVID DUONG:** But we did it.
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** You should have, you know, that coming up before we even ask.
**MARIO JUAREZ:** The -- the report for the expenses, David, I did submit that with the invoice. And I did -- I want to say that I did that, and I submitted that in October 2nd.
**KRISTINA DUONG:** The 83 grand, right?
**MARIO JUAREZ:** Eighty -- eighty --
**KRISTINA DUONG:** That was [overlapping].
**MARIO JUAREZ:** 85,000. 85,000, and change, I submitted.
But I did submit that report. I want you to know that I did that when it was requested on that, so -- but I will. And then I was working on another report of the 750. And then, all of a sudden, we needed to shift gears. But it's not something that we don't value and we don't understand that we have to do. We have to do it.
**DAVID DUONG:** Yeah.
**MARIO JUAREZ:** We have to finish it.
**DAVID DUONG:** But, here --
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** -- the 84 -- 80-some-thousand dollars you get --



**MARIO JUAREZ:** Uh-huh, uh-huh.
**DAVID DUONG:** -- 750 have to be clear why this -- you know, this is coming in, why 7050 [verbatim].
**HENRY VO:** Uh-huh.
**DAVID DUONG:** Where's the 750?
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** It's not even shown that's gone, right?
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** And we add on top of that 80-some-thousand dollar.
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** So right now that you owe us to show it that where all that money going.
**MARIO JUAREZ:** And -- and that's respectful, and that is something that I do and I'm going to do, correct.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** [Overlapping] this --
**DAVID DUONG:** And -- and -- and never, ever bring it back the contract. Okay. Every time you say, like, agreement, agreement, and all that. And, you know, just, like, you know, right now the way that you -- you tell me that, you're scamming us. Okay? That mean you'll go out, you can -- you know, you can sue somebody, and you can -- I mean, you can shoot somebody and then, you know, we responsible? That's crazy thinking. Okay?



**UNIDENTIFIABLE MALE VOICE:** Yeah.
**MARIO JUAREZ:** Crazy.
**DAVID DUONG:** Don't -- don't -- don't -- don't do that if you -- if you want to make money.
But I'll tell you right now, I'm not -- I -- I doubt you think you can find anyone [inaudible] that you can be [inaudible] and make money -- making money the way that you run right now.
**MARIO JUAREZ:** Well, what I'm trying to --
**DAVID DUONG:** No partner can -- you know, can deal with that. Okay? I'll tell you that. But you already -- we already in with you. Try to work with us so you can make money. If not, then it's okay, because without you, we're still making money. Without us, I want to see if you make money.
**MARIO JUAREZ:** Yeah, we'll see. You know, those -- those are the things that have to [overlapping].
**DAVID DUONG:** Yeah, so -- so, you know, just -- just, you know, be a partner --
**MARIO JUAREZ:** Life is --
**DAVID DUONG:** -- being honest with partner --
**MARIO JUAREZ:** That's right.
**DAVID DUONG:** -- and to -- and to not trying to, you know, just taking advantage of us.
**MARIO JUAREZ:** No -- no [overlapping] --

**DAVID DUONG:** Partner to make money out there. Not partner is taking advantage from each other --
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** -- things like that.
**MARIO JUAREZ:** I protect you as much as you should protect me -- that's the way that I see it -- and protect your money, your interest, and your family.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** That's my -- my -- my role in this -- in this meeting. So how do I do that? By delivering the product, by delivering the results, by delivering the accounting, by delivering clear records of everything I do. And if [indiscernible] something happens to you on the street, I protect you there too. That's my duty --
**DAVID DUONG:** So, so far --
**MARIO JUAREZ:** -- my duty.
**DAVID DUONG:** Yeah. Okay. That's good.
So far you haven't delivered anything, though.
**MARIO JUAREZ:** Okay.
**DAVID DUONG:** Agree? Agree?
**MARIO JUAREZ:** [Indiscernible].
**DAVID DUONG:** [Indiscernible] have to deliver anything that's for real. Not yet.
**MARIO JUAREZ:** David, the only -- you know, and I don't want to bring it out.



**DAVID DUONG:** You did. Oh, you did deliver me the costs and the expense, every -- you know, every day and every week so far.
**MARIO JUAREZ:** Yeah. David -- David --
**DAVID DUONG:** But, you know, if you want to show that get the permit, get the -- yeah, do that --
**MARIO JUAREZ:** [Indiscernible] -- David, bring --
**DAVID DUONG:** -- so my family don't [overlapping] on me.
**MARIO JUAREZ:** Bring -- bring -- bring everybody from your family, everybody in this meeting.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** Everybody. And ask anyone -- and I'm not -- I'm being respectful. I'm not trying to take advantage and fleece Henry, you know --
**DAVID DUONG:** Yeah.
**MARIO JUAREZ:** But out of everybody in this family, the only person who has got [overlapping] --
**UNIDENTIFIABLE MALE VOICE:** [Overlapping].
**MARIO JUAREZ:** -- in a fight with someone over you, physically --
**DAVID DUONG:** Uh-huh.
**MARIO JUAREZ:** -- beat the shit out of someone is me. I doubt that very much that Victor has done that. Certainly, Michael has never done that. He's a gentleman.



