EXHIBIT 16

**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 18, 2023 through May 08, 2023
Primary Account: [redacted]**1581**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-994-5626** |
| Para Espanol: | 1-888-994-5626 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00066909 DRE 703 141 12923 NNNNNNNNNNN T 1 000000000 06 0000
MARIO JUAREZ
[redacted]

00669090201000000022

# CONSOLIDATED BALANCE SUMMARY

### ASSETS

| **Checking & Savings** | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Private Client Checking | [redacted]1581 | $0.00 | $0.00 |
| Chase Private Client Savings | [redacted]0821 | 0.00 | 0.01 |
| **Total** | | **$0.00** | **$0.01** |
| **TOTAL ASSETS** | | **$0.00** | **$0.01** |

# CHASE PRIVATE CLIENT CHECKING

MARIO JUAREZ

Account Number: [redacted]1581

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$0.00** |
| Deposits and Additions | 2,000.00 |
| Electronic Withdrawals | -2,000.00 |
| **Ending Balance** | **$0.00** |
| Annual Percentage Yield Earned This Period | 0.00% |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$0.00** |
| 04/18 | Online Transfer From Chk ...5267 Transaction#: 17122988225 | **1,000.00** | 1,000.00 |
| 05/01 | 05/01 Online Transfer To Chk ...1626 Transaction#: 17238461714 | -1,000.00 | 0.00 |
| 05/02 | Online Transfer From Chk ...5267 Transaction#: 17250790390 | **1,000.00** | 1,000.00 |
| 05/03 | Zelle Payment To Julie Wedge Jpm999W31Kuu | -1,000.00 | 0.00 |
| | **Ending Balance** | | **$0.00** |

## CHASE PRIVATE CLIENT SAVINGS

MARIO JUAREZ

Account Number: [redacted]0821

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$0.00** |
| Deposits and Additions | 1,000.01 |
| Electronic Withdrawals | -1,000.00 |
| **Ending Balance** | **$0.01** |
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.01 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$0.00** |
| 04/18 | Online Transfer From Chk ...5267 Transaction#: 17123007477 | **1,000.00** | 1,000.00 |
| 05/01 | 05/01 Online Transfer To Chk ...1626 Transaction#: 17238439451 | -750.00 | 250.00 |
| 05/08 | 05/08 Online Transfer 17295349822 To Sable Credit Card And Check ##########3108 Transaction #: 17295349822 | -250.00 | 0.00 |
| 05/08 | Interest Payment | **0.01** | 0.01 |
| | **Ending Balance** | | **$0.01** |

You earned a higher interest rate on your Chase Private Client Savings account during this statement period because you had a qualifying Chase Private Client Checking account.

10669090202000000062

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

This Page Intentionally Left Blank