# EXHIBIT 18

**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

July 01, 2023 through July 31, 2023

Primary Account: [redacted]1581

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Para Espanol: | 1-888-994-5626 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00176212 DRE 703 143 18223 NNNNNNNNNNN T 1 000000000 69 0000

MARIO JUAREZ
[redacted]

## You now have more time to let us know about certain check errors on your account

In June we increased the timeframe for when you can make a claim for checks drawn on your account that have either been altered or that you did not authorize. You now have up to 60 days from when we make a statement available to make a claim on these items in order to be considered for reimbursement.

We ve updated the Safeguarding Your Information section in our Deposit Account Agreement to reflect this change as well as provide additional information about our check claims process.

As a reminder, we offer tools to help you keep an eye on your account, including the Chase Mobile® app[1] and Chase Online℠ Banking. You can find more useful tips for helping protect you and your money at chase.com/FraudAwareness.

If you d like a copy of the Deposit Account Agreement, please visit chase.com/disclosures or call us at the number on this statement. We also accept operator relay calls.

[1]**Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

## Please review our overdraft service options at the end of this statement

We ve included our overdraft services and fees that are available for your personal checking account(s) at the end of this statement. As a reminder, overdraft services are not available for Chase Secure Checking℠ or Chase First Checking℠. Standard Overdraft Practice and Chase Debit Card Coverage℠ are not available for Chase High School Checking℠.

If you have questions, please visit chase.com/overdraft or call us at the number on this statement. We accept operator relay calls.

## CONSOLIDATED BALANCE SUMMARY

ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Private Client Checking | [redacted]1581 | [redacted] | [redacted] |
| Chase Private Client Savings | [redacted]0821 | | |
| Total | | | |
| TOTAL ASSETS | | | |



Trial Exhibit 5253, Page 1

**CHASE PRIVATE CLIENT**

July 01, 2023 through July 31, 2023

Primary Account: [redacted]1581

## CHASE PRIVATE CLIENT CHECKING

MARIO JUAREZ

Account Number: [redacted]1581

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | [redacted] |
| Deposits and Additions | |
| ATM & Debit Card Withdrawals | |
| Electronic Withdrawals | |
| Fees | |
| Ending Balance | |
| Annual Percentage Yield Earned This Period | |
| Interest Paid Year-to-Date | |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | [redacted] |
| [redacted] | | | |
| 06/16 | Card Purchase SouthWest Flight KX2312 Card 3397 | -432.98 | 3,693.58 |
| [redacted] | | | |

Did you know you can waive your Chase Private Client Checking Monthly Service Fee by keeping an average daily balance of at least $150,000 in qualifying linked deposits and investments? During this statement period, your combined average daily balance was $353.