# EXHIBIT 21

# IOS WHATSAPP MESSAGES

| | |
|---|---|
| **CHAT PARTICIPANTS** | |
| Number of participants | 6 |
| Display names | 15106953131<br>15108216699<br>15109447744<br>Cecy<br>Local User<br>MJ |
| Local user | 15108216699 |
| **CONVERSATION DETAILS** | |
| Number of messages | 3308 |
| First message sent date/time | 5/16/2023 9:32:55.000 AM |
| Last message sent date/time | 1/15/2024 6:17:27.000 PM |
| Case time zone | (UTC-08:00) Pacific Time (US & Canada) |

↗ Delivered

**15108216699**

5/16/2023 9:32:55.000 AM

In an hour

↙ Received

**15106953131**

5/16/2023 11:23:31.000 AM

Call not answered

↙ Received

**15106953131**

5/16/2023 11:33:07.000 AM

Can I order the Fruitvale insurance with Lilian Cabrera?

↙ Received

↗ Delivered

**15108216699**

12/8/2023 6:32:05.000 PM

Will $3,000 be enough to meet the requirements of state law?

↙ Received

**15106953131**

12/8/2023 6:33:24.000 PM

They only agreed to pay for the sales agreement and the research. Right?
I think I'd better listen to my recording

↗ Delivered

**15108216699**

12/8/2023 6:33:57.000 PM

But I need the rest, I mean, didn't I explain to you what else was needed?

↗ Delivered

**15108216699**

12/8/2023 6:34:00.000 PM

Do you understand me

↗ Delivered

**15108216699**

12/8/2023 6:34:08.000 PM

I'll go and tell them, you know what, I need more

↗ Delivered

**15108216699**

12/8/2023 6:34:12.000 PM

More is required

↗ Delivered

**15108216699**

12/8/2023 6:34:26.000 PM

Like the constant in this

↙ Received

**15106953131**

12/8/2023 6:36:12.000 PM

Can we call them and tell them what is happening? And let them know that the lawyer will bill separately for the contracts for Julie, Chris, mine, etc., as well as for the warranty and mandatory disclosures.

↗ Delivered

**15108216699**

TRANSPERFECT

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Exhibit 5052C, excerpt of iOS WhatsApp messages between Mario Juarez (15108216699) and Cecilia Mendez ("Cecy," 15106953131), consisting of 11 pages, containing messages dated December 4, 2023 through December 8, 2023.**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Jacqueline Yorke

Sworn to before me this
October 27, 2026

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public