# EXHIBIT 22

**MARIO JUAREZ:** He accepted the $750,000, right?

**CECILIA MENDEZ:** What did he accept?

**MARIO JUAREZ:** The $750,000 dollars.

**CECILIA MENDEZ:** How did he accept it?

**MARIO JUAREZ:** He told me: "Give me the $750,000 dollars".

**CECILIA MENDEZ:** Oh, really? Mm-hmm. Yeah, and I have it recorded. That [UNINTELLIGIBLE].

**[Noise]**

**MARIO JUAREZ:** [INDISCERNIBLE].

**CECILIA MENDEZ:** Let me turn it off [UNINTELLIGIBLE].

**MARIO JUAREZ:** He just called.

**CECILIA MENDEZ:** It's just that it's still recording.