EXHIBIT 23

**Volume 17**

**Pages 3677 - 3842**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Yvonne Gonzalez Rogers, Judge

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. SHENG THAO, et al., Defendants. | **NO. 4:25-cr-00003-YGR** |

Oakland, California
Friday, November 13, 2026

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY
1301 Clay Street
Oakland, California 94612
**BY: ABRAHAM H. FINE**
**MOLLY PRIEDEMAN**
**ASSISTANT UNITED STATES ATTORNEYS**

UNITED STATES ATTORNEY
450 Golden Gate Avenue
San Francisco, California 94102
**BY: LLOYD A. FARNHAM**
**ASSISTANT UNITED STATES ATTORNEY**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Reported By: Ruth Levine Ekhaus, RMR, RDR, FCRR, CCG
Official United States Reporter, CSR No. 12219

because you didn't have a deal at all with Sheng Thao; yes?

A. You keep saying that, but that's not true. We did have a deal with Sheng Thao.

Q. In fact, in November 2023 -- we can take this down.

In November 2023, David Duong was actually starting to question your story that you had any kind of arrangement or relationship with Sheng Thao; isn't that right?

A. You know, it's not my story. It's on recordings. Andy Duong, David Duong, my boys, we didn't know we were being recorded. I wasn't making this up. It was all verified. Listen to your lying ears.

Q. You remember you had a meeting with David Duong on November 6th, 2023; yes?

A. Since -- like I would have the meeting around that time, yes.

**MR. TSAI:** So we're going to play a small clip, with the Court's permission. 987A-1. At the 6:49 mark, just a few seconds' worth. 987A-1.

(Audio played but not reported.)

**BY MR. TSAI:**

Q. So with respect to your meeting with Andre Jones, what you were attempting to do was bolster yourself?

A. Why don't you keep playing because it has a lot more things that it shows that I'm not bolstering myself. Why don't you play the whole recording?