# EXHIBIT 24

Volume 2

Pages 300 - 452

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Yvonne Gonzalez Rogers, Judge

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
VS. ) **NO. 4:25-cr-00003-YGR**
)
SHENG THAO, et al., )
)
Defendants. )
)

Oakland, California
Wednesday, October 14, 2026

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY
1301 Clay Street
Oakland, California 94612
**BY: ABRAHAM H. FINE**
**MOLLY PRIEDEMAN**
**ASSISTANT UNITED STATES ATTORNEYS**

UNITED STATES ATTORNEY
450 Golden Gate Avenue
San Francisco, California 94102
**BY: LLOYD A. FARNHAM**
**ASSISTANT UNITED STATES ATTORNEY**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Reported By: Ruth Levine Ekhaus, RMR, RDR, FCRR, CCG
Official United States Reporter, CSR No. 12219

that Thao wasn't moving fast enough to fulfill her promises.

But then you'll hear David Duong put it in perspective. He had talked to Thao. And Thao was worried that the container homes were too new for everyone. He says on the recordings that, quote, "The deal is the deal." But they had to make sure that Thao didn't have any, quote, "trouble later" by fulfilling her promise, her end of the deal.

David Duong says on the recording, quote, It's not because I promise you, so, yeah, I'm ready. I will go to jail for this. You know that. I mean, people don't promise and die because of their promise.

That's a quote from the recordings that you'll hear at trial.

David Duong directed that they had to make their company appear more legitimate, get real permits, and get buy-in from other local governments so that Thao didn't have any trouble later or go to jail for trying to fulfill her end of the bargain.

You'll also hear in these board recordings that, in November of 2023, Jones approached Juarez and the Duongs and asked for more money. You'll hear them discuss it. And then you'll see that Andre Jones came to CWS to pick up another $35,000 check from David Duong.

You'll see this check. As I said, it's another $35,000 bribe payment made out to Andre Jones.