# EXHIBIT 25

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
FAX: (510) 637-3724
Abraham.fine@usdoj.gov
Molly.priedeman@usdoj.gov
Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, AND<br>ANDY HUNG DUONG,<br><br>Defendants. | **CASE NO. 25-CR-0003-YGR**<br><br>UNITED STATES' APPLICATION AND [PROPOSED] ORDER FOR IMMUNITY AND COMULSION FOR CECILIA MENDEZ-OLMOS |

The United States of America, by and through Craig H. Missakian, United States Attorney for the Northern District of California, and Molly Priedeman, Abraham Fine, and Lloyd Farnham, Assistant United States Attorneys for said District, moves that this Court issue an order pursuant to the provisions of Title 18, United States Code, Sections 6001, 6002 and 6003, compelling Cecilia Mendez-Olmos to give testimony or provide other information, which Mendez-Olmos refuses to give or provide on the

basis of her privilege against self-incrimination, as to all matters about which Mendez-Olmos may be questioned in the above-captioned case, and respectfully alleges as follows:

1. Cecilia Mendez-Olmos has been called to testify or provide other information in the above-captioned trial.

2. This witness has stated that she will invoke her privilege against self-incrimination under the Fifth Amendment when she appears to testify.

3. It is the judgment of the United States Attorney for the Northern District of California that the testimony and other information to be provided by said witness may be necessary to the public interest of the United States.

4. This application is made in good faith with the approval of the Assistant Attorney General in charge of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by Title 18, United States Code, Section 6003 and 28 C.F.R. § 0.175.

DATED: October 27, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys

## [PROPOSED] ORDER

On motion of CRAIG H. MISSAKIAN, United States Attorney for the Northern District of California, by Molly Priedeman, Abraham Fine, and Lloyd Farnham, Assistant United States Attorneys for said District, the Court hereby finds and orders as follows:

1. Cecilia Mendez may be called to testify or provide other information in the above-captioned case; and

2. Cecilia Mendez has refused or is likely to refuse to testify or provide other information on the basis of her Fifth Amendment privilege against self-incrimination; and

3. In the judgment of the United States Attorney, the testimony or other information to be obtained from Cecilia Mendez may be necessary to the public interest; and

4. The motion filed here has been made with approval of the designate of the Assistant Attorney General in charge of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by 18 U.S.C. § 6003 and 28 C.F.R. 0.175;

IT IS THEREFORE ORDERED pursuant to 18 U.S.C. § 6002 that Cecilia Mendez-Olmos shall testify under oath and provide other information which she refuses to give or provide on the basis of her Fifth Amendment privilege against self-incrimination, and shall do so as to all matters about which she may be questioned in the above-captioned case;

IT IS FURTHER ORDERED that the testimony and other information compelled from Cecelia Mendez-Olmos pursuant to this order, and any information directly or indirectly derived from such testimony or other information may not be used against her in any criminal case, except a prosecution for perjury, false declaration, or otherwise failing to comply with this order.

DATED:

________________________
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
FAX: (510) 637-3724
Abraham.fine@usdoj.gov
Molly.priedeman@usdoj.gov
Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, AND<br>ANDY HUNG DUONG,<br><br>Defendants. | **CASE NO. 25-CR-0003-YGR**<br><br>UNITED STATES' APPLICATION AND [PROPOSED] ORDER FOR IMMUNITY AND COMULSION FOR CECILIA MENDEZ-OLMOS |

The United States of America, by and through Craig H. Missakian, United States Attorney for the Northern District of California, and Molly Priedeman, Abraham Fine, and Lloyd Farnham, Assistant United States Attorneys for said District, moves that this Court issue an order pursuant to the provisions of Title 18, United States Code, Sections 6001, 6002 and 6003, compelling Cecilia Mendez-Olmos to give testimony or provide other information, which Mendez-Olmos refuses to give or provide on the

## [PROPOSED] ORDER

On motion of CRAIG H. MISSAKIAN, United States Attorney for the Northern District of California, by Molly Priedeman, Abraham Fine, and Lloyd Farnham, Assistant United States Attorneys for said District, the Court hereby finds and orders as follows:

1. Cecilia Mendez may be called to testify or provide other information in the above-captioned case; and

2. Cecilia Mendez has refused or is likely to refuse to testify or provide other information on the basis of her Fifth Amendment privilege against self-incrimination; and

3. In the judgment of the United States Attorney, the testimony or other information to be obtained from Cecilia Mendez may be necessary to the public interest; and

4. The motion filed here has been made with approval of the designate of the Assistant Attorney General in charge of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by 18 U.S.C. § 6003 and 28 C.F.R. 0.175;

IT IS THEREFORE ORDERED pursuant to 18 U.S.C. § 6002 that Cecilia Mendez-Olmos shall testify under oath and provide other information which she refuses to give or provide on the basis of her Fifth Amendment privilege against self-incrimination, and shall do so as to all matters about which she may be questioned in the above-captioned case;

IT IS FURTHER ORDERED that the testimony and other information compelled from Cecelia Mendez-Olmos pursuant to this order, and any information directly or indirectly derived from such testimony or other information may not be used against her in any criminal case, except a prosecution for perjury, false declaration, or otherwise failing to comply with this order.

DATED: 10/27/2026

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE