# EXHIBIT 26

# 5110. 2024.05.05 Body Cam Footage of Interview, Pt 1

Transcript — Duration 00:33:05 (speech runs 00:00:35 to 00:32:58)

**TRANSCRIPT**

| Time | Speaker | |
|---|---|---|
| [00:00:35] | **OTHER:** | Sir. |
| [00:00:35] | **OTHER:** | All right. |
| [00:00:36] | **OTHER:** | He's in there. |
| [00:00:46] | **SGT:** | Hello. |
| [00:00:46] | **JUAREZ:** | Sergeant. |
| [00:00:48] | **SGT:** | Sir. |
| [00:00:48] | **JUAREZ:** | Good morning. |
| [00:00:49] | **JUAREZ:** | How are you? |
| [00:00:50] | **SGT:** | I hear you wanted to talk to Sergeant. |
| [00:00:53] | **JUAREZ:** | Thank you, do you mind having a seat? |
| [00:00:56] | **SGT:** | Yeah, sure. |
| [00:00:56] | **SGT:** | I'll stand, but go ahead. |
| [00:00:58] | **SGT:** | What would you like to talk to me about? |
| [00:01:00] | **JUAREZ:** | So, um, my name is Mario Juarez. |
| [00:01:03] | **JUAREZ:** | I'm, um, I grew up here in Oakland. |
| [00:01:05] | **JUAREZ:** | I went to the local schools here down the street on 28th and a half and 35th on what needs to be called Fremont High, Fremont. |
| [00:01:13] | **JUAREZ:** | And in high school here. Um, I used to do real estate development. |
| [00:01:17] | **JUAREZ:** | I'm a political active – act – uh consultant. |
| [00:01:21] | **JUAREZ:** | And so I wanted to call you because, um, uh, there was an incident that took place on Friday where I went to the premises of 1211 Embarcadero. |
| [00:01:35] | **JUAREZ:** | It's a building that is owned by California Waste Solutions, who happens to be the contractor for the Oakland City of Oakland for second, um, the Duong family owns that company, D-U-A-G. |
| [00:01:48] | **SGT:** | Duag? |
| [00:01:48] | **JUAREZ:** | Yeah, David. And, and |
| [00:01:50] | **SGT:** | They, they have a contract with the city of Oakland to |
| [00:01:54] | **JUAREZ:** | Do the recycling. |
| [00:01:55] | **SGT:** | Recycling. |
| [00:01:55] | **JUAREZ:** | You might, the cold is getting in. |
| [00:02:00] | **JUAREZ:** | Thank you. |
| [00:02:01] | **JUAREZ:** | And so they have they have a contract with the city of Oakland for recycling. |
| [00:02:05] | **JUAREZ:** | So one of the things that we pay the bills for is waste management for the garbage and the recycling. |
| [00:02:13] | **JUAREZ:** | They're two different companies. |

