# EXHIBIT 28

# 2024.05.05 Body Cam footage of Interview, Pt 3

Transcript - Duration: 00:59:27

**TRANSCRIPT**

| **Time** | **Speaker** |
|---|---|
| [00:00:31] | OFFICER: Sorry about that. |
| | JUAREZ: I have a [unclear]. I have a [unclear]. |
| | OFFICER: Oh, okay, no worries. |
| | JUAREZ: Are you with yourself? |
| | OFFICER: Yeah. |
| [00:00:51] | UNK: [unclear fragment] |
| [00:00:55] | OFFICER: Alright, so what's going on? |
| [00:00:57] | JUAREZ: Uh, [unclear] |
| | OFFICER: Yeah, of course. |
| [00:01:06] | JUAREZ: So, Friday afternoon. |
| [00:01:10] | JUAREZ: I went to my, to my office. |
| | OFFICER: Where? |
| | JUAREZ: 1211 Embarcadero. |
| | OFFICER: 1211 Embarcadero? |
| | JUAREZ: Uh-huh. This is a [unclear] building owned by California Waste Solutions. They're well known. |
| [00:01:25] | JUAREZ: It's owned by the Duong family. |
| [00:01:28] | JUAREZ: The Duong family has a deep connection with OPD. |
| | OFFICER: Right. |
| | JUAREZ: And you will be surprised [unclear] if you will know them personally. |
| | OFFICER: Okay, I'm not familiar, no, but... |
| [00:01:44] | OFFICER: [unclear] on Friday right? |
| | JUARES: Yeah. |
| [00:01:50] | OFFICER: So, the third? |
| | JUAREZ: 1211 Embarcadero |

of shirt, looks, you know, pump up, he does exercise. And he goes like this, I mean, like he's posturing for, you know, muscle posturing, right?

[00:20:41] JUAREZ: And then there was other people who showed up. There was a tall Asian guy who showed up for that point.

OFFICER: How tall?

JUAREZ: He's probably like six, five, six, six.

[00:20:55] OFFICER: How skinny?

JUAREZ: Skinny. We're fat. Let's hope [unclear]

OFFICER: Like 150 pounds?

JUAREZ: He's tall, so you're always more than that.

OFFICER: Like 190 to 200?

JUAREZ: It's like 190 to 200 pounds, probably. But he's tall, right? [Unclear] but not, not, not fake

OFFICER: OK.

JUAREZ: So he started saying, why you do this? Are you [unclear] And then he started pushing at this point.

OFFICER [?]: The male Asian, tall one.

JUAREZ: The male Asian.

OFFICER: What did he say? What did the male Asian say?

[00:21:29] JUAREZ: He says why you doing this. You think you're gonna get away with this? And they have communications with Johnny Duong during this time.

[00:21:40] OFFICER: Uh huh.

[00:21:43] JUAREZ: And all of us sat in Kristina and David and Andy Duong started going back and forth to Starbucks, which is also the premise of the building.

[00:21:54] JUAREZ: move back and forth.

[00:21:57] JUAREZ: Because I think they knew something was about to happen.

OFFICER: So wait, so the male Asian is pushing you?

JUAREZ: Yeah.

OFFICER: What happened after he start pushing you?

JUAREZ: I say hey man, I don't want to throw. I want to throw [unclear]

[00:22:09] JUAREZ: and but with the rest of the guys show up.

[00:22:13] JUAREZ: and the Duongs disappear into Starbucks.

[00:22:21] JUAREZ: They, they, these people...

[00:22:24] JUAREZ: Chorale me in the entrance. And they beat me up. I think I have--

OFFICER: You said they robbed you and beat you up?

JUAREZ: Yeah, they robbed me of a chain that matches this chain.

OFFICER: Wow.

JUAREZ: But thicker. My wife gave this, they stole my Rolex. And they stole my phones. And they were trying to do more.

[00:22:49] JUAREZ: But at that point, a car showed up. A car like [unclear] because my godmother called me.

OFFICER: Wait, so there was two people, the male black, skin condition, and the short male black, right? They came with the Mazda. Two other cars came out. One male black that was wearing a white [unclear] and another male Asian.

JUAREZ: And all of a sudden, there were like 10 guys just came out.

[00:23:14] OFFICER: Can you give a description?

JUAREZ: They're black guys. All of them.

OFFICER: So 10 more male Blacks?

JUAREZ: No, in total they were like [unclear] males and one Asian. [unclear}

[00:23:30] OFFICER: Okay, so 9 male Blacks and then one Asian.

JUAREZ: Yeah.

[00:23:35] OFFICER: Okay.

JUAREZ: So the tall Asian seems to be like the ringleader, control this little group. [unclear]

JUAREZ: But I think there were gang members at that point.

[00:23:49] OFFICER: and then what happened?

[00:23:51] JUAREZ: Then they start pushing me, [unclear] like when the Duongs leave for a little while [unclear]

[00:24:00] JUAREZ: They know the Duongs went into Starbucks.

[00:24:04] OFFICER: Look, who are the Duongs? David,

JUAREZ: David, Andy, Kristina and Johnny at this point.

[00:24:10] JUAREZ: Who called them, who called the people. I know this to be a fact because he called one guy and his little nerdy Asian guy shows up and then they start calling people.

[00:24:21] OFFICER: Was the Asian guy there?

JUAREZ: The short, there was as short Asian guy who shows up.