# EXHIBIT 29

Volume 15

Pages 3195 - 3438

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Yvonne Gonzalez Rogers, Judge

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | **NO. 4:25-cr-00003-YGR** |
| | ) | |
| SHENG THAO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Oakland, California
Tuesday, November 10, 2026

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY
1301 Clay Street
Oakland, California 94612
**BY: ABRAHAM H. FINE**
**MOLLY PRIEDEMAN**
**ASSISTANT UNITED STATES ATTORNEYS**

UNITED STATES ATTORNEY
450 Golden Gate Avenue
San Francisco, California 94102
**BY: LLOYD A. FARNHAM**
**ASSISTANT UNITED STATES ATTORNEY**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Reported By: Ruth Levine Ekhaus, RMR, RDR, FCRR, CCG
Official United States Reporter, CSR No. 12219

not?

**THE WITNESS:** I -- I believe I said 15,000, Your Honor. I don't believe it 50,000.

**BY THE COURT:**

**Q.** You don't believe it was 50,000?

**A.** I said it was 15,000, 1-5.

**MS. HALBERT:** Okay. Could we -- do you know what exhibit number?

Could we play 511C that concerns the value of the chain.

**MR. FINE:** What's the timestamp on this? Hold on.

**MS. HALBERT:** 13:08 to 13:22.

**MR. FINE:** Not in evidence, Your Honor.

**MS. HALBERT:** It's to impeach him.

**THE COURT:** Okay.

**MS. HALBERT:** We can take it up after. We can -- someone else can do it. All right.

**BY THE COURT:**

**Q.** You also told the OPD that they had stolen a Rolex from you worth $38,000; right?

**A.** They stole my watch, yeah.

**Q.** No. You said it was a Rolex worth $38,000; right?

**A.** It was.

**Q.** You told the Government over the last two years it was a Rolex; right?

**A.** Yes.