# EXHIBIT 30

**2024.05.05 Body Cam footage of Interview, Pt 3**
5112B Transcript – Excerpt from: 26:53 – 31:50

[00:26:53] **JUAREZ**: And so they started to hit me and like with closed punch I got punched by this buffed out black guy that I call him - arrived later in one of the cars. Who was wearing a wife beater, and you know and had like short dreds type of hairstyle.

[00:27:21] **OFFICER**: Okay. How many times did he punch you?

[00:27:24] **JUAREZ**: [Unclear]

**OFFICER**: How many times did he punch you?

**JUAREZ**: I don't know I lost conscious. They punch me maybe initially four times. Whereas I think they broke my bone—jawbone. [Unclear].

**OFFICER**: Is it still hurting?

**JUAREZ**: [Unclear]

**OFFICER**: Do you still need medical?

**JUAREZ**: No.

**OFFICER**: Okay.

**JUAREZ**: [Unclear]

[00:27:49] **OFFICER**: Who? Is it just one person doing the punching?

**JUAREZ**: No, all of them.

**OFFICER**: So, it wasn't just the male black with the thing or the buff one. [unclear] So, everyone started ganging up?

**JUAREZ**: Yes.

**OFFICER**: So, first it was the male Asian that slapped you around?

**JUAREZ**: Yeah.

**OFFICER**: And then everyone else came down?

**JUAREZ**: Yeah.

**OFFICER**: Got it.

**JUAREZ**: And they started hitting me, punching me in the face.

[00:28:13] **OFFICER**: And you don't know how many times or?

**JUAREZ**: Uh, no because they were hitting me, they started stomping me in the head.

[00:28:21] **OFFICER**: [Unclear]

[00:28:25] **JUAREZ**: And apparently I suffer a seizure.

[00:28:30] **OFFICER**: Okay.

[00:28:33] **JUAREZ**: They call, they say they call OPD. The Duongs said that; David Duong, in particular.

**OFFICER**: Okay.

[00:28:43] **JUAREZ**: So this is coming. Perfect. Right. But they call when I was against on the floor, to beat up. [unclear] They all left when they saw a guard coming.

**OFFICER**: Okay, so they're all kind of punching you. You said stomping at you?

**JUAREZ**: Yeah.

**OFFICER**: Anything else you remember? Or just punching and stomping?

**JUAREZ**: No, when I was in the corner, I saw that they were touching me and grabbing me, right?

**OFFICER**: Do you know which one?

**JUAREZ**: No, all of them.

**OFFICER**: So everyone started picking at your [unclear].

**JUAREZ**: Yeah.

[00:29:13] **JUAREZ**: in my pocket and I don't know how they took my Rolex. Off this hand.

**OFFICER**: So you're not sure how they took... It was when they're all ganging up on you hitting you?

**JUAREZ**: Yeah.

**OFFICER**: While they were hitting you they started taking off the property? Is [Unclear]

**JUAREZ**: Exactly.

**OFFICER**: I just want to make sure I don't [unclear].

**JUAREZ**: Yeah, exactly how you're describing it, that's what happened.

**OFFICER**: Okay, so what did they take?

**JUAREZ**: They took a-uh, a 2-inch gold chain. 14 carat gold.

**OFFICER**: How much is that one worth?

[00:29:45] **JUAREZ**: Probably worth about 50,000 dollars.

**OFFICER**: 5 – 0 or 1 – 5?

**JUAREZ**: 5 – 0.

[00:29:51] **OFFICER**: Okay, so 2 -inch gold chain, 14 carat worth 50,000.

**JUAREZ**: Yeah.

[00:29:57] **OFFICER**: Okay, what else did they take?

**JUAREZ**: Yeah, they also took a Rolex.

[00:30:01] **OFFICER**: What color was the Rolex?

**JUAREZ**: It was silver. It was a Daytona.

**OFFICER**: How much was that one worth?

**JUAREZ**: Probably about 40,000 dollars.

[00:30:10] **OFFICER**: What else did they take?

**JUAREZ**: What's that?

[00:30:12] **OFFICER**: What else?

**JUAREZ**: They took my two phones.

**OFFICER**: Two phones? What phones were they?

**JUAREZ**: They were iPhones.

**OFFICER**: iPhone what?

**JUAREZ**: Max Pro 12.

[00:30:23] **OFFICER**: Same phone?

**JUAREZ**: Yeah.

**OFFICER**: What color were they?

**JUAREZ**: Blue and silver.

[00:30:32] **OFFICER**: Okay. Are they trackable?

**JUAREZ**: Yeah, they were.

[00:30:36] **JUAREZ**: They turned them off.

**OFFICER**: So as of right now it's un-trackable.

**JUAREZ**: Correct.

**OFFICER**: How much are they worth?

**JUAREZ**: They turned them off around [unclear]. They're used so they're worth half the price. Maybe around 5-700 dollars.

**OFFICER**: Each one?

**JUAREZ**: Yeah, uh-huh.

[00:30:53] **OFFICER**: Okay, anything else?

[00:30:57] **JUAREZ**: The third thing was [unclear]. They couldn't get this off because it has, um, this type of lock.

[00:31:05] **OFFICER**: Okay, so they took the gold chain around your neck.

**JUAREZ**: My Rolex from my —

**OFFICER**: The Rolex and your two phones. They're all your phone's in your pocket, right?

**JUAREZ**: Yeah in my pocket. [Unclear] And money.

**OFFICER**: Okay, how much money did they take?

**JUAREZ**: Probably about a thousand bucks.

**OFFICER**: U.S. dollars?

**JUAREZ**: U.S. dollars. There were pesos in there but [unclear] maybe 40 pesos.

[00:31:31] **OFFICER**: Okay, so what that's —

**JUAREZ**: [Unclear] That's worth about [unclear].

[00:31:39] **OFFICER**: Okay, so a thousand US. Do you remember there are 20s, 100s, 5s, 10s?

**JUAREZ**: 20s.

**OFFICER**: All 20s?

[00:31:50] **OFFICER**: Okay.