# EXHIBIT 31

**From:** Mario Juarez <Mario@mariojuarez.co>
**To:** Andy Duong <andyduong@calwaste.com>
**CC:** Victor Duong <VictorDuong@calwaste.com>, Cecilia Mendez <Cecilia@mariojuarez.co>, Kristina Duong <kristinaduong@calwaste.com>, Michael Duong <MichaelDuong@calwaste.com>, David Duong <davidduong@calwaste.com>
**Subject:** Re: Duong One Final Meeting Request
**Date:** Wed, 24 Apr 2024 11:19:37 -0700

---

Dear Andy,

I appreciate your effort to conduct a meeting, and certainly, I think we have provided our proposed times and dates for meetings. We have also provided conditions for these meetings, which include:

- Only board members are allowed.
- Specifically, Henry Vo is not allowed.
- You will ensure that David Duong or anyone in the family does not have a weapon at the meeting; I do not wish to be surprised again by David Duong's Glock.
- It would be best to meet at my offices at Jack London Square.
- I will be paid my outstanding reimbursement report prior to any meeting.
- You have been informed by Partner Daniel Johnson of his request to wind up the operation of Evolutionary Homes LLC, and I have seconded his request to close the company. This was done on April 16, 2024.

Now, in the past, I had provided advice on issues for your family. I had said that many things that you say cannot be unsaid, and once written, they become eternal, and it will certainly affect your family. Now, for your records when you get subpoenaed by the FBI, City Attorneys, FPPC, and others.

I am frankly shocked that you, in particular, would want to promote a legal lawsuit against me. I think you know firsthand that I am not concerned over lawsuits. I will frankly wipe my ass with any lawsuit from the Duong Family, and as crude as this sounds, it just is. I will break it down for context:

- You categorize loans made to me as a possible cause of action I would face. [redacted]. Some of these criminal violations can result in jail time but more damaging it would result in the loss of your public contracts for CWS in Oakland and then to San Jose. I would be okay in Mexico as I see Waste Management rifle on the amount of public records that would come out and information that would be available to them, and they would seek to obtain the appropriate legal relief to dismiss you from those contracts. I think we all can agree Waste Management is a bigger company able to provide more political capital on one's defense.
- There are other actions currently on the way that would result in the loss of public contracting with all of the Duong family members and CWS, certainly inclusive of the land at the Port of Oakland land. I warned of this, but they fell on empty ears. So, consequences would be coming, and they will be severe.
- There would be more consequences but no one at CWS seems to believe it. So, I guess you will get to experience them. This is not a threat but a warning.
- You are obviously not thinking clearly. Calling loans that we had contracts for $39k and change shows how much you don't even understand the mountain of problems that are about to crash you but again, you keep the

posture of "I am going to sue you."
- When you engage your lawyer, make sure you tell him all illicit activity that would be presented on a counterclaim against your family.

- Tell him how you killed a political story with payments and bribes in disguised from being published. You wanted to curry favor with Councilmember Acevedo from San Leandro after he was caught using a brothel / sex parlors during a trip sponsored by CWS and the Duong Family to Vietnam. Other elected and city officials were also part of that trip and those sponsored sexual services paid by your family would come out.

- Now, on making sure I document my case for the sure-to-come investigations. I want to remind you that I requested INDEMNIFICATION under Section 4 of the Operating Agreement of Evolutionary Homes LLC as you know David, Kristina, and others at California Waste Solution utilized a scheme to make a political donation in support of Chang Thao, our current mayor in Oakland. You also hired Andre Jones, her live-in partner, as a way to provide funds to the mayor with another pretext of hiring Andre Jones for nonexistent work or services. Of this, I have plenty of evidence that your father personally approved and facilitated these schemes.
- [redacted]
- So are you ready for a lawsuit? If any action is taken against me by others I am entitled to indemnification because we jointly worked to facilitate money for a political campaign in exchange for a commitment to purchase units from Evolutionary Homes by the Mayor of Oakland once elected. These mailers were part of that scheme. For that reason, I am entitled to indemnity as it was done in good faith to sell homes for Evolutionary Homes LLC and included a deal to extend the contract for CWS administratively in your lucrative recycling program. If these mailers and the actions to execute on the strategy backfired I am entitled to protection from the company and pay the fines, costs, settlements, and attorney fees. And they did and this makes the company responsible for my defenses.

