# EXHIBIT 32

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 6 |
| Total Messages: 11 | Date Range: 6/4/2024 |

### Outline of Conversations

**+15105203811** • **11 messages on 6/4/2024** • Andreas Cluver <+15105203811> • Mario Juarez <+15108216699> • Mario Juarez <+15109447744> • Mario Juarez <15108216699> • Mario Juarez <15109447744> • Mario Juarez <Device Owner Num/AccountID Not Available>

CONFIDENTIAL_SUBJECT TO PROTECTIVE ORDER

**Messages in chronological order** (times are shown in GMT +00:00)

**+15105203811**

AC **Andreas Cluver <+15105203811>** ◀ 6/4/2024, 1:28 PM
BTW are you running for City Council?

MJ **Mario Juarez <+15108216699>** ▶ 6/4/2024, 1:29 PM
If Noel does not and you came out early with support I will

MJ **Mario Juarez <+15108216699>** ▶ 6/4/2024, 1:29 PM
D5

AC **Andreas Cluver <+15105203811>** ◀ 6/4/2024, 1:30 PM
Let's talk when I get back.

MJ **Mario Juarez <+15108216699>** ▶ 6/4/2024, 1:30 PM
Ok

MJ **Mario Juarez <+15108216699>** ▶ 6/4/2024, 1:30 PM
Did you see my email

MJ **Mario Juarez <+15108216699>** ▶ 6/4/2024, 1:30 PM
I need to fuck the Duongs

MJ **Mario Juarez <+15108216699>** ▶ 6/4/2024, 1:31 PM
Get the teamsters

MJ **Mario Juarez <+15108216699>** ▶ 6/4/2024, 1:31 PM
They are 2 claims for stolen wages against them

MJ **Mario Juarez <+15108216699>** ▶ 6/4/2024, 1:31 PM
And 1 in Mexico with 6 employees left them hanging

MJ **Mario Juarez <+15108216699>** ▶ 6/4/2024, 1:38 PM
What you think