Kristina has not done that. Andy hasn't done that. And you haven't ever beaten the shit out of anyone for you. But I have.
**DAVID DUONG:** Well, that --
**MARIO JUAREZ:** You know what -- do you know what I do? That's loyalty. That's friendship. So I do it differently. Maybe a little -- little -- a little harsh, right? But I do it because I care about my partnership with my friends.
Once, you said, Mario, how much money you want for over there?
And I said, Nothing. I just want to do business with you. [Unintelligible].
And if we cannot be partners, we'll still be friends because I still like partying with you on the fucking -- on the fucking boat. But I -- but -- but remember that, I beat the shit out of someone because of you.
**DAVID DUONG:** Well [phonetic] . . .
**MARIO JUAREZ:** That doesn't matter to you, but that matters to a lot of people.
**HENRY VO:** So --
**MARIO JUAREZ:** And so how loyal am I?
(Conversation in Vietnamese is not transcribed.)
**MARIO JUAREZ:** And -- and then if someone wants to



shoot you --
**DAVID DUONG:** Okay. Then --
**MARIO JUAREZ:** -- no, no, hold on. No, no --
**DAVID DUONG:** -- [overlapping] ask me, do we pay or not [overlapping] okay.
(Simultaneous conversations are inaudible and/or indiscernible and not transcribed.)
**MARIO JUAREZ:** No, no, hold on. Hold on.
And if someone wants to -- if I -- someone was to hurt you downstairs, I will beat the shit out of them, but I would also kill them.
**DAVID DUONG:** Man, then you say now, The contract say that I kill [overlapping].
**UNIDENTIFIABLE MALE VOICE:** [Overlapping].
**MARIO JUAREZ:** But I'll try not to shoot you on the way out.
**DAVID DUONG:** [Indiscernible].
**HENRY VO:** Quick question about, like, two computer you -- you request. So are you okay to pay or no? Like -- like, what --
**UNIDENTIFIABLE MALE VOICE:** That [indiscernible] you send, you got to pay with a credit card, right?
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** Wait.

**UNIDENTIFIABLE MALE VOICE:** I don't --
**DAVID DUONG:** What computer?
(Simultaneous conversations are inaudible and/or indiscernible and not transcribed.)
**DAVID DUONG:** [Overlapping] work. Why do they buy computer for?
**HENRY VO:** So -- so -- so he request, like, $10,000 for two computer.
**MARIO JUAREZ:** Yeah, I did.
**KRISTINA DUONG:** $10,000?
**MARIO JUAREZ:** Yeah. Hold on. Hold on. Hold on. Hold on.
You'll have to explain this, because you saw what happened.
**KRISTINA DUONG:** $10,000.
**DAVID DUONG:** No, but what kind of work did we did?
**MARIO JUAREZ:** I know.
So what happens is that we were doing the -- the renderings and the setups of all the houses where they go and how we place them. That -- for every proposal that we do, we have to do a specific render.
**DAVID DUONG:** Okay.
(Conversation in Vietnamese is not transcribed.)



**MARIO JUAREZ:** We need -- we -- we show -- Michael.
For every -- every proposal that we do, we have to show the rendering how the layouts of the houses do. We show you how we're trying to move a container or change a container.
**KRISTINA DUONG:** Oh, my god.
**MARIO JUAREZ:** And it takes five minutes for one -- you press "enter," and it takes five minutes to move. They cannot work with it. Okay? It's a NASA-owned company. The -- the computers are more likely are -- what they call gamer computers. They're not for games, but they have such a hard hard drive and speed and velocity [phonetic]. And they're used. They're not brand-new. If they were new, they would cost, like, 10,000 each.
**DAVID DUONG:** And this is buy for here or for -- if Mexico?
**MARIO JUAREZ:** For -- for Mexico.
**DAVID DUONG:** Stop everything going to Mexico.
**MARIO JUAREZ:** Okay.
**UNIDENTIFIABLE MALE VOICE:** [Overlapping].
**DAVID DUONG:** Not -- not approved yet --
**MARIO JUAREZ:** Not approved.
**DAVID DUONG:** -- until we -- you know, we know that we get over there started. Okay?



**MARIO JUAREZ:** Makes sense.
**DAVID DUONG:** We're not going to, you know, spend any more money. Number one, we need to clear on 750. And, number two, we need to know, you know, if we start getting, you know, all the permit --
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** -- and we start doing work. Otherwise, why spending more money?
**MARIO JUAREZ:** Okay. I want -- I also want to say something.
**DAVID DUONG:** Right?
**MARIO JUAREZ:** So the -- I need to get the payment to the engineer so they can pay this by this week.
**DAVID DUONG:** No, this one?
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** Yeah, this one already approved, so --
**MARIO JUAREZ:** And -- and the Title 24 and --
**DAVID DUONG:** That already approved.
**MARIO JUAREZ:** And the -- and the -- the -- the debt. So this, is that approved?
**DAVID DUONG:** That's what they asked.
**MARIO JUAREZ:** Is that approved?
**KRISTINA DUONG:** Fifty-some [inaudible]?
**MARIO JUAREZ:** Yeah.
**KRISTINA DUONG:** The back debt, right?