| Time | Speaker | |
|---|---|---|
| [00:27:31] | **SGT:** | You said you wanted to file a complaint. |
| [00:27:33] | **SGT:** | I will write down all those. |
| [00:27:35] | **SGT:** | There will be somebody that will be in contact with you again. |
| [00:27:39] | **JUAREZ:** | Can this be referred to the FBI? |
| [00:27:42] | **SGT:** | Well, we're going to contact you again to follow up this, you know, follow through. |
| [00:27:48] | **JUAREZ:** | It's a big deal. |
| [00:27:49] | **SGT:** | Yeah, I I understand that. And we're going to. |
| [00:27:50] | **JUAREZ:** | But I know because I work with them, but because they beat me up. |
| [00:27:54] | **JUAREZ:** | And. |
| [00:27:54] | **SGT:** | And so basically, you help them do this because. |
| [00:27:58] | **SGT:** | Why? |
| [00:27:59] | **JUAREZ:** | What do you mean? |
| [00:27:59] | **JUAREZ:** | I didn't help them? |
| [00:28:00] | **JUAREZ:** | I saw them do it. |
| [00:28:01] | **SGT:** | No, but you said that you did help them. |
| [00:28:03] | **SGT:** | You you delivered money and so forth. |
| [00:28:05] | **SGT:** | What? |
| [00:28:06] | **SGT:** | Like what? |
| [00:28:07] | **SGT:** | You were helping them. |
| [00:28:10] | **JUAREZ:** | I wasn't helping them, what I did. |
| [00:28:11] | **SGT:** | But you just submitted to me that you were. |
| [00:28:13] | **JUAREZ:** | No, what I did is what I is what I said. |
| [00:28:15] | **SGT:** | Yeah. |
| [00:28:16] | **SGT:** | OK. |
| [00:28:16] | **JUAREZ:** | I delivered |
| | **SGT:** | the reason Reason why you're delivering money. |
| [00:28:19] | **SGT:** | Why were you? |
| [00:28:20] | **JUAREZ:** | Because first of all, they were doing it on the premise of a contract, right? |
| [00:28:27] | **SGT:** | I don't know. |
| [00:28:27] | **SGT:** | I'm. |
| [00:28:28] | **SGT:** | I'm at. |
| [00:28:28] | **SGT:** | That's why I'm asking you. |
| [00:28:29] | **SGT:** | I don't know. |
| [00:28:30] | **JUAREZ:** | So but I'm explaining to you because I'm not going to admit that I was helping someone commit a crime. |
| [00:28:34] | **SGT:** | Well, you just did, |
| | **JUAREZ:** | but I didn't. |
| [00:28:36] | **JUAREZ:** | I said |

| Time | Speaker | |
|---|---|---|
| | SGT: | yeah, you asked Sir, you absolutely did. |
| [00:28:38] | SGT:<br>JUAREZ:<br>SGT: | You said you brought you brought $75,000 or or $80,000<br>at the moment<br>for part of the payoff. |
| [00:28:45] | JUAREZ: | Ok, listen, at the moment they said they were going to do a contract for non existing work. |
| [00:28:50] | JUAREZ: | No work was done. |
| [00:28:52] | SGT: | Yeah, do you see what I'm saying? |
| [00:28:54] | SGT:<br>JUAREZ: | No, bringing 75,000 to $80,000 to somebody who is not<br>And sign a contract |
| | SGT: | Yeah, but you don't bring hard cash. |
| [00:29:04] | JUAREZ: | No, it was a check. |
| [00:29:05] | SGT: | It was a check. |
| [00:29:06] | SGT:<br>JUAREZ:<br>SGT: | So you brought a check and it was the check was<br>paid to Andre [transcribed 'Andrew']<br>and it was the check was signed by Duong, correct. |
| [00:29:20] | JUAREZ: | Yeah, so. So, so then they they wanted to do a contract. |
| [00:29:28] | SGT: | Yeah. |
| [00:29:28] | JUAREZ:<br>SGT: | But then I discovered that there was no, no work<br>no actual contract. |
| [00:29:34] | SGT: | OK. |
| [00:29:35] | SGT: | Right. |
| [00:29:35] | SGT: | So, so this is what I'll do. |
| [00:29:37] | SGT: | I'm going to write this up and I'll file this through our complaint system. |
| [00:29:42] | SGT: | We will be back in contact with you. |
| [00:29:45] | SGT:<br>JUAREZ: | I'm going to give you some numbers.<br>This is a very serious. |
| [00:29:48] | SGT: | Yeah, I understand that, Sir. |
| [00:29:49] | SGT: | That's that's why we have to go for this. |
| [00:29:53] | JUAREZ: | I'm in fear for my life. So that's why I'm asking whether or not you have a contact with the FBI or this can be referred to the FBI or someone is going to. |
| [00:29:58] | SGT: | Yeah, well, eventually we're it's going to end up going there. |
| [00:30:02] | SGT:<br>JUAREZ: | What we're doing here right now because you've already given your report to the officer, right.<br>Yeah. |
| [00:30:07] | SGT: | So what we're doing right here here at this point, we're doing a complaint. |
| [00:30:12] | SGT: | OK. |
| [00:30:12] | JUAREZ: | OK. |
| [00:30:12] | JUAREZ: | OK. |
| [00:30:14] | JUAREZ: | Mr. |