Then if you think I have something to lose in a public lawsuit, it seems to me that your family and CWS have lots more to lose. Many more millions at risk. No political cloud would prevent from losing this. You paying for prostitutes it just something that it's not going to fly well. The Mayor said that if that story was to be published your relationship would change forever. Imagine the rest of the stories to come.

Since you want to end all chats communications, that is fine with me. Looking forward to your Summons and Complaint / Toilet Paper as I file an answer and counterclaims to a matter that would result in hundreds of thousands of dollars in cost to you, while I have the bare minimum exposure and even if you are granted a judgment good luck collecting that under Chapter 7 would be forthcoming.

If you want to resolve in good faith, you start by not threatening me.

I can meet in the afternoons the rest of the week. From noon to 2 pm.

I think it's more in your interest to stop actions that would become unavoidably soon.

Best,

MJ

On Apr 23, 2024, at 12:56 AM, Andy Duong <andyduong@calwaste.com> wrote:

**CAUTION: EXTERNAL EMAIL**

Dear Mario,

On behalf of the Duong's family and David, we are kindly requesting a one final meeting with you to discuss and potentially resolve all of the Evolutionary Homes to either continue the business or to close for good. David has a final business offer for you whether you want to accept and continue or not is up to your choice. We would like to discuss all of these issues that are all related to Evolutionary Homes in a meeting. If you decline to meet or avoid the meeting request, therefore, we have no other options but to end all email chat threads and pursue all legal actions against you including all of the loans that was distributed to you and your entity CIU Holdings which the last loan was disburse to you $39,950USD. We are hoping and looking forward to resolve all issues in good faith. Please let us know if you tend and agree to join our meeting request or perhaps decline our meeting request. Thank you for your time.

Warmest Regards,
Andy Duong

On Apr 22, 2024, at 7:15 PM, Mario Juarez <Mario@mariojuarez.co> wrote:

Subject: Urgent Concerns Regarding Evolutionary Homes, LLC

Dear Victor Duong and Family,

I hope this email finds you well. I am writing to address some pressing concerns that have surfaced in recent communications, involving Evolutionary Homes, LLC, and its operations.

First and foremost, I want to extend my utmost respect to you, Victor, and the entire Duong family. I am also copying Kristina, Michael, Andy, and David in this email to ensure transparency and clarity in our communication.

On Saturday, April 20, 2026, at approximately 10:45 pm, I received an email from David that struck me as particularly unusual. It raised questions about David's well-being and mental state, prompting me to consider the possibility of a mental health condition that may require intervention. I want to emphasize that my intention is not to offend or disrespect David or any member of the Duong family, but rather to express genuine concern for his welfare. It is evident that David is at an advanced stage of his life, and it is important to address any potential health issues with care and sensitivity. Mental health issues can come and go at any time and it would not be un usual to had happens to someone we care and affect our love ones.

Furthermore, there appears to be a discrepancy in our understanding of the current situation with Evolutionary Homes, LLC. Despite our ongoing discussions and agreements to wind up the company, David's recent actions, including the validation of communications from Henry Vo, suggest a lack of compliance with our partnership agreement. It is imperative that we adhere to the terms outlined in our agreement and address any outstanding issues accordingly. I suggest you read the agreement so you can study the reasoning and what consequences would come from its lack of compliance as much as David in particular would guide the family to a battle that could be legal but most likely would be in others venues where this would result ultimately and all effects would be most felt. All in a negative way I am afraid.

Additionally, I want to bring to your attention the matter of Henry Vo's involvement with the company. I am unclear about the specifics of his role, responsibilities, and authority within Evolutionary Homes, LLC. It is

crucial that we establish clarity on these matters to ensure effective decision-making and accountability. Is he an employee, contractor of Evolutionary Homes LLC and if so can I see his agreement with my company?