**MARIO JUAREZ:** That's correct.
**HENRY VO:** Fifty-two, yeah.
**KRISTINA DUONG:** And are you going to give the receipt of the tax?
**MARIO JUAREZ:** All of it, when I pay it, I'm going to give you a receipt. It has to -- they give you a receipt for each one. They don't give you a receipt for all of it.
**DAVID DUONG:** Okay.
**HENRY VO:** And -- and -- and the -- the second question is you said do we need to make, like, another container that you request?
Because, like, we make another -- we -- you said, like --
**MARIO JUAREZ:** No, I don't want to make another container. I want to sell containers.
**DAVID DUONG:** What?
**HENRY VO:** Because, like, you say that, like --
**DAVID DUONG:** [Overlapping].
**HENRY VO:** -- make like another sample container [overlapping].
**DAVID DUONG:** Oh, and I'm not going to spend 350 [phonetic] --
**KRISTINA DUONG:** No.
**DAVID DUONG:** -- you know, no more.

**MARIO JUAREZ:** I'm -- I'm going to sell containers. I mean, I don't want to make [inaudible].
**HENRY VO:** Okay.
**KRISTINA DUONG:** So after that, don't come for more payment until the 750 is cleared.
**MARIO JUAREZ:** That's correct.
**KRISTINA DUONG:** Okay?
**MARIO JUAREZ:** Makes sense, except --
**KRISTINA DUONG:** So --
**MARIO JUAREZ:** -- they're ongoing.
**DAVID DUONG:** No, you have to come back about, you know, what's -- what's going on with --
**MARIO JUAREZ:** With the rent.
**DAVID DUONG:** -- the rent, so we decide --
**KRISTINA DUONG:** Yeah, yeah, yeah.
**DAVID DUONG:** -- you know, the people that --
**MARIO JUAREZ:** The people you -- you cut that out.
**KRISTINA DUONG:** So -- so now --
**MARIO JUAREZ:** But the only --
So hold on. Hold on.
Just to be clear, so we're paying the 12,000 and the other guy [indiscernible] Moses [phonetic] --
**KRISTINA DUONG:** Uh-huh.
**MARIO JUAREZ:** -- the second -- because there's a second engineer, the Title 24 for the 199 times 15 areas.



We're paying all of the back debt. Everything is going to be clear on that.
Moving forward, we're paying their -- the -- the -- the rents and -- and -- and the payroll into further decision by David, correct?
**KRISTINA DUONG:** No, we don't know the rent.
**MARIO JUAREZ:** Moving forward.
**KRISTINA DUONG:** We're going to come back --
**MARIO JUAREZ:** That's right.
**KRISTINA DUONG:** -- because you get -- you got to come back on the rent.
**MARIO JUAREZ:** So we'll come back on Tuesday, and we'll --
**DAVID DUONG:** Right.
**MARIO JUAREZ:** -- we'll give a report on Tuesday --
**KRISTINA DUONG:** Uh-huh.
**MARIO JUAREZ:** -- on the rent.
**KRISTINA DUONG:** Then we can decide on --
**DAVID DUONG:** Uh-huh.
**MARIO JUAREZ:** And then on that moment, we make a decision.
FYI, Friday there's a payroll.
**HENRY VO:** In here already.
**MARIO JUAREZ:** No, it's not here.
What day is today?



**UNIDENTIFIABLE MALE VOICE:** Yeah.
**MARIO JUAREZ:** Today is February -- so it's going to be . . .
**HENRY VO:** Well, we -- you can use whatever we pay from there first.
**MARIO JUAREZ:** Yeah, the 60. So you got to add that to the 16th. So you got to add --
**HENRY VO:** Yeah.
**MARIO JUAREZ:** Ceci is going to be next [inaudible], FYI. So I just want to be clear -- right? -- so you can -- you know, and I'm okay. I mean, and then after that, I think it's clear that we have to clear the 750; we have to audit the 750. And then we'll audit -- or have the 85,000 that I submitted, we audit both of those things. And then if David is happy, then we continue.
(Conversation in Vietnamese is not transcribed.)
**MARIO JUAREZ:** Makes sense? [Unintelligible] just to be clear for me.
**UNIDENTIFIABLE MALE VOICE:** Yeah.
**KRISTINA DUONG:** I got to translate [inaudible].
**HENRY VO:** Yeah.
**DAVID DUONG:** I have to be clear [overlapping].
(Conversation in Vietnamese is not transcribed.)