Also during this last meeting as you asked questions of me, all valid and you making certain valid points which I understood but I was interrupted by Henry Vo. Which I asked not to take place and after I left you can see David complaining that I left him when the discussion was with you and only interrupted by Henry. He continues to take attributions in my opinion not of him and certainly Cecilia proxy of partner Daniel has voiced that in multiple occasions which I also did to have him not contact us and also to not address js in any way. Why he is permitted to communicate in which ever fashion by your team is not acceptable. Again, he does not work for Evolutionary Homes LLC but does for CWS and I repeat show us his agreement? If Henry Vo works for us at Evolutionary show me his agreement for employment and level of compensation and more details about his experience and resume perhaps.

Furthermore, I am concerned about recent discussions regarding a lease agreement for Evolutionary Homes, LLC, for Suite A of 1211 Embarcadero in Oakland which I have not had the opportunity to review. I kindly request access to this document to ensure transparency and alignment with our business objectives. What are the terms the company needs to pay and what is the NNN I was told we had incurred ? Do you have the lease agreement for my review ? I was told we had one.

Regarding the security breach at our facility resulting in the theft of accounting records and computers, I want to emphasize the urgency of reconstructing these records. This task requires expertise and resources that should be provided by the company. I urge you to allocate the necessary funds to facilitate this process and prevent any further delays or setbacks. As you can understand I can't no longer trust reimbursement.

I want to point out that it was David who first order the dismissal of security personnel from the facility. We continue to have no employees and the conditions of our company property is unknown as we have no employees. The security issues and ramifications were explained.

Lastly, I want to address outstanding reimbursements for travel and other expenses, which are essential for maintaining our operational efficiency for me. I was told to go to Mexico and work on tasks and now 2 minor items are holding up re payment of my expense report. It is embarrassing that you need to ask why I spend money on a medical condition that caused me diarrhea? Or when a vehicle suffers from a mechanical breakdown while I am trying to get to and from meetings and locations.

In closing, I want to reiterate my commitment to the well-being and success of Evolutionary Homes, LLC. It is essential that we address these concerns promptly and collaboratively to ensure the continued viability of our business. I look forward to your prompt response and resolution of these matters.

I know it's hard to come to a decision to close a business and you feel what you feel but some people involved here may have lost money and can continue to do right by closing the company doing a windup as agreed by all and we can move on. Some partners spent 3 year of their lives making this happen and now it won't. So there are loses all around.

Sincerely,

Mario

[image] Mario Juarez Organization

**Mario Juarez**
mario@mariojuarez.com
**Mario Juarez Organization**
Mobile: 510-821-6699
1241 High Street, Oakland California 94601
www.mariojuarez.co

[image]htmlsig.com

On Apr 20, 2024, at 10:45 PM, David Duong <davidduong@calwaste.com> wrote:

**CAUTION: EXTERNAL EMAIL**

Thank you, Henry.
Mario please response to Board and you do not need to copy of the report per requested to Henry.

**From:** Henry Vo <Henryvo@calwaste.com>
**Sent:** Thursday, April 18, 2024 12:40 PM
**To:** Cecilia Mendez <Cecilia@mariojuarez.co>; Mario Juarez <Mario@mariojuarez.co>; Kristina Duong <kristinaduong@calwaste.com>
**Cc:** Andy Duong <andyduong@calwaste.com>; Michael Duong <MichaelDuong@calwaste.com>; David Duong <davidduong@calwaste.com>; Victor Duong <VictorDuong@calwaste.com>
**Subject:** Re: Meeting note 04/16/2026
**Importance:** High

Hi Cecilia, Mario,
I would like to follow up on several outstanding requests discussed in our recent meeting and from previous requests:

1. **Proof of Payment for Payroll in Mexico Operations:**
   - February 16, 2024
   - February 23, 2024
   - March 1, 2024
   - March 8, 2024
   - March 15, 2024
   - March 22, 2024
   - March 29, 2024
2. **Detailed Financial Report for the $750,000 Investment**:
   - **Detailed Investment Report**: An itemized account detailing how the investment has been utilized to date.
   - **Company Asset List**: A current list of all assets acquired or impacted by the investment, including their conditions.
   - **Operating Expenses**: Detailed records of operating expenses covered by the investment.
   - **Receipts and Invoices**: Copies of all receipts and invoices related to the investment, verifying expenditures.
   - **Proof of Payment**: Documentation verifying payments made for services or products as part of business operations funded by our investment.
3. **Documents Related to the Evolutionary Home Project**: Please provide the necessary documents, including approved plans, critical documentation, access details, contact information for vendors, and all relevant permits and certifications.

Furthermore, please provide proof of work for the structural engineering work and Title 24 handled by Engineer Jose A. Hernandez, as we need to verify completion (proof of work) before processing payment.

Please direct all requested documents to the board: David, Kris, Andy, Victor, and Michael.

Thank you for your cooperation.

Best regards,
Henry

---

**From:** Henry Vo <Henryvo@calwaste.com>
**Date:** Wednesday, April 3, 2024 at 11:13 AM
**To:** Cecilia Mendez <Cecilia@mariojuarez.co>, Mario Juarez <Mario@mariojuarez.co>, Kristina Duong <kristinaduong@calwaste.com>
**Cc:** Andy Duong <andyduong@calwaste.com>, Michael Duong <MichaelDuong@calwaste.com>, David Duong <davidduong@calwaste.com>, Victor Duong <VictorDuong@calwaste.com>
**Subject:** Re: Meeting note 04/02/2026

Hello Team,
Here's a summary of our recent meeting on April 2nd:

- **Title 24:** We are currently awaiting the Title 24 quote for Zone 3.
  Action: Cecilia will coordinate with JOSE A. HERNANDEZ and will forward us the details as soon as possible, so we can approve the costs and proceed at the earliest.
- **3 Unit Modular Home:** We need a detailed quote and a build timeline for these three units. Last week was a holiday in Mexico, so we're expecting to have this ready by this week.
  Action: Cecilia, could you please follow up on this?
- **Dropbox:** As per David's request, Cecilia, please ensure all approved drawings and essential documents related to our approved design and facility permit for our modular home unit are updated. We'll need a peer review from another structural engineer.
  Action: Cecilia, kindly update the essential documents on Dropbox this week.

The board has made some decisions regarding the next steps for operation and how we aim to optimize our investment resources, and forthcoming strategies. These matters will be discussed in-person when Mario returns from vacation. Therefore, we will skip the meeting on April 9th and resume afterwards. In the meantime, Julie and Chris will continue to engage with potential government clients.

Best regards,
Henry

---

**From:** Henry Vo <Henryvo@calwaste.com>
**Date:** Monday, April 1, 2024 at 3:58 PM
**To:** Cecilia Mendez <Cecilia@mariojuarez.co>, Mario Juarez <Mario@mariojuarez.co>, Kristina Duong <kristinaduong@calwaste.com>
**Cc:** Andy Duong <andyduong@calwaste.com>, Michael Duong <MichaelDuong@calwaste.com>, David Duong <davidduong@calwaste.com>, Victor Duong <VictorDuong@calwaste.com>
**Subject:** Re: Meeting note 03/19/2026

Hi Cecilia,
I've signed the NDA with Evolutionary Home as requested by Mario.
As we discussed over the phone earlier, I wanted to confirm a few pending items:

- I will touch base with Kris regarding the payroll and payments for Title 24 for Zone 4. We also need a quote for Title 24 compliance for Zone 3 and any other applicable zones, if possible.
- Please ensure the update of files and critical documents on Dropbox. This includes approved drawings, essential documents, login credentials, vendor contacts, and project certificates. Per David's request, we will require a peer review by another structural engineer.

- 3 Units: Please submit a budget and timeline for constructing 3 prototype units based on the approved design permit.
- A detailed financial report is needed, accounting for the $750,000 investment, including expenses, asset portfolio, and specific items that require clear receipt documentation for the accountant's audit.
- Could you confirm whether we have any pending patents for our modular home unit, as mentioned by Mario?