**DAVID DUONG:** -- my family and all that. These thing still hanging [overlapping], so --
**MARIO JUAREZ:** No, but I'll -- but I'll make it -- make sure that they know that what you did is the right decision.
**KRISTINA DUONG:** And then I need to [overlapping] --
**MARIO JUAREZ:** And I understand what you said before when we were on one-on-one.
**DAVID DUONG:** Yeah.
**MARIO JUAREZ:** That makes -- that -- that -- that is better to me. I never had a one-on-one with you, when you explained to me that, you know, [overlapping] people, we -- we discuss different ways.
**KRISTINA DUONG:** And come up different.
(Conversation in Vietnamese is not transcribed.)
**DAVID DUONG:** Because I have to report to the family [overlapping].
**MARIO JUAREZ:** But, David -- but we -- we are -- you and I get along when we talk one-on-one.
(Simultaneous conversations are inaudible and/or indiscernible and not transcribed.)
**KRISTINA DUONG:** Hey --
**DAVID DUONG:** Who's [indiscernible]?

**KRISTINA DUONG:** What -- what conversion, because Henry is doing the Google conversion.
What conversion are you using?
**HENRY VO:** Let -- let you, like -- like -- like --
**KRISTINA DUONG:** Otherwise, it's -- because you --
**MARIO JUAREZ:** Okay. You got to use Chase Bank.
**KRISTINA DUONG:** Huh?
**MARIO JUAREZ:** You got to use Chase.
**KRISTINA DUONG:** Oh, Chase Bank?
**MARIO JUAREZ:** Yeah, Chase Bank. You got to go to Chase Bank. And on the app, they will tell you what the conversion rate is.
**HENRY VO:** Yeah. Yeah.
**MARIO JUAREZ:** So right now it was 16.77 on Chase Bank. But I just showed David 16.77 is the conversion rate.
**HENRY VO:** Yeah, so, Cecilia, can you confirm that, like, the total amount and --
**KRISTINA DUONG:** So can we just -- because we're giving it to you in dollars --
**MARIO JUAREZ:** If you get it to me in dollars, I will -- I -- I convert this today -- that's what I was trying to tell you. If you -- if you send it today, then I'll convert it today in pesos. And I don't take the risk tomorrow, because let's say it was lower tomorrow, then I



would take that risk. But that -- but I will. I don't want to fight [phonetic] it over. It is a risk, but that's how I'll take it.
**DAVID DUONG:** [Speaking Vietnamese].
**KRISTINA DUONG:** So how much is it now, then?
(Conversation in Vietnamese is not transcribed.)
**MARIO JUAREZ:** So this is what I had on here.
**KRISTINA DUONG:** Uh-huh.
**MARIO JUAREZ:** With dollars and [overlapping].
**KRISTINA DUONG:** [Overlapping].
**MARIO JUAREZ:** This is in pesos.
(Conversation in Vietnamese is not transcribed.)
**MARIO JUAREZ:** So -- but what I'm saying you, and I have always gotten along one-on-one. And in a one-on-one --
**DAVID DUONG:** Wait.
**MARIO JUAREZ:** -- you've always been able to explain.
**DAVID DUONG:** Wait. One-on-one is don't resolve the problem.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** For you to understanding, if we get one-on-one we talk good. But then we go until the family, you know, everyone here --



**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** -- the way that it should. It don't -- it don't, you know --
**UNIDENTIFIABLE MALE VOICE:** [Indiscernible] jibe.
**DAVID DUONG:** -- match with, you know --
**MARIO JUAREZ:** Okay.
**DAVID DUONG:** But what I'm trying to explain to you, and then in front of everyone, you -- you try to shooting down.
**MARIO JUAREZ:** I got you.
**DAVID DUONG:** You don't. You don't. Gosh.
**MARIO JUAREZ:** I do, David.
**DAVID DUONG:** Yeah, easy, when asked, just to say, Oh, yeah, I did not get it. So give me 30 day. Give me 45 day. I'll get it done. I'll submit it, instead of just, you know --
**MARIO JUAREZ:** Pushing back, yeah, I know.
**DAVID DUONG:** -- [overlapping] Around, around, around. It's just wasting so much time. And we need those anyway --
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** -- or else how we going to report it --
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** -- 750 going out. We can't deduct that if we don't have, you know, proof.



**MARIO JUAREZ:** Which, by the way --
**KRISTINA DUONG:** Where -- where do you get on the Chase? Where you get the conversion?
**MARIO JUAREZ:** On the app.
**KRISTINA DUONG:** I know, but where?
**MARIO JUAREZ:** So --
Let me show you.
**KRISTINA DUONG:** Just show me --
**MARIO JUAREZ:** Uh-huh.
**KRISTINA DUONG:** No, just tell me.
**CECILIA MENDEZ:** Or send -- send -- send her the link.
**MARIO JUAREZ:** [Overlapping] international.
**KRISTINA DUONG:** Huh?
**MARIO JUAREZ:** No, no, they don't have a link. You have to do it on the app.
**CECILIA MENDEZ:** Oh.
**MARIO JUAREZ:** Let me show you.
"Pay/Collect Mario" [indiscernible].
**KRISTINA DUONG:** "Pay/Collect"?
**MARIO JUAREZ:** Uh-huh.
You go there.
You -- you saw what I did?
**KRISTINA DUONG:** No.
**HENRY VO:** You can --