Henry

---

**From:** Henry Vo <Henryvo@calwaste.com>
**Date:** Tuesday, March 19, 2024 at 5:04 PM
**To:** Cecilia Mendez <Cecilia@mariojuarez.co>, Mario Juarez <Mario@mariojuarez.co>, Kristina Duong <kristinaduong@calwaste.com>
**Cc:** Andy Duong <andyduong@calwaste.com>, Michael Duong <MichaelDuong@calwaste.com>, David Duong <davidduong@calwaste.com>, Victor Duong <VictorDuong@calwaste.com>
**Subject:** Re: Meeting note 03/19/2026

Hi Team,
I'd like to provide a summary of our meeting on 03/19/2024.

**Permits:**
- We've successfully secured both the design and facility permits from ICC NTA for our modular home project, marking a significant milestone for us.

**Operations:**
- Mexico Operations: We've decided to terminate contracts with 6 employees on March 29th.
- As for the facility in Mexico, we will be suspending the contract, effective immediately. @Mario Juarez, please proceed with the necessary steps to ensure compliance with local laws. Any issues affecting Evolutionary Homes will involve the legal team for resolution.
- **Expenses:** As discussed, all expenses require receipts, proof of payment, clear itemization, and board approval, particularly from David, for disbursement.
- **Company Assets:** It's crucial to update the Dropbox with the approved modular home unit designs, certificates, permits, login credentials, important documents, contracts, and vendor contacts ASAP.
- **3 Units:** Please submit a budget and timeline for constructing 3 prototype units based on the approved design permit, along with plans for repurposing the 2 existing units in the Showroom.
- Update vendor information, contracts, latest material costs, and provide financing forecasts for upcoming stages.
- A detailed financial report is needed, accounting for the $750,000 investment, including expenses, asset portfolio, and specific items that require clear receipt documentation for the accountant's audit.

Please let me know if I've missed any information.

Best,
Henry

---

**From:** Henry Vo <Henryvo@calwaste.com>
**Date:** Thursday, March 7, 2024 at 1:01 PM
**To:** Cecilia Mendez <Cecilia@mariojuarez.co>, Mario Juarez <Mario@mariojuarez.co>, Kristina Duong <kristinaduong@calwaste.com>
**Cc:** Andy Duong <andyduong@calwaste.com>, Michael Duong <MichaelDuong@calwaste.com>, David Duong <davidduong@calwaste.com>, Victor Duong <VictorDuong@calwaste.com>
**Subject:** Re: Meeting note 03/05/2026

Hi team,

I want to share the meeting notes regarding our recent discussion:
**Permits:**

- The licensed structural engineer in California has certified and stamped our structural plan, which has now been uploaded for ICC NTA's requested corrective action approval. It is currently under review.
- Regarding the Title 24 engineer, Mario have to switch to a different Title 24 engineer because the current one is not qualified as he was not able to pass the analysis. We have paid a fee of $199/zone and paid for 16 zones. We will request a refund for 14 zones because they have done 2 zones for San Jose and Oakland. Mario has decided to dismiss them and proceed with our current structural engineer who will now manage the Title 24 aspects, charging $250 per hour. To complete an area, it takes 10-15 hours, amounting to $2,500 - $3,750 per zone. The structural engineer has started over with zones 3 (Oakland) and 4 (San Jose), and we've successfully passed zone 4 to proceed with the permit.
- We've requested a letter from ICC NTA confirming that our modular home is a single-family residence, permanent, and designed to last 60 years. The letter is currently drafted and under review.

**Operations:**

- Rent: The rent for March 2024 is $23,598. If we pay after the 5th day, there is a 10% late fee for the first month and a 20% late fee for the second late payment. We have chosen to pay late and wait for the permit in the next 10 days.
- Employees: We will pay the pending salaries of 6 employees to ensure the progress of the permit.
- We will not negotiate or accept any demands for severance payments from employees.