**KRISTINA DUONG:** Go back [inaudible]. I want to see [inaudible].
**MARIO JUAREZ:** You can [inaudible], right?
**HENRY VO:** Uh-huh.
**UNIDENTIFIABLE MALE VOICE:** [Indiscernible].
**UNIDENTIFIABLE MALE VOICE:** See [inaudible] right here?
**KRISTINA DUONG:** Yeah.
**HENRY VO:** Cecilia, can you send this to me?
**CECILIA MENDEZ:** Yeah. Yes, of course.
**HENRY VO:** Yes.
**KRISTINA DUONG:** Why don't you just do conversion right now and tell me what's the dollar amount.
**MARIO JUAREZ:** Let me show you. Let me show you.
**KRISTINA DUONG:** This is too much.
**MARIO JUAREZ:** Let me show you.
**CECILIA MENDEZ:** And do you have the --
**MARIO JUAREZ:** So, then, do you see "Wire to the mobile" [inaudible]?
(Inaudible conversations are not transcribed.)
**HENRY VO:** Yeah, and give -- can you give me the receipt? It's almost like a [indiscernible], like the new item that I don't have.
**CECILIA MENDEZ:** What -- what item exactly?



**MARIO JUAREZ:** Yeah, I'm just going to put --
**KRISTINA DUONG:** Okay. Put that one in.
**MARIO JUAREZ:** How much is it?
**KRISTINA DUONG:** What is --
[Speaking Vietnamese].
**CECILIA MENDEZ:** This one?
**HENRY VO:** Yeah.
**CECILIA MENDEZ:** We have not received the bill yet.
**KRISTINA DUONG:** 831.
**HENRY VO:** So --
**MARIO JUAREZ:** What's the amount?
**HENRY VO:** So how you can pay --
**MARIO JUAREZ:** Henry, Henry.
**HENRY VO:** Huh?
You don't have the receipt of the bill yet?
**MARIO JUAREZ:** Hey -- hey, what --
**KRISTINA DUONG:** What is it? [Speaking Vietnamese].
**MARIO JUAREZ:** 831?
**CECILIA MENDEZ:** We don't --
**KRISTINA DUONG:** 831 --
**MARIO JUAREZ:** Uh-huh.
**KRISTINA DUONG:** -- 724.
**CECILIA MENDEZ:** Wait. We only had the ones -- and I'll show you.
**HENRY VO:** So how -- how you get come up with -- with



[inaudible] numbers, just send to me.
(Inaudible conversations are not transcribed.)
**KRISTINA DUONG:** Uh-huh.
**MARIO JUAREZ:** And then it's going to give you an exchange rate.
**KRISTINA DUONG:** What's the exchange rate?
**HENRY VO:** How much?
**MARIO JUAREZ:** So it tells you 16.77.
**KRISTINA DUONG:** Mm. [Speaking Vietnamese].
**MARIO JUAREZ:** [Overlapping].
Uh-huh. But it gives you the amount.
Look, look, look, look. Don't touch it [indiscernible].
**KRISTINA DUONG:** [Speaking Vietnamese].
**UNIDENTIFIABLE MALE VOICE:** What?
**KRISTINA DUONG:** Look how he came up with that. 53,009. I come up with 53,020.
**MARIO JUAREZ:** Because it changes every moment.
**KRISTINA DUONG:** Ah.
**MARIO JUAREZ:** The exchange rate changes. Do you see what I'm talking [indiscernible]?
So the exchange rate --
**KRISTINA DUONG:** Uh-huh.
**MARIO JUAREZ:** -- a few moments ago was different.



**KRISTINA DUONG:** [Speaking Vietnamese].
Okay. So I know. So I can transfer money in and transfer [overlapping] out.
**MARIO JUAREZ:** So you -- when you do it, you see it -- you see how it goes with Chase, paying -- pay on the bottom. Okay. Transfer.
**KRISTINA DUONG:** Pay and transfer.
**CECILIA MENDEZ:** I'll send it to you, Henry.
**HENRY VO:** Okay.
**MARIO JUAREZ:** Uh-huh. Then "Global Wires."
**KRISTINA DUONG:** Okay.
**MARIO JUAREZ:** "International."
**KRISTINA DUONG:** Okay. No, this is my account. I ain't wire to you.
**MARIO JUAREZ:** Yeah, no, no, but --
Yeah, no, but I don't -- I don't want to see it, but I'm just trying to show you.
**KRISTINA DUONG:** No, no, no, I know.
**MARIO JUAREZ:** And then in there, you got to set up -- before you wire, you have to set up every person that receives.
**KRISTINA DUONG:** Mm.
**MARIO JUAREZ:** And it takes 24 hours. So, like, if you're going to wire to me --
**KRISTINA DUONG:** Uh-huh.