**Requests for Mario and Cecilia to address pending items:**

- Please confirm the total amount needed for payroll expenses so we can process the payments ASAP.
- Forward and keep us in the loop with all email communications between ICC NTA, engineers, and other relevant parties, and provide daily updates on the permit progress.
- Provide the missing invoices and proof of payment for the $56,012 paid in February for payroll, employment settlements, taxes, utilities, etc. Please let us know which bank account the Title 24 fee refund will be sent to.
- Please create a folder and upload the company's assets such as approved drawings, facility permits, and other important project documents, including contact information for ICC NTA, engineers, etc. This will ensure that all founders have access.
- A detailed financial report is needed, accounting for the $750,000 investment, including expenses, asset portfolio, and specific items that require clear receipt documentation for the accountant's audit. Mario will complete this after the permit is obtained.
- Moreover, as per previous email requests, we need clearer understand about the Mexico team, including their scope of work, KPIs, tasks, weekly reports, detailed job descriptions, and workflows. Include us in the email exchanges with the team.

@Mario Juarez we're still awaiting the information you mentioned would be provided following our last meeting regarding Evolutionary Home.

Please let me know if I missed anything.
Henry

---

**From:** Henry Vo <Henryvo@calwaste.com>
**Date:** Monday, February 12, 2024 at 3:57 PM
**To:** Cecilia Mendez <Cecilia@mariojuarez.co>, Mario Juarez <Mario@mariojuarez.co>, Kristina Duong <kristinaduong@calwaste.com>
**Cc:** Andy Duong <andyduong@calwaste.com>, Michael Duong <MichaelDuong@calwaste.com>, David Duong <davidduong@calwaste.com>
**Subject:** Re: Meeting note 02/06/2026

Hi Cecilia, Mario,

I'm following up on the structural and Title 24 engineer endorsements needed for our modular home project, as per ICC NTA's requirements. Have we made progress with the engineer we met last Thursday? It seems they haven't received the project details yet to provide a quote.

This delay affects our project timeline and the re-submission to Santa Clara County. Could you please provide an update on this matter?
Henry Vo

---

**From:** Henry Vo <Henryvo@calwaste.com>
**Date:** Thursday, February 8, 2024 at 4:07 PM
**To:** Cecilia Mendez <Cecilia@mariojuarez.co>, Mario Juarez <Mario@mariojuarez.co>, Kristina Duong <kristinaduong@calwaste.com>
**Cc:** Andy Duong <andyduong@calwaste.com>, Michael Duong <MichaelDuong@calwaste.com>, David Duong <davidduong@calwaste.com>
**Subject:** Meeting note 02/06/2026

Hi Team,
I'd like to share the latest updates on our modular home project. Last week, Mario had a productive meeting with ICC NTA, where we learned that our submission needs revisions in 12 specific items. Additionally, they require our plans to be endorsed by a structural engineer and a Title 24 engineer, both licensed in California, to stamp and validate the plans.

- We will need a licensed structural engineer in California to endorse our plans, ensuring our modular homes can withstand the diverse environmental and geological conditions across the state's regions. Each region's unique structural requirements will require individual assessments and validations by the licensed engineer.
- A Title 24 certified engineer is also required. Compliance for our modular homes involves design being evaluated for energy efficiency, considering the specific climate and conditions of the installation region.
- Our current modular home models will require significant design adjustments, as they no longer meet these standards. We need to update and redesign our prototypes to comply with these requirements. This will involve a significant investment in redeveloping our prototypes to align with the new standards.

Mario is confident that we will secure the necessary permits soon, especially once we have a certified structural engineer in California to endorse our designs for Title 24 compliance. We have just met with an engineer today to discuss these needs and are awaiting their response and quote.

Consequently, our proposal submission to Santa Clara County is momentarily on pause. We will proceed with the re-submission post the approval of our revised project plans.