**MARIO JUAREZ:** -- because I have not been set up, it takes you 24 hours to set you me up.
You see that?
**KRISTINA DUONG:** No, no, no, but I -- I have you, right?
**MARIO JUAREZ:** I'm tired of this shit.
**KRISTINA DUONG:** Huh?
**MARIO JUAREZ:** Tired of this shit.
**KRISTINA DUONG:** I am too. That's why I want to be clear [inaudible].
So I already have you.
**MARIO JUAREZ:** Okay.
**KRISTINA DUONG:** I already did that from every [indiscernible].
[Speaking Vietnamese].
But then I can just set that up and let it out tomorrow, right?
**MARIO JUAREZ:** And how are we going to pay the payroll for Friday?
**KRISTINA DUONG:** It's better use this first.
**MARIO JUAREZ:** And then --
**KRISTINA DUONG:** Use that, and bring it up and come back with the other one.
**MARIO JUAREZ:** And then you --
And see what they say over there.
So on Tuesday I will know what they



[overlapping], right?
**KRISTINA DUONG:** Yeah.
**MARIO JUAREZ:** So I got two things that I -- I need three things that I need to negotiate. I need to negotiate a waiver of that late fee because [inaudible].
And I need to negotiate --
**UNIDENTIFIABLE MALE VOICE:** The rent.
**MARIO JUAREZ:** -- the rent increase.
**UNIDENTIFIABLE MALE VOICE:** Those [inaudible].
**MARIO JUAREZ:** And then -- and, also, like, [overlapping].
**KRISTINA DUONG:** Fifteen.
**MARIO JUAREZ:** So three items that I'm going to negotiate.
**KRISTINA DUONG:** So, Cecilia --
**CECILIA MENDEZ:** Yeah.
**KRISTINA DUONG:** -- 15 times 32. Why don't you -- right?
**CECILIA MENDEZ:** Yeah.
**KRISTINA DUONG:** I'm sorry. 15 times 199.
**UNIDENTIFIABLE MALE VOICE:** No.
**MARIO JUAREZ:** No, divided by --
**KRISTINA DUONG:** Right, 15 times 199.
**MARIO JUAREZ:** No, [indiscernible] divided by.
**CECILIA MENDEZ:** 15 times 199.
**KRISTINA DUONG:** No, 15 times 199.



**CECILIA MENDEZ:** This is the 24 title.
**KRISTINA DUONG:** Stop arguing. Okay?
**CECILIA MENDEZ:** Yeah, plus --
**KRISTINA DUONG:** Right -- no, is that 3 -- 3,200, right? So now it's 3,000, right?
**HENRY VO:** No.
**CECILIA MENDEZ:** No.
**HENRY VO:** What are you talking about?
**KRISTINA DUONG:** The Title 24.
**CECILIA MENDEZ:** Yeah.
**MARIO JUAREZ:** It's 15.
(Simultaneous conversations are inaudible and/or indiscernible and not transcribed.)
**HENRY VO:** It's 199.
**CECILIA MENDEZ:** It is 199 times 15.
**KRISTINA DUONG:** Right.
**CECILIA MENDEZ:** That's it.
**KRISTINA DUONG:** 15.
**CECILIA MENDEZ:** And he already paid for one, so --
**KRISTINA DUONG:** That's what I just said, 15 times 199.
**CECILIA MENDEZ:** Uh-huh.
**KRISTINA DUONG:** You guys, stop arguing with me.
Right. So why don't you do with him so that I'm going to put on top of that $30,000, because I don't want



to have to go use my credit card.
**CECILIA MENDEZ:** Oh, okay.
**MARIO JUAREZ:** Then they'll block mine.
**HENRY VO:** [Overlapping].
**CECILIA MENDEZ:** Makes sense.
**KRISTINA DUONG:** Huh?
**MARIO JUAREZ:** They'll block my --
**KRISTINA DUONG:** So they don't block mine.
Okay. So --
**CECILIA MENDEZ:** Okay. Got it.
**KRISTINA DUONG:** -- 3,000 -- okay? -- for --
**MARIO JUAREZ:** Title 24.
**KRISTINA DUONG:** -- Title 24, 15 --
**CECILIA MENDEZ:** And your reimbursement for the other one will be paid [overlapping].
(Simultaneous conversations are inaudible and/or indiscernible and not transcribed.)
**MARIO JUAREZ:** No, they already paid it.
**CECILIA MENDEZ:** Oh.
**MARIO JUAREZ:** Uh-huh.
**KRISTINA DUONG:** So now it's 56,012.
**HENRY VO:** And how about the 15,000 --
**KRISTINA DUONG:** No, no, that one will come out of a check.
**MARIO JUAREZ:** No, we're going to do a check.