Henry

---

**From:** Henry Vo <Henryvo@calwaste.com>
**Date:** Monday, February 5, 2024 at 2:40 PM
**To:** Cecilia Mendez <Cecilia@mariojuarez.co>, Mario Juarez <Mario@mariojuarez.co>, Kristina Duong <kristinaduong@calwaste.com>
**Cc:** Andy Duong <andyduong@calwaste.com>, Michael Duong <MichaelDuong@calwaste.com>, David Duong <davidduong@calwaste.com>
**Subject:** Re: EvoHomes Financial Report

Hi team,

I'm sending you an updated file after cross-referencing the information.

1. We have completed the rent payments for the period from December 2023 to February 2024.
   @Mario Juarez, could you please negotiate with the landlord to ensure that we will not incur any additional late fees, as the payment was made within the 7-day grace period? Importantly, could you also renegotiate

the terms of our lease? According to the current contract, the rent is set to increase to $21,850 from March 2024, which, with an 8% tax, would total $23,598. We would prefer not to accept this increase.

2. For the Taxes covering September to December, we need to provide a more detailed explanation as previously discussed.
3. Items from 8 to 18 have been verified. The figures in Peso align with the receipts. @Kristina Duong, you may proceed with the payments. Can we pay directly to vendors?
4. The Employees Settlements section requires a clearer explanation, and the Corporate Housing needs previous receipts and proof of payment.

Additionally, @Mario Juarez, as per our last meeting regarding operations and the organizational structure in Mexico, could you please provide weekly reports, detailed job descriptions, and workflows for the team in Mexico? This will help us better understand their roles and the tasks they are overseeing.

Henry Vo

---

**From:** Henry Vo <Henryvo@calwaste.com>
**Date:** Thursday, February 1, 2024 at 1:47 PM
**To:** Cecilia Mendez <Cecilia@mariojuarez.co>, Mario Juarez <Mario@mariojuarez.co>, Kristina Duong <kristinaduong@calwaste.com>
**Cc:** Andy Duong <andyduong@calwaste.com>, Michael Duong <MichaelDuong@calwaste.com>, David Duong <davidduong@calwaste.com>
**Subject:** Re: EvoHomes Financial Report

Hello Cecilia,
Please confirm the landlord's bank information in the attached file, so we can proceed with the rent payment for the period from December 2023 to February 2024. The payment will be made tomorrow, February 2, 2024.

2023 December Rent + Late Fee: $20,020 **(Reciept)**
2024 January Rent + Late Fee: $20,020 **(Reciept)**
2024 Febuary Rent: $18,200 **(Reciept)**

We would like to address the additional 10% late fee for December, which, combined with the existing charges, results in a 20% total late fee. This seems excessive, and we kindly request that @Mario Juarez negotiate this matter with the landlord on our behalf.

Regarding the Taxes item for September 2023 – January 2024 totaling $18,200 USD, as discussed with Cecilia, we need a clearer explanation for this charge. Since this tax is based on employee taxes, it should be deducted from salaries and not considered an additional expense, as we do not have any income.

In line with our previous discussions with @Kristina Duong, we have already made an advance payment of $83,000, for which an invoice was not issued. To reconcile our accounts, we need to confirm which costs have been settled and request receipts or proof of payment for any outstanding charges.

Henry Vo

---

**From:** Henry Vo <Henryvo@calwaste.com>
**Date:** Wednesday, January 31, 2024 at 10:24 AM
**To:** Cecilia Mendez <Cecilia@mariojuarez.co>, Mario Juarez <Mario@mariojuarez.co>, Kristina Duong <kristinaduong@calwaste.com>
**Cc:** Andy Duong <andyduong@calwaste.com>, Michael Duong <MichaelDuong@calwaste.com>, David Duong <davidduong@calwaste.com>
**Subject:** Re: EvoHomes Financial Report

Hi team,
I would like to confirm a few items we discussed during yesterday's meeting:

1. @Kristina Duong Items confirmed and approved for immediate payment:
    a. 2023 December Rent + Late Fee: $20,020 **(Reciept)** **(rent contract)**
    b. 2024 January Rent + Late Fee: $20,020 **(Reciept)**