**CECILIA MENDEZ:** Yeah.
**KRISTINA DUONG:** We're going to check that.
**MARIO JUAREZ:** But with that, I need you to help me make sure you follow through. Because I'm not going to be here, we need to get a picture --
**HENRY VO:** Uh-huh.
**MARIO JUAREZ:** -- and we need to overnight it.
**KRISTINA DUONG:** No, no, no. No, you go in there right now so I can sign the checks.
**CECILIA MENDEZ:** Okay. Let me go get --
**KRISTINA DUONG:** One-stop shop. Done.
Don't [inaudible]. That's how I don't like [inaudible].
**MARIO JUAREZ:** You give me such a fucking hard time.
**KRISTINA DUONG:** One-stop shop.
**UNIDENTIFIABLE MALE VOICE:** No, [overlapping].
(Simultaneous conversations are inaudible and/or indiscernible and not transcribed.)
**UNIDENTIFIABLE MALE VOICE:** Oh, my god. [Inaudible].
**MARIO JUAREZ:** You give me a hard time [inaudible].
(Inaudible conversations are not transcribed.)
**CECILIA MENDEZ:** Yeah, I'm on my way.
**UNIDENTIFIABLE FEMALE VOICE:** Can you make sure that



I [inaudible].
(Inaudible conversations are not transcribed.)
**CECILIA MENDEZ:** I already e-mailed it two times. [Inaudible].
(Inaudible conversations are not transcribed.)
**KRISTINA DUONG:** No, no, no, no. Oh, [inaudible] tell me. Tell me 796,000 [inaudible].
Where's the check for [inaudible]?
**UNIDENTIFIABLE FEMALE VOICE:** Oh, [inaudible].
(Inaudible conversations are not transcribed.)
**CECILIA MENDEZ:** [Inaudible].
(Inaudible conversations are not transcribed.)
**KRISTINA DUONG:** [Inaudible] 65, and then she's going to get the -- so this one is how many [inaudible]?
(Inaudible conversations are not transcribed.)
**KRISTINA DUONG:** This is from last time?
(Inaudible conversations are not transcribed.)
**KRISTINA DUONG:** [Speaking Vietnamese].
We didn't get reimbursed from -- from CPCFA,



then, huh?
**UNIDENTIFIABLE MALE VOICE:** [Inaudible].
**KRISTINA DUONG:** No?
(Inaudible conversations are not transcribed.)
**KRISTINA DUONG:** I think [inaudible]. No, they already processed.
**UNIDENTIFIABLE MALE VOICE:** Oh.
**KRISTINA DUONG:** They already processed -- I think it's 1.8 million.
(Conversation in Vietnamese is not transcribed.)
**KRISTINA DUONG:** No, no, she said she's printing.
(Inaudible conversations are not transcribed.)
(Conversation in Vietnamese is not transcribed.)
**UNIDENTIFIABLE FEMALE VOICE:** Bye, guys.
(Conversation in Vietnamese is not transcribed.)
**UNIDENTIFIABLE FEMALE VOICE:** [Inaudible] letter?
**UNIDENTIFIABLE FEMALE VOICE:** Oh, I -- I have it.
**UNIDENTIFIABLE FEMALE VOICE:** Oh, you do.
**UNIDENTIFIABLE FEMALE VOICE:** I need the [inaudible].
**UNIDENTIFIABLE FEMALE VOICE:** Yeah, it's in the



e-mail. I send it to you [inaudible].
(Inaudible conversations are not transcribed.)
**UNIDENTIFIABLE FEMALE VOICE:** What's your e-mail?
(Inaudible conversations are not transcribed.)
**HENRY VO:** Yeah, can you send me the e-mail, yeah, from that file --
**CECILIA MENDEZ:** Yeah.
**HENRY VO:** -- and provide, like, new receipt. Or you can upload [inaudible] this one [overlapping].
**CECILIA MENDEZ:** Only -- only -- hold on. [Inaudible].
**HENRY VO:** Yeah, [inaudible]. Make sure that you --
**CECILIA MENDEZ:** I will.
**HENRY VO:** -- put name on this receipt so -- so --
**CECILIA MENDEZ:** And then [inaudible] one and [inaudible].
**HENRY VO:** Yes.
**CECILIA MENDEZ:** Yeah. No problem. Great. Thank you.
(Inaudible conversations are not transcribed.)
**UNIDENTIFIABLE FEMALE VOICE:** I'm really [inaudible].
**UNIDENTIFIABLE FEMALE VOICE:** Okay.