   @Cecilia Mendez Please provide the landlord's payment details, including bank information. Our accounting department will make the payment directly since it is in USD, so there's no need for currency conversion.
2. For the remaining items, @Cecilia Mendezc, please provide the most accurate figures for us to verify and process the payments subsequently. Kindly supply the vendors' payment details, including bank information, so we can proceed with the payments.
    a. We will not cover any late fees until we receive a clear explanation and a specific request from the government.u'
3. To optimize our business operations in Mexico, @Mario Juarez, please provide weekly reports, job descriptions, and workflows of the team in Mexico for a better understanding of their responsibilities and the tasks they are managing. We agree that the team in Mexico will support additional projects beyond the Evolutionary Homes project.
4. @Mario Juarez, please keep us updated on the status of licensing and permits for our modular homes regularly.

As previously discussed, we will need to compile all receipts, contracts, and proof of payment from May 2023 to maintain records in case of a future account audit.
Below are the current documents provided by Cecilia, which I will update regularly:
https://calwaste0-my.sharepoint.com/:f:/g/personal/henryvo_calwaste_com/ErW4cEATFHtIsMJXfl3ZvE4BcVMcOfP6nh-hm8ABu9un6A?e=iuulOg

Best regards,
Henry Vo

---

**From:** Henry Vo <Henryvo@calwaste.com>
**Date:** Friday, January 26, 2024 at 6:54 PM
**To:** Cecilia Mendez <Cecilia@mariojuarez.co>, Mario Juarez <Mario@mariojuarez.co>
**Cc:** Andy Duong <andyduong@calwaste.com>, Michael Duong <MichaelDuong@calwaste.com>, David Duong <davidduong@calwaste.com>, Kristina Duong <kristinaduong@calwaste.com>
**Subject:** Re: EvoHomes Financial Report

Hi Cecilia,
Thank you for taking the time to review the current expenses that need to be paid to Evolutionary Homes LLC with me.

I have compiled the information you provided into the attached Excel file. I think we need to delve deeper to get clearer information and to add any missing receipts. I believe this will be a good way for our accounting team and leadership to easily audit and verify the information when necessary. Here's a summary of the items we discussed today:

- Rent + late fee: We need to reconfirm the calculation of the late fee as the contract indicates a 10% interest rate for the first month of delayed payment and 20% for the second month. We will need all previous receipts dating back to May 2023, along with bank statements as proof of payment.

- Taxes: There is a discrepancy between the receipt and the payment request in USD. We will need to consult with an attorney to better understand this tax payment and ensure we comply with local laws. We need receipts for previous transactions and proof of payment.
- Utilities: There is a discrepancy between the receipt and the payment request in USD. Please clarify these items further if there is any missing information.

For the remaining items, we need specific supporting evidence, receipts, proof of payment, and explanations of how these figures were calculated. I would greatly appreciate if you could compile these documents as soon as possible to avoid payment delays. Additionally, for the upcoming monthly budget and expense requests, we need detailed information from suppliers, itemized categories, and clear receipts for disbursement.

Thank you,
Henry Vo

---

**From:** Cecilia Mendez <Cecilia@mariojuarez.co>
**Date:** Friday, January 26, 2024 at 4:20 AM
**To:** Henry Vo <Henryvo@calwaste.com>
**Cc:** Mario Juarez <Mario@mariojuarez.co>, Andy Duong <andyduong@calwaste.com>, Michael Duong <MichaelDuong@calwaste.com>, David Duong <davidduong@calwaste.com>, Kristina Duong <kristinaduong@calwaste.com>
**Subject:** Re: EvoHomes Financial Report

¡Hola!

Perfecto, nos vemos a las 10 a.m. para revisar los archivos juntos. ¡Gracias!

Cecilia

> On Jan 25, 2024, at 9:28 PM, Henry Vo <Henryvo@calwaste.com> wrote:
>
> Hi Cecilia,
> Gracias por la información. No sabía que todos estos datos estaban en español. Revisaremos juntos todos estos archivos mañana por la mañana. ¿Te parece bien a las 10 a.m.?