(Inaudible conversations are not transcribed.)
**UNIDENTIFIABLE FEMALE VOICE:** Okay. Thank you.
**CECILIA MENDEZ:** Thank you. Bye-bye.
**UNIDENTIFIABLE FEMALE VOICE:** [Inaudible].
**KRISTINA DUONG:** Okay. [Inaudible] you got it, right?
**CECILIA MENDEZ:** Yes, got it. Thank you, Kristina.
**KRISTINA DUONG:** [Inaudible].
**CECILIA MENDEZ:** Thank you.
[Inaudible]?
(Conversation in Spanish between Mario Juarez and Cecilia Mendez is not transcribed.)
**MARIO JUAREZ:** [Indiscernible].
**UNIDENTIFIABLE FEMALE VOICE:** That's why I always -- I always [inaudible].
(Inaudible conversations are not transcribed.)
**CECILIA MENDEZ:** Kristina [inaudible]. [Inaudible] the money is going to be transferred, or it's going to be wired [inaudible]?
**KRISTINA DUONG:** [Indiscernible] check? Which one?
**CECILIA MENDEZ:** For the [inaudible].
**KRISTINA DUONG:** I'm -- I'm going to -- I'm going to, I don't know, [indiscernible] or transfer to Mario.



Whatever I did before, I can't remember it.
**CECILIA MENDEZ:** [Inaudible] check [inaudible]?
**KRISTINA DUONG:** No, no, no, no.
**CECILIA MENDEZ:** It was a transfer or wire?
(Simultaneous conversations are inaudible and/or indiscernible and not transcribed.)
**CECILIA MENDEZ:** But it will be done tomorrow?
**KRISTINA DUONG:** You know what? Actually, maybe [inaudible].
**CECILIA MENDEZ:** Yeah.
**KRISTINA DUONG:** Okay.
[Speaking Vietnamese].
Okay. Let me give you that number [inaudible].
**UNIDENTIFIABLE MALE VOICE:** [Inaudible].
**KRISTINA DUONG:** That's true.
**UNIDENTIFIABLE FEMALE VOICE:** Yeah.
(Simultaneous conversations are inaudible and/or indiscernible and not transcribed.)
**CECILIA MENDEZ:** Sorry for bothering you again.
**UNIDENTIFIABLE FEMALE VOICE:** No, no, no, [indiscernible].
**KRISTINA DUONG:** I just remember, yeah.
Mario?



**CECILIA MENDEZ:** Uh-huh.
(Conversation in Vietnamese is not transcribed.)
(Inaudible conversations are not transcribed.)
**KRISTINA DUONG:** No, 56. 56 [speaking Vietnamese] Mario [speaking Vietnamese].
(Conversation in Vietnamese is not transcribed.)
**CECILIA MENDEZ:** I -- I think [indiscernible] is the one that had to go with [inaudible] file [inaudible].
**KRISTINA DUONG:** No, I think I have -- no, Mario.
**UNIDENTIFIABLE FEMALE VOICE:** That went to Mario.
**CECILIA MENDEZ:** Okay.
**KRISTINA DUONG:** Sorry [inaudible].
(Inaudible conversations are not transcribed.)
**UNIDENTIFIABLE FEMALE VOICE:** Okay. [Inaudible] last time I remember I cut the [overlapping].
**KRISTINA DUONG:** So that's why [inaudible].
(Simultaneous conversations are inaudible and/or indiscernible and not transcribed.)
**CECILIA MENDEZ:** Juarez, J-u -- oh, J-u -- uh-huh.
////



(Inaudible conversations are not transcribed.)
**UNIDENTIFIABLE FEMALE VOICE:** I'll just need -- and can you write down [inaudible].
**UNIDENTIFIABLE FEMALE VOICE:** J-u-a -- J-u-a-r -- r-e [inaudible]. Okay.
(Inaudible conversations are not transcribed.)
**UNIDENTIFIABLE FEMALE VOICE:** Okay. All right. Thank you.
**UNIDENTIFIABLE FEMALE VOICE:** Thank you. [Inaudible].
(Inaudible conversations are not transcribed.)
**CECILIA MENDEZ:** Thank you.
**UNIDENTIFIABLE MALE VOICE:** Bye-bye.
(Conversation in Spanish between Mario Juarez and Cecilia Mendez is not transcribed.)
**MARIO JUAREZ:** But that -- that will happen. [Inaudible] take time to -- the meetings, they -- they do have to meet, meaning that if I'm placed on the calendar and you can do a special appearance, not necessarily [inaudible].
[Indiscernible].

Page 197

Got it. Got it. Got it. [Inaudible]. I appreciate everything you've done.
Uh-huh.
Uh-huh.
Okay. [Indiscernible].
Do you have his number?
Uh-huh.
Yeah, perfectly.
Uh-huh.
Uh-huh.
Okay.
And you're -- you don't want to request the court to reopen the matter, do you? [Indiscernible]?
Okay.
Okay. Luis [phonetic], listen, listen, I -- I know you don't want to get involved, and I appreciate it. And I understand what the ramifications of that is, but this is a very nasty district attorney, as you can see. And you see what Nancy O'Malley says about her, and so it's just -- just shocking.
Uh-huh.
Yeah, just so you know, so what happened is I had placed services. I did a printer -- I did a mailer. I did a hit piece, I did “Bad Pam”. Go to badpam.com [phonetic].

Page 198

I did a hit piece.
I think that the mail -- the mail [inaudible]. And I'm disputing that. [Inaudible].
(Inaudible conversations are not transcribed.)
(End of transcription. See next